**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Fairn & Swanson, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA Cloud Trading Co**<br>**DBA South Seas Distribution**<br>**DBA Taupo Trading**<br>**DBA Proost Marketing**<br>**DBA Southern Distillers and Blenders**<br>**DBA D.F. Trust Territories**<br>**DBA Dave Streiffer Co.**<br>**DBA Berg & Stephens**<br>**DBA Baja Duty Free - San Diego**<br>**DBA Baja Duty Free - Oakland**<br>**DBA Baja Duty Free - Eagle Pass**<br>**DBA Baja Duty Free - Laredo**<br>**DBA Baja Duty Free - Calexico**<br>**DBA Baja Duty Free - El Paso**<br>**DBA United Distillers** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **94-1120698** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **400 Lancaster St.**<br>**Oakland, CA 94601**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Alameda**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)　**www.fairn.com; www.bajadutyfree.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4248__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Case: 20-40990   Doc# 1   Filed: 06/02/20   Entered: 06/02/20 16:05:38   Page 2 of 132

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ■ Other   **Security for border stores and inventory**

**Where is the property?**   **See Attached, 00000-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency   **See Attached**

         Contact name   _____

         Phone   _____

---

**⬛ Statistical and administrative information**

**13. Debtor's estimation of available funds**     .

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 20-40990   Doc# 1   Filed: 06/02/20   Entered: 06/02/20 16:05:38   Page 3 of 132

Debtor __Fairn & Swanson, Inc.__                Case number (*if known*) _____
        Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June 2, 2020__
               MM / DD / YYYY

X _____      **Nicole Uhlig**
   Signature of authorized representative of debtor     Printed name

Title    **President**

**18. Signature of attorney**

X _____      Date   __June 2, 2020__
   Signature of attorney for debtor                          MM / DD / YYYY

**Jeffrey D. Cawdrey**
Printed name

**Gordon Rees Scully Mansukhani LLP**
Firm name

**101 W. Broadway**
**Suite 2000**
**San Diego, CA 92101**
Number, Street, City, State & ZIP Code

Contact phone    **(619) 696-6700**      Email address    **jcawdrey@grsm.com**

**120488 CA**
Bar number and State

In re Fairn & Swanson, Inc.

Attachment to Voluntary Petition

12.     Location of Personal Property that Needs Immediate Attention

| # | Location | Address |
|---|----------|---------|
| 1 | Seattle | 9875 40TH Ave So., Seattle WA |
| 2 | Oakland | 400 Lancaster St, Oakland CA |
| 3 | Otay Mesa  Whse | 1351 Air Wing Rd, San Diego CA |
| 4 | Laredo Warehouse | 417 Grand Central Blvd, laredo TX |
| 5 | Florida | 701 NW 33rd Ste 150, Pompano FL |
| 6 | SY Office | 195 Virginia Ave, San Ysidro CA |
| 7 | San Ysidro | 4590 Border Village Rd, San Ysidro CA |
| 8 | Eagle Passs | 198 Commercial St, Eagle Pass TX |
| 9 | Gateway | San Ysidro Shopping Ctr, 4490 Camino De La Plaza, San Ysidro CA |
| 10 | Calexico | 245 Imperial Ave, Calexico CA |
| 11 | Tecate | 405 Tecate Rd, Tecate CA |
| 12 | Trolley | 723 E. San Ysiudro Blvd, San Ysidro CA |
| 13 | Laredo | 1420 Grant St, Laredo TX |
| 14 | El Paso | 800 S. Stanton, El Paso TX |
| 15 | San Luis | 508 Archibald St, San Luis AZ |
| 16 | Otay Store | 2455 Otay Center Dr Ste120-121, San Diego CA |

Insurance:

Zurich American Insurance Company
Falvey Cargo Underwriting

Debtor name **Fairn & Swanson, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..................................................................................... $       **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................................. $   **42,939,730.22**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................... $   **42,939,730.22**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................... $   **19,052,398.23**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $   **113,149.20**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$   **21,319,663.78**

4. **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b

$   **40,485,211.21**

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 6 of
132

**Fill in this information to identify the case:**

Debtor name    **Fairn & Swanson, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 2, 2020**    X _____
                                         Signature of individual signing on behalf of debtor

                                     **Nicole Uhlig**
                                     Printed name

                                     **President**
                                     Position or relationship to debtor

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 7 of 132

**Fill in this information to identify the case:**

Debtor name     **Fairn & Swanson, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Border Village** | **Deposit** | **5805** | **$0.00** |
| 3.2. | **Wells Fargo - Boarder Village** | **Disbursement (Master Account)** | **6041** | **$0.00** |
| 3.3. | **Wells Fargo Calexico** | **Deposit** | **5913** | **$0.00** |
| 3.4. | **Wells Fargo Calexico** | **Disbursement (Master Account)** | **6017** | **$0.00** |
| 3.5. | **Wells Fargo Florida** | **Checking and Deposit** | **4755** | **$0.00** |
| 3.6. | **Wells Fargo Gteway** | **Deposit** | **5950** | **$0.00** |
| 3.7. | **Wells Fargo Laredo** | **Deposit** | **5797** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 3.8. | Wells Fargo Laredo | Disbursement | 6025 | $0.00 |
| 3.9. | Wells Fargo Corporate | Deposit | 5969 | $131,935.18 |
| 3.10. | Wells Fargo Corporate | Disbursement | 5977 | $27,530.20 |
| 3.11. | Wells Fargo Otay | Deposit | 6058 | $0.00 |
| 3.12. | Wells Fargo Seattle | Deposit | 5813 | $0.00 |
| 3.13. | Wells Fargo Seattle | Disbursement | 6074 | $0.00 |
| 3.14. | Wells Fargo Tecate | Deposit | 6033 | $0.00 |
| 3.15. | Wells Fargo Trolley | Deposit | 6009 | $0.00 |
| 3.16. | Chase Bank El Baso | Checking and Deposit | 9507 | $10,000.00 |
| 3.17. | IBC Bank Eagle Pass | | 4305 | $10,000.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$179,465.38**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

      7.1.    **ATC Associates, Inc. - Trolley store security deposit**          **$7,500.00**

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 9 of 132

| | | |
|---|---|---|
| 7.2. | **C.A. Newell - Seattle security deposit** | $8,250.00 |
| 7.3. | **Calexico Price Busters, Inc. Calecixo security deposit** | $3,454.31 |
| 7.4. | **Florida Power & Light acct 4508 deposit** | $1,168.00 |
| 7.5. | **Florida Power & Light - acct 5269 deposit** | $1,199.00 |
| 7.6. | **FS San Ysidro LLC c/o Westwood Financial Corp. - Gateway security deposit** | $18,075.00 |
| 7.7. | **Geller Trust - Border Village store security deposit** | $8,280.00 |
| 7.8. | **George Farhat - Eagle Pass security deposit** | $800.00 |
| 7.9. | **Irma Barragan - San Luis store security deposit** | $1,800.00 |
| 7.10. | **Juan & Berthha Montano - El Paso security deposit** | $4,032.00 |
| 7.11. | **JV Rental, LLC - Lancaster security deposit** | $46,554.75 |
| 7.12. | **Otay Mesa Crossroads - Otay Mesa store security deposit** | $4,000.00 |
| 7.13. | **Port of Oakland - security deposit** | $327.80 |
| 7.14. | **ProLogis - Florida security deposit at Pompano location** | $37,305.29 |
| 7.15. | **Ricardo Montalvo - Laredo warehouse security deposit** | $4,000.00 |

| | | |
|---|---|---|
| 7.16. | **Robert De Jesus Garza - Laredo Security Deposit** | $2,250.00 |
| 7.17. | **T.C. Worthy Cash and Carry, Inc. Tecate security deposit** | $3,500.00 |
| 7.18. | **Tom E. Dixson, Trustee - Border Village office security deposit** | $2,585.00 |
| 7.19. | **Uhlig Survivor and Marital Trust - Calexico security deposit** | $12,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Harland Technology Service - printer maintenance 10/27/19** | $1,236.05 |
| 8.2. | **KIS Computer Center - Barracuda antivirus protection 9/27/19 - 9/26/20** | $650.81 |
| 8.3. | **KIS Computer Center - Barracuda cloud storage 7/18/19 - 7/18/20** | $1,413.90 |
| 8.4. | **Fire Protection Management - Oakland fire system 8/16 - 7/21** | $611.55 |
| 8.5. | **KIS Computer Center - Barraduca antivirus protection 8/4/19 - 8/3/20** | $657.00 |
| 8.6. | **Wells Fargo Bank - Amendment/covenant fee Nov. 2017 - Oct. 2022** | $7,587.60 |
| 8.7. | **Imperial County Treasurer - Calexico property tax** | $2,225.52 |
| 8.8. | **Wells Fargo Bank - 2nd Amendment legal fee Nov. 2017 - Oct. 2022** | $621.00 |
| 8.9. | **City of Fort Lauderdale - FTZ annual fee 10/1/18 - 9/30/19** | $3,333.31 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 8.10. | **Travelers Insurance - Calexico general insurance** | **$154.51** |
|---|---|---|
| 8.11. | **Imperial County Treasurer - Calexico property tax** | **$239.16** |
| 8.12. | **Imperial County Treasurer - Calexico property tax** | **$417.68** |
| 8.13. | **City of Oakland** | **$7,630.14** |
| 8.14. | **City of Calexico - 2020 business tax** | **$1,113.00** |
| 8.15. | **Bay Alarm Company** | **$825.30** |
| 8.16. | **ABD Insurance - General Insurance** | **$63,962.02** |
| 8.17. | **ABD Insurance - Customs bond FTZ for Seattle & Florida** | **$2,083.31** |
| 8.18. | **Credit/Prepayment to Bornvit Company** | **$1,605.00** |
| 8.19. | **Credit/Prepayment - Carisam-Samuel Meise Inc.** | **$383.80** |
| 8.20. | **Credit/Prepayment - Columbia Distributing** | **$4,074.20** |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$267,906.01

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 1,270,116.00 | - | 0.00 | = .... | $1,270,116.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 1,422,641.37 | - | 23,473.00 | =.... | $1,399,168.37 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $2,669,284.37 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** | **Raw materials** | | | |
| **20.** | **Work in progress** | | | |
| **21.** | **Finished goods, including goods held for resale**<br>Inventory Items | $0.00 | | $39,110,570.01 |
| **22.** | **Other inventory or supplies** | | | |

| 23. | **Total of Part 5.** | $39,110,570.01 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value     632,983.70   Valuation method _____     Current Value     0.00

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| Office furniture & fixtures | $0.00 | | $59,858.84 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment | $0.00 | | $13,249.86 |
| Computer equipment | $0.00 | | $142,877.63 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $215,986.33 |
|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **1998 Toyota Tacoma VIN 4053** | $0.00 | Kelley Blue Book | $3,895.00 |
| 47.2.  **2001 GMC Savana VIN 8625** | $0.00 | Kelley Blue Book | $3,871.00 |
| 47.3.  **2012 Freightliner VIN 2433** | $7,917.00 | Penske | $12,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 47.4. | 2001 Isuzu truck VIN 0596 | $0.00 | Comparable sale | $7,250.00 |
| 47.5. | 2006 Ford E350 VIN 3371 | $0.00 | Kelly Blue Book | $5,542.00 |
| 47.6. | 2003 Ford Club Wagon VIN 8493 | $0.00 | Kelley Blue Book | $3,687.00 |
| 47.7. | 2003 Ford Club Wagon VIN 8495 | $0.00 | Kelley Blue Book | $3,687.00 |
| 47.8. | 2003 Ford Club Wagon VIN 8498 | $0.00 | Kelley Blue Book | $3,687.00 |
| 47.9. | 2007 Chrysler Town & Country VIN 1070 | $0.00 | Kelley Blue Book | $3,909.00 |
| 47.10. | 2006 Ford Club Wagon VIN 96142 | $0.00 | Kelley Blue Book | $2,495.00 |
| 47.11. | 2012 Ford Econoline Van VIN 7097 | $0.00 | Kelley Blue Book | $11,115.00 |
| 47.12. | 2008 Ford Club Wagon VIN 4829 | $0.00 | Kelley Blue Book | $6,673.00 |
| 47.13. | 2002 GMC Yukon VIN 3599 | $0.00 | Carfax | $4,995.00 |
| 47.14. | 2005 Ford Ranger VIN 3386 | $0.00 | Kelley Blue Book | $4,928.00 |
| 47.15. | 2014 Ford Econoline VIN 9315 | $0.00 | Kelley Blue Book | $13,349.00 |
| 47.16. | 2006 Ford E350 Van VIN 9374 | $0.00 | Kelley Blue Book | $4,666.00 |
| 47.17. | 2004 Ford Club Wagon VIN 7558 | $0.00 | Kelley Blue Book | $3,812.00 |
| 47.18. | 2004 Ford E150 XLT VIN 3604 | $0.00 | Kelley Blue Book | $3,812.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **Warehouse Equipment**      $0.00    Net Book Value    $4,793.67

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| **Forklifts** | | $0.00 | | $8,644.81 |
| --- | --- | --- | --- | --- |

51. **Total of Part 8.**                                                    | $116,811.48 |
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1. **9875 40th Ave. So, Seattle WA** | Rental | $0.00 | | $0.00 |
| 55.2. **400 Lancaster St., Oakland CA** | Rental | $0.00 | | $0.00 |
| 55.3. **4590 Border Village Rd., San Ysidro CA** | Rental | $0.00 | | $0.00 |
| 55.4. **195 Virginia Ave., San Ysidro CA** | Rental | $0.00 | | $0.00 |
| 55.5. **198 Commercial St., Eagle Pass TX** | Rental | $0.00 | | $0.00 |
| 55.6. **140 Rio Grande St., Eagle Pass TX** | Rental | $0.00 | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 55.7. | San Ysidro Shopping Center, 4490 Camino De La, San Ysidro, CA | Rental | $0.00 | | $0.00 |
|---|---|---|---|---|---|
| 55.8. | 1351 Air Wing Rd., San Diego, CA | Rental | $0.00 | | $0.00 |
| 55.9. | 245 Imperial Ave., Calexico, CA | Rental | $0.00 | | $0.00 |
| 55.10. | 405 Tecate Rd., Tecate CA | Rental | $0.00 | | $0.00 |
| 55.11. | 723 E. San Ysidro Blvd., San Ysidro, CA | Rental | $0.00 | | $0.00 |
| 55.12. | 1420 Grant St., Laredo TX | Rental | $0.00 | | $0.00 |
| 55.13. | 800 S. Stanton, El Paso TX | Rental | $0.00 | | $0.00 |
| 55.14. | 701 NW 33rd Ste. 150, Pompano FL | Rental | $0.00 | | $0.00 |
| 55.15. | 508 Archibald St., San Luis AZ | Rental | $0.00 | | $0.00 |
| 55.16. | 417 Grand Central Blvd., Laredo TX | Rental | $0.00 | | $0.00 |
| 55.17. | 2455 Otay Center Dr. Ste. 120-121, San Diego, CA | Rental | $0.00 | | $0.00 |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>**Seawolf Cigarettes** | Unknown | | Unknown |
| 61.  **Internet domain names and websites**<br>**www.fairn.com; www.bajadutyfree.com** | $0.00 | | Unknown |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

| $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---:|
| **Land and leasehold improvments - BORDER VILLAGE STORE** | **$10,406.06** |
| **Land and leasehold improvments - CALEXICO STORE** | **$12,197.84** |
| **Land and leasehold improvments - EAGLE PASS STORE** | **$4,623.15** |
| **Land and leasehold improvments - EL PASO STORE** | **$10,160.63** |
| **Land and leasehold improvments - FLORIDA WAREHOUSE** | **$108,487.92** |
| **Land and leasehold improvments - GATEWAY STORE** | **$9,797.87** |
| **Land and leasehold improvments - HQ OAKLAND OFFICE** | **$10,967.08** |
| **Land and leasehold improvments - LAREDO STORE** | **$1,468.04** |
| **Land and leasehold improvments - LAREDO WAREHOUSE** | **$5,034.68** |
| **Land and leasehold improvments - OAKLAND WAREHOUSE** | **$42,771.35** |
| **Land and leasehold improvments - OTAY MESA STORE** | **$5,732.92** |
| **Land and leasehold improvments - SAN LUIS STORE** | **$3,700.00** |
| **Land and leasehold improvments - SAN YSIDRO OFFICE** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | |
|---|---:|
| **Land and leasehold improvments - SEATTLE WAREHOUSE** | $5,828.52 |
| **Land and leasehold improvments - TECATE STORE** | $4,770.50 |
| **Land and leasehold improvments - TROLLEY STORE** | $3,124.51 |
| **Land and leasehold improvments - OTAY MESA WAREHOUSE** | $8,916.59 |
| **Diageo - southern border 2% rebate** | $26,688.49 |
| **The Clorox Sales Co. Oakland HBA rebate** | $1,714.05 |
| **Prologis Florida 2019 CAM reconciliation** | $13,214.60 |
| **Bottega misc receivables** | $98.00 |
| **Brown-Forman misc receivables** | $4,764.63 |
| **Campari misc receivables** | $879.00 |
| **Heineken misc receivables** | $6,093.50 |
| **MillerCoors misc receivables** | $3,528.00 |
| **Philip Morris misc receivables** | $52,838.71 |
| **Proximo Spirits misc receivables** | $400.00 |
| **RJ Reynolds Promo misc receivables** | $21,500.00 |

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | |
    |---:|
    | $379,706.64 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 13

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 21 of
                                        132

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* — **$179,465.38**

81. **Deposits and prepayments.** *Copy line 9, Part 2.* — **$267,906.01**

82. **Accounts receivable.** *Copy line 12, Part 3.* — **$2,669,284.37**

83. **Investments.** *Copy line 17, Part 4.* — **$0.00**

84. **Inventory.** *Copy line 23, Part 5.* — **$39,110,570.01**

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* — **$0.00**

86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* — **$215,986.33**

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* — **$116,811.48**

88. **Real property.** *Copy line 56, Part 9.*..................................................................> **$0.00**

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* — **$0.00**

90. **All other assets.** *Copy line 78, Part 11.* + **$379,706.64**

91. **Total.** Add lines 80 through 90 for each column    **$42,939,730.22** + 91b.    **$0.00**

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92    **$42,939,730.22**

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** | **Wells Fargo Bank** | $19,052,398.23 | $0.00 |
| | Creditor's Name | | |

| | |
|---|---|
| **2450 Colorado Ave., Ste. 3000W**<br>**Santa Monica, CA 90404** | Describe debtor's property that is subject to a lien<br>**Accounts, inventory, accounts receivable and other assets** |
| Creditor's mailing address | |
| | Describe the lien |
| | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred**<br>**1/20/17** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | |
|---|---|---|
| **3.** | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $19,052,398.23 |

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jeremy Downs**<br>**Goldberg Kohn**<br>**55 East Monroe, Suite 3300**<br>**Chicago, IL 60603** | Line  **2.1** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Fairn & Swanson, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$112,567.59** | **$13,650.00** |
|---|---|---|---|---|
| | **Albert Savedra** **23 Kinross Drive** **San Rafael, CA 94901** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **California Department of Tax and Fee Adm** **Account Information Group, MIC: 29** **PO Box 942879** **Sacramento, CA 94279-0029** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **For notice purposes only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    27073                    Best Case Bankruptcy

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.00 | $0.00 |
|---|---|---|---|---|

**CITY OF SAN DIEGO BUSINESS TAX PROGRAM**
**PO BOX 121536**
**San Diego, CA 92112-1536**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Business Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operati**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.61 | $0.00 |
|---|---|---|---|---|

**STATE OF WASHINGTON**
**DEPARTMENT OF REVENUE**
**P O BOX  34051**
**Seattle, WA 98124-1051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:      List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,744.00 |
|---|---|---|---|

**AAMCO Duty Free**
**6911 BOTTLEBRUSH LANE**
**Naples, FL 34109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.00 |
|---|---|---|---|

**ADP, LLC**
**PO BOX 31001-1874**
**Pasadena, CA 91110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Payroll Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 25 of 132

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,171.95 |
|---|---|---|---|

**ADVANCE BUSINESS CAPITAL**
PO BOX 610028
Dallas, TX 75216

Date(s) debt was incurred **Various**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,760.00 |
|---|---|---|---|

**AGAVE LOCO, LLC**
1175 CORPORATE WOODS PKWY, STE 218
Vernon Hills, IL 60061

Date(s) debt was incurred **Various**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,640.91 |
|---|---|---|---|

**ALBATRANS, INC.**
149-10 183RD STREET
Springfield Gardens, NY 11413-0435

Date(s) debt was incurred **Various**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278,683.16 |
|---|---|---|---|

**ALEXANDER JAMES & CO.**
P. O. BOX 116
Sea Cliff, NY 11579-0116

Date(s) debt was incurred **Various**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,573.55 |
|---|---|---|---|

**ALLEGRINI**
VIA GIARE 9/11
37022 FUMANE VALPOLICELLA
VERONA - ITALIA

Date(s) debt was incurred **Various**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.50 |
|---|---|---|---|

**AMAZON CAPITAL SERVICES**
PO BOX 035184
Seattle, WA 98124-5184

Date(s) debt was incurred **Various**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,348.35 |
|---|---|---|---|

**AMC USA, INC.**
8 WEST 40TH STREET, 10TH FLOOR
New York, NY 10018

Date(s) debt was incurred **Various**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 26 of 132

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $817.60 |
|---|---|---|---|

**AMERICAN PACKAGING CAPITAL**
**PO BOX 77077**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $511.00 |
|---|---|---|---|

**AMERICAN PEST CONTROL**
**3560 FAIRMOUNT AVE.**
**San Diego, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,774.00 |
|---|---|---|---|

**AMI DUTY FREE, LLC**
**1417 6TH STREET**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,143.85 |
|---|---|---|---|

**ANDERSEN MATERIAL HANDLING**
**P.O. BOX 1015**
**Wixom, MI 48393-1015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,682.08 |
|---|---|---|---|

**ANHEUSER-BUSCH, INC.**
**15800 ROSCOE BLVD.**
**Van Nuys, CA 91406-1379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $980.00 |
|---|---|---|---|

**ANTARES, INC.**
**7250 NW 36TH AVENUE**
**Miami, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,793.20 |
|---|---|---|---|

**ARMANINO LLP**
**PO BOX 398285**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number _

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 27 of 132

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,427.36** |
|---|---|---|---|

**AZ SOUTHEAST DISTRIBUTORS**
**PO BOX LBX 978649**
**Dallas, TX 75397-8649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,293,897.62** |
|---|---|---|---|

**BACARDI U.S.A., INC.**
**2701 LE JEUNE ROAD**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,786.90** |
|---|---|---|---|

**BANFI PRODUCTS CORP.**
**1111 CEDAR SWAMP ROAD**
**Glen Head, NY 11545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,772.00** |
|---|---|---|---|

**BARNARD GRIFFIN WINERY**
**878 TULIP LANE**
**Richland, WA 99352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,007.32** |
|---|---|---|---|

**BAY AREA BEVERAGE COMPANY**
**700 NATIONAL COURT**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.20** |
|---|---|---|---|

**BAY AREA DISTRIBUTING CO.**
**1061 FACTORY STREET**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**BERG & STEPHENS**
**P.O. BOX 507**
**Closter, NJ 07624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

**3.24** Nonpriority creditor's name and mailing address

**BETTER OFFICE SUPPLY INC.**
**750 DESIGN COURT**
**Chula Vista, CA 91911**

Date(s) debt was incurred **Various**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$117.84**

---

**3.25** Nonpriority creditor's name and mailing address

**BODEGA OTAZU S.A.U.**
**SENORIO DE OTAZU, S/N**
**31174 OTAZU (NAVARRA)**
**SPAIN,**

Date(s) debt was incurred **Various**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$774.12**

---

**3.26** Nonpriority creditor's name and mailing address

**BODEGAS Y VINEDOS DE AGUIRRE**
**S. A. Ave Kennedy #5454 of 601**
**VITACURA, SANTIAGO**

Date(s) debt was incurred **Various**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$165,480.06**

---

**3.27** Nonpriority creditor's name and mailing address

**BOTTEGA S.P.A.**
**VICOLO ALDO BOTTEGA 2**
**31010 BIBANO DI GODEGA**
**DI SANT'URBANO (TV)**

Date(s) debt was incurred **Various**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ☐ No ■ Yes

**$25,450.16**

---

**3.28** Nonpriority creditor's name and mailing address

**BRETT ALAN ROBERTS**
**200 HALL DRIVE**
**Orinda, CA 94563**

Date(s) debt was incurred **Various**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,729.00**

---

**3.29** Nonpriority creditor's name and mailing address

**BRIGGS EQUIPMENT**
**LOCK BOX 841272**
**Dallas, TX 75284-1272**

Date(s) debt was incurred **Various**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$8,656.76**

---

**3.30** Nonpriority creditor's name and mailing address

**BROWN-FORMAN WINES INT'L**
**P.O. BOX 1080**
**Louisville, KY 40201**

Date(s) debt was incurred **Various**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ☐ No ■ Yes

**$915,593.00**

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 29 of 132

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,410.00 |
|---|---|---|---|

**CALIFORNIA LOTTERY**
**5656 RUFFIN ROAD**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,141.30 |
|---|---|---|---|

**CALIFORNIA PALLETS INC.**
**263 SILTSTONE AVENUE**
**Lathrop, CA 95330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104,384.82 |
|---|---|---|---|

**CAMPARI AMERICA LLC**
**1114 AVENUE OF AMERICAS, 19TH FLOOR**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,029.42 |
|---|---|---|---|

**CANTINA PUIANELLO**
**VIA CARLO MARX 19/A**
**42020 PUIANELLO DI QUAITRO CASTELLA**
**REGGIO EMILIA - ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,347.75 |
|---|---|---|---|

**CARIBBEAN DISTILLERS, LLC**
**P.O. BOX 1447**
**Lake Alfred, FL 33850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132,776.79 |
|---|---|---|---|

**CASA VINICOLA ZONIN SPA**
**VIA BORGOLECCO 9**
**36053 GAMBELLARA (VI)**
**ITALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223,543.00 |
|---|---|---|---|

**CASTLE ROCK WINERY**
**75 MALAGA COVE PLAZA #7**
**PALOS VERDES ESTATES**
**Palos Verdes Peninsula, CA 90274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,027.28** |
|------|------|------|------|

**CG ROXANE LLC**
**DEPT CH 16405**
**Palatine, IL 60055-6405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

**Basis for the claim:** **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,660.00** |
|------|------|------|------|

**CHAMBERS & CHAMBERS WINE**
**MERCHANTS**
**2140 PALOU AVENUE**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

**Basis for the claim:** **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,771.35** |
|------|------|------|------|

**CHAMPAGNE LAURENT-PERRIER**
**32 AVENUE DE CHAMPAGNE**
**51150 TOURS-SUR-MARNE**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

**Basis for the claim:** **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$286,155.52** |
|------|------|------|------|

**CHASE INTERNATIONAL, INC.**
**67 HAMPTON MEADOWS**
**Hampton, NH 03842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

**Basis for the claim:** **Goods and Services Provided**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,510.00** |
|------|------|------|------|

**CHATEAU MONTELENA WINERY**
**1429 TUBBS LANE**
**Calistoga, CA 94515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

**Basis for the claim:** **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,024.76** |
|------|------|------|------|

**CINTAS CORP. #054**
**P.O. BOX 29059**
**Phoenix, AZ 85038-9059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

**Basis for the claim:** **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,315.35** |
|------|------|------|------|

**CINTAS CORPORATION #49K**
**P.O. BOX 630921**
**Cincinnati, OH 45263-0921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

**Basis for the claim:** **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**CIRCLE LOGISTICS INC.**
P.O. BOX 8067
Fort Wayne, IN 46898-8067

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$292.02** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**CIRRO ENERGY**
P.O. BOX 660004
Dallas, TX 75266-0004

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,260.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**CLINE CELLARS**
P.O. BOX 49235
San Jose, CA 95161-9235

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102,490.82** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------------|

**COCA-COLA BEVERAGES FL**
PO BOX 740909
Atlanta, GA 30374-0909

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,167.84** |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**COCA-COLA REFRESHMENTS**
**SAN LEANDRO SALES CENTER**
P.O. BOX 740214
Los Angeles, CA 90074-0214

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,880.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**COCO LOPEZ, INC.**
3401 SW 160th Ave, Suite 350
Hollywood, FL 33027

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$318.75** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**COGENT SOLUTIONS & SUPPLIES**
3200 REGATTA BOULEVARD, SUITE F
Richmond, CA 94804

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $326,106.68 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------------|

**COLGATE-PALMOLIVE COMPANY**
**2092 COLLECTIONS CENTER**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,735.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**COLGIN CELLARS**
**PO BOX 254**
**Saint Helena, CA 94574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,632.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**CONSTELLATION BRANDS,INC.**
**235 N BLOOMFIELD ROAD**
**Canandaigua, NY 14424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**COSTA DE ORO WINERY**
**P.O. BOX 1023**
**Santa Maria, CA 93456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $656.55 |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**COTTER CHURCH SUPPLIES**
**369 GRAND AVENUE**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,950.75 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**COTY SARL**
**PO BOX 29080**
**New York, NY 10087-9080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,504.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**COYOTE LOGISTICS LLC**
**PO BOX 742636**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,421.75 |
|---|---|---|---|

**CPL BUSINESS**
P.O. BOX 660749
Dallas, TX 75266

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,185.59 |
|---|---|---|---|

**CRANE WORLDWIDE LOGISTICS**
P.O. BOX 844174
Dallas, TX 75284-4174

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,976.00 |
|---|---|---|---|

**CRIMSON WINE GROUP**
2700 NAPA VALLEY CORP DR, SUITE B
Napa, CA 94558

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,777.30 |
|---|---|---|---|

**DAVE STREIFFER CO. INC.**
5610 ARMOUR DRIVE
Houston, TX 77020

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,441,350.16 |
|---|---|---|---|

**DIAGEO BRANDS BV**
P.O. BOX 58182
AMSTERDAM,  1040 HD

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,829.60 |
|---|---|---|---|

**DIAGEO GLOBAL SUPPLY**
ST JAMES GATE BREWERY
DUBLIN 8
IRELAND

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,973.40 |
|---|---|---|---|

**DKW INDUSTRIES, INC.**
3041 NW 23RD WAY
Fort Lauderdale, FL 33311

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,438.36 |
|---|---|---|---|

**DOMAINE SELECT WINE & SPIRITS**
**105 MADISON AVENUE, 13TH FLOOR**
**New York, NY 10016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,440.00 |
|---|---|---|---|

**DON SEBASTIANI & SONS**
**DEPT. LA 24262**
**Pasadena, CA 91185-4262**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,999.60 |
|---|---|---|---|

**DR PEPPER SNAPPLE GROUP**
**P O BOX 277237**
**Atlanta, GA 30384-7237**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $575.00 |
|---|---|---|---|

**DREYFUS ASHBY, INC.**
**PO BOX 780064**
**Philadelphia, PA 19178**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $823.54 |
|---|---|---|---|

**DUCLOT EXPORT**
**3 PLACE ROHAN**
**CEDEX**
**BORDEAUX, 33000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,429.00 |
|---|---|---|---|

**E. & J. GALLO WINERY**
**600 YOSEMITE BOULEVARD**
**Modesto, CA 95354**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.00 |
|---|---|---|---|

**EDCO DISPOSAL CORPORATION**
**P.O. BOX 6887**
**Buena Park, CA 90622**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 35 of 132

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267,926.38 |
|---|---|---|---|

**EDRINGTON GROUP USA LLC**
PO BOX 842279
Boston, MA 02284-2279

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,685.00 |
|---|---|---|---|

**ELITE FREIGHT MANAGEMENT**
PO BOX 953
Plainfield, IL 60544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.30 |
|---|---|---|---|

**ENTERPRISE RENT A CAR**
P.O. BOX 749764
Los Angeles, CA 90074-9764

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,202.80 |
|---|---|---|---|

**ESSENCE CORP.**
1221 BRICKELL AVENUE, SUITE 2100
Hialeah, FL 33012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345,355.06 |
|---|---|---|---|

**EXPORTADORA SUR VALLES**
AV. SANTA MARIA NO. 2670
OFICINA 107, PROVIDENCIA
SANTIAGO - CHILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,292.80 |
|---|---|---|---|

**FETZER VINEYARDS**
P.O. BOX 611
Hopland, CA 95449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,056.00 |
|---|---|---|---|

**FINCA DECERO**
PERMASUR S.A.
SAN MARTIN 1167 PISO 1
MENDOZA, ARGENTINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 36 of 132

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,150.00 |
|---|---|---|---|

**FLANAGAN VINEYARDS**
**PO BOX 1230**
**Windsor, CA 95492**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,125.00 |
|---|---|---|---|

**FOLEY FAMILY WINES, INC.**
**DEPT. LA 24038**
**Pasadena, CA 91185-4038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $777,389.50 |
|---|---|---|---|

**FOLIO WINE COMPANY, LLC**
**550 GATEWAY DRIVE, SUITE 220**
**Napa, CA 94558**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,008.00 |
|---|---|---|---|

**FRANCIS COPPOLA WINERY**
**28459 NETWORK PLACE**
**Chicago, IL 60673-1284**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,477.95 |
|---|---|---|---|

**FRANK-LIN DISTILLERS PRODUCTS LTD.**
**2455 HUNTINGTON DR.**
**Fairfield, CA 94533**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346.52 |
|---|---|---|---|

**FRED MEYER CO**
**3800 S.E. 22nd Avenue**
**Portland, OR 97202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,209.96 |
|---|---|---|---|

**FREDERICK WILDMAN & SONS**
**307 EAST 53RD STREET**
**New York, NY 10022**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 37 of 132

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.07 |
|---|---|---|---|

**FREIGHT QUOTE**
PO BOX 9121
Minneapolis, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number **__**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,819.99 |
|---|---|---|---|

**FREIXENET, S.A.**
JOAN SALA, 2
8770 SANT SADURNI D'ANOIA
BARCELONA, ESPANA, SPAIN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number **__**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,364.00 |
|---|---|---|---|

**FREMONT MISCHIEF DISTILLERY**
127 N 35TH STREET
Seattle, WA 98103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number **__**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,405.68 |
|---|---|---|---|

**FRITO-LAY INC.**
99 BUKIT TUMAH ROAD
#05-01, ALFA CENTRE
SINGAPORE 229835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number **__**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,485.00 |
|---|---|---|---|

**FROG'S LEAP**
PO BOX 189
Rutherford, CA 94573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number **__**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,442.50 |
|---|---|---|---|

**FULL CONTAINER RECOVERY**
5315 4TH EAST
Tacoma, WA 98424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number **__**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,416.00 |
|---|---|---|---|

**GEKKEIKAN SAKE (USA), INC**
1136 SIBLEY STREET
Folsom, CA 95630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number **__**

Is the claim subject to offset? ☒ No ☐ Yes

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 38 of 132

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,848.00 |
|---|---|---|---|

**GMDF**
**2 ROUTE DES PRINCES**
**84190 GIGONDAS**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,968.00 |
|---|---|---|---|

**GRUPO COLOME S.A.**
**AV. AVELLANEDA 396**
**C1405CNQ**
**ARGENTINA,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,888.96 |
|---|---|---|---|

**GSC LOGISTICS INC**
**DEPT. LA 24640**
**Pasadena, CA 91185-4640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $955.50 |
|---|---|---|---|

**GSC NATIONAL TRANSPORTATION**
**DEPT LA 24674**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,375.83 |
|---|---|---|---|

**HALFON CANDY COMPANY**
**9229 10TH AVENUE S.**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,493.00 |
|---|---|---|---|

**HANDBAG REPUBLIC INC.**
**18301 ARENTH AVENUE**
**Rowland Heights, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,895.16 |
|---|---|---|---|

**HEAVEN HILL INC.**
**P.O. BOX 729**
**Bardstown, KY 40004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 39 of 132

Name

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $529,244.02 |
|---|---|---|---|

**HEINEKEN BROUWERIJEN B.V.**
**STADHOUDERSKADE 79**
**PO BOX 28, 1000aa**
**AMSTERDAM, 1072AE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _ _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,820.40 |
|---|---|---|---|

**HMC ADVERTISING, INC.**
**453 D STREET, SUITE C**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,914.18 |
|---|---|---|---|

**HORMEL FOODS CORPORATION**
**PO BOX 100352**
**Pasadena, CA 91189-0352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,573.20 |
|---|---|---|---|

**HUNEEUS VINTNERS, LLC**
**1040 MAIN STREET, SUITE 204**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,260.17 |
|---|---|---|---|

**HYG FINANCIAL SERVICES INC**
**P.O. BOX 14545**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133,309.20 |
|---|---|---|---|

**IMPERIAL TOBACCO INT. LTD**
**PO BOX 76**
**NOTTINGHAM NG7 5PL**
**GREAT BRITAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,600.65 |
|---|---|---|---|

**INTERVINE INC.**
**851 NAPA VALLEY CORP WAY, SUITE G**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-40990　　Doc# 1　　Filed: 06/02/20　　Entered: 06/02/20 16:05:38　　Page 40 of 132

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,132.88 |
|---|---|---|---|

**ITN WORLDWIDE**
P.O. BOX 931423
Atlanta, GA 31193-1423

Date(s) debt was incurred __Various__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jesus Santacruz**
1323 Olivina Ave
Livermore, CA 94551

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Workers' compensation applicant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $271,016.73 |
|---|---|---|---|

**JIM BEAM BRANDS CO.**
222 MERCHANDISE MART PLZ
Chicago, IL 60654

Date(s) debt was incurred __Various__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services Provided__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $526,734.46 |
|---|---|---|---|

**JOHNSON & JOHNSON CONSUMER INC.**
5618 COLLECTIONS CTR DR
Chicago, IL 60693

Date(s) debt was incurred __Various__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Johnson & Jonson Consumer Inc.**
5618 COLLECTIONS CTR DR
Chicago, IL 60693

Date(s) debt was incurred __Various__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,524.00 |
|---|---|---|---|

**JOSEPH DROUHIN**
7 RUE d'ENFER
BP 80029
21201 BEAUNE CEDEX, FRANCE

Date(s) debt was incurred __Various__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,500.00 |
|---|---|---|---|

**JOSEPH PHELPS VINEYARDS**
P.O. BOX 1031
Saint Helena, CA 94574

Date(s) debt was incurred __Various__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,845.07** |
| | **KAISER FOUNDATION HEALTH PLAN**<br>**FILE 5915**<br>**Los Angeles, CA 90074-5915** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$990.00** |
| | **KING ESTATE WINERY, LP**<br>**80854 TERRITORIAL HWY**<br>**Eugene, OR 97405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,547.50** |
| | **KIONA VINEYARDS WINERY**<br>**44612 N. SUNSET ROAD**<br>**Benton City, WA 99320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,891.00** |
| | **KOBRAND CORPORATION**<br>**ONE MANHATTANVILLE ROAD**<br>**Purchase, NY 10577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,578.41** |
| | **LABEL VALUE**<br>**5704 W Sligh Ave**<br>**Tampa, FL 33634** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$153,566.03** |
| | **LABOURE-ROI**<br>**RUE LAVOISIER BP 14**<br>**21700 NUITS ST GEORGES**<br>**FRANCE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,587.85** |
| | **LEASE ADMINISTRATION CENTER**<br>**4680 PARKWAY DR, STE 300**<br>**Mason, OH 45040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 42 of 132

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,200.00 |
|---|---|---|---|

**LONG SHADOWS VINTNERS LLC**
**3861 1ST AVENUE SOUTH, SUITE C**
**Seattle, WA 98134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,096.00 |
|---|---|---|---|

**LUNA VINEYARDS INC**
**2921 SILVERADO TRAIL**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,617.71 |
|---|---|---|---|

**MAHLER-BESSE S.A.**
**49 RUE CAMILLE GODARD**
**33000 BORDEAUX**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,120.00 |
|---|---|---|---|

**MAISON HEBRARD**
**15C BOS PLAN**
**33750 BEYCHAC ET CAILLAU**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,616.00 |
|---|---|---|---|

**MAISONS MARQUES & DOMAINS**
**383 FOURTH STREET, SUITE 400**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $174,080.00 |
|---|---|---|---|

**MARCHESI FRESCOBALDI**
**VIA SANTO SPIRITO 11**
**FIRENZE (FI),  50125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,022.00 |
|---|---|---|---|

**MARK ANTHONY GROUP INC.**
**500-887 GREAT NORTHERN WY**
**VANCOUVER, BC V5T 4T5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.62 |
|---|---|---|---|

**3.129**

Nonpriority creditor's name and mailing address
**MASTER MECHANICAL SERVICE**
**15181 NW 33 PLACE**
**Opa Locka, FL 33054**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$416.62**

---

**3.130**

Nonpriority creditor's name and mailing address
**MATAGRANO INC.**
**440 FORBES BLVD**
**South San Francisco, CA 94080**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$518.00**

---

**3.131**

Nonpriority creditor's name and mailing address
**MATSON LOGISTICS**
**P.O. BOX 99074**
**Chicago, IL 60693**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$13,898.11**

---

**3.132**

Nonpriority creditor's name and mailing address
**MCKINSTRY CO LLC**
**PO BOX 3895**
**Seattle, WA 98124**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$519.67**

---

**3.133**

Nonpriority creditor's name and mailing address
**MCPHERSON WINES**
**6 EXPO COURT**
**MOUNT WAVERLEY, VICTORIA**
**AUSTRALIA 3149**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$83,050.00**

---

**3.134**

Nonpriority creditor's name and mailing address
**MHW, LTD./HAUS ALPENZ USA**
**1129 NORTHERN BLVD., SUITE 312**
**Manhasset, NY 11030**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$3,750.00**

---

**3.135**

Nonpriority creditor's name and mailing address
**MICHAEL DAVID WINERY**
**4580 WEST HIGHWAY 12**
**Lodi, CA 95242**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$19,176.00**

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $844,740.29 |
|---|---|---|---|
| | **MICHAEL J DEVINE & ASSOC.**<br>**3313 N. SEPULVEDA BLVD.**<br>**Manhattan Beach, CA 90266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|
| | **MICHELLE C. UHLIG STOLDT**<br>**OESTERLEYSTRASSE**<br>**22587 HAMBURG**<br>**GERMANY** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,866.40 |
|---|---|---|---|
| | **MILLERCOORS LLC**<br>**BIN #53060**<br>**Milwaukee, WI 53208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,514.74 |
|---|---|---|---|
| | **MODERN EXPRESS COURIER**<br>**P.O. BOX 1199**<br>**Oakland, CA 94604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,523.10 |
|---|---|---|---|
| | **MONARQ AMERICAS LLC**<br>**55 MERRICK WAY, SUITE 202**<br>**Miami, FL 33134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,200.00 |
|---|---|---|---|
| | **MUL'S FAMOUS MIX, INC.**<br>**1055 N.W. 7TH STREET**<br>**Boca Raton, FL 33486** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,361.25 |
|---|---|---|---|
| | **MUTUAL EXPRESS COMPANY**<br>**P.O. BOX 23801**<br>**Oakland, CA 94623** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,082.67 |
|---|---|---|---|

**NESTLE WATERS NORTH AMERICA INC.**
**1322 CRESTSIDE DRIVE #100**
**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $273.34 |
|---|---|---|---|

**OFFICE DEPOT**
**PO BOX 29248**
**Phoenix, AZ 85038-9248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.92 |
|---|---|---|---|

**OFFICE DEPOT BUSINESS CREDIT**
**DEPT 56 - 6601292372**
**P.O. BOX 78004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,593.92 |
|---|---|---|---|

**OPEN WATER**
**3520 S MORGAN STREET, SUITE 204**
**Chicago, IL 60609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,304.00 |
|---|---|---|---|

**ORIGINAL GOURMET FOOD CO.**
**52 STILES ROAD, SUITE 201**
**Salem, NH 03079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,740.00 |
|---|---|---|---|

**ORNELLAIA SOCIETA AGRICOL**
**A S.R.L.**
**VIA BOLGHERESE**
**191 BOLGHERI CASTAGNETO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,917.53 |
|---|---|---|---|

**OTIS MCALLISTER, INC.**
**P.O. BOX 8255**
**Pasadena, CA 91109-8255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Last 4 digits of account number __

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$7,672.50** |

**3.150**
Nonpriority creditor's name and mailing address
PALLET CONSULTANTS CORP.
810 NW 13 AVENUE
Pompano Beach, FL 33069

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$7,672.50**

---

**3.151**
Nonpriority creditor's name and mailing address
PALM BAY INTERNATIONAL
P.O. BOX 978922
Dallas, TX 75397-8922

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$46,092.00**

---

**3.152**
Nonpriority creditor's name and mailing address
PAPE MATERIAL HANDLING
P.O. BOX 35144 # 5077
Seattle, WA 98124-5144

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$3,257.88**

---

**3.153**
Nonpriority creditor's name and mailing address
PATERNO IMPORTS, LTD.
2234 Paysphere Circle
Chicago, IL 60674

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$66,844.02**

---

**3.154**
Nonpriority creditor's name and mailing address
PENSKE TRUCK LEASING CO.
P.O. BOX 7429
Pasadena, CA 91109-7429

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$2,982.83**

---

**3.155**
Nonpriority creditor's name and mailing address
PEPSI-COLA
2300 26TH AVENUE S
Seattle, WA 98144

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$828.00**

---

**3.156**
Nonpriority creditor's name and mailing address
PERSONNEL ONE
P.O. BOX 102332
Atlanta, GA 30368-2332

Date(s) debt was incurred **Various**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$31,510.51**

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 47 of 132

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.27 |

**PETROCARD SYSTEMS, INC.**
P.O. BOX 34243
Seattle, WA 98124-1243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12.21 |

**PITCO FOODS**
727 KENNEDY AVENUE
Oakland, CA 94606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,774.20 |

**PR AMERICAS TRAVEL RETAIL**
PO BOX 405754
Atlanta, GA 30384-5754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,200.00 |

**PREMIUM PORT WINES, INC.**
DEPT. 33316
P.O. BOX 3900
San Francisco, CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $719.55 |

**PRODIGY DELIVERY, INC.**
701 NW 214TH STREET, UNIT 218
Miami, FL 33169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,858.19 |

**PRODRIVERS**
P.O. BOX 102409
Atlanta, GA 30368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,244.08 |

**PROXIMO SPIRITS, INC.**
333 WASHINGTON STREET, 4TH FLOOR
Jersey City, NJ 07302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$288.50** |
|---|---|---|---|

**Quadient Leasing USA, Inc.**
DEPT 3682
P.O.BOX 123682
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Postage meter_

Last 4 digits of account number **6591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,140.00** |
|---|---|---|---|

**R & R SERVICES**
29425 144TH AVENUE S.E.
Auburn, WA 98092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** _Goods and Services Provided_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$203.69** |
|---|---|---|---|

**R&S OVERHEAD GARAGE DOOR INC.**
1140 MONTAGUE AVE
San Leandro, CA 94577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** _Goods and Services Provided_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,673.49** |
|---|---|---|---|

**RANDSTAD**
P.O. BOX 894217
Los Angeles, CA 90189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** _Goods and Services Provided_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,704.00** |
|---|---|---|---|

**RARE WINE CO.**
280 VALLEY DRIVE
Brisbane, CA 94005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** _Goods and Services Provided_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,415.33** |
|---|---|---|---|

**READY REFRESH BY NESTLE**
P.O. BOX 856680
Louisville, KY 40285-6158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Variouis**

**Basis for the claim:** _Goods and Services Provided_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$245.30** |
|---|---|---|---|

**REDDY ICE**
PO BOX 730505
Dallas, TX 75373-0505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** _Goods and Services Provided_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 49 of 132

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180,537.47 |
|---|---|---|---|

**REMY COINTREAU INTERNATIONAL PTE LTD**
**152 BEACH ROAD #33-01/04**
**GATEWAY EAST, SINGAPORE 189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** **Goods and Services Provided**

Last 4 digits of account number _ _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,105.50 |
|---|---|---|---|

**REPUBLIC NATIONAL DISTRIBUTING COMPANY**
**441 S.W. 12TH AVENUE**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** **Goods and Services Provided**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,040.00 |
|---|---|---|---|

**ROYAL WINE COMPANY**
**63-65 LE FANTE WAY**
**P.O. BOX 17**
**Bayonne, NJ 07002-0017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** **Goods and Services Provided**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,891.53 |
|---|---|---|---|

**RYDER TRANSPORTATION SERVICE**
**P.O. BOX 96723**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** **Goods and Services Provided**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,972.80 |
|---|---|---|---|

**S. MARTINELLI & COMPANY**
**DEPT 4467**
**P.O. BOX 44000**
**San Francisco, CA 94144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** **Goods and Services Provided**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,900.00 |
|---|---|---|---|

**SAN ANTONIO WINERY INC**
**737 LAMAR STREET**
**Los Angeles, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** **Goods and Services Provided**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560,917.30 |
|---|---|---|---|

**SAZERAC COMPANY, INC.**
**10101 LINN STATION ROAD**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** **Goods and Services Provided**

Last 4 digits of account number _ _

Is the claim subject to offset? ☐ No ■ Yes

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 50 of 132

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**SERGIO CALLEJAS**
36848 ELM STREET
Newark, CA 94560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,196.28 |
|---|---|---|---|

**SEVEN UP BOTTLING CO OF SF**
P.O.BOX 742472
LOS ANGELES, CA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,160.50 |
|---|---|---|---|

**SEVEN-UP SNAPLE SOUTHEAST C/O AMERICAN**
P.O. BOX 402443
Atlanta, GA 30384-2443

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? __ No __ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,368.00 |
|---|---|---|---|

**SEXTANT WINES**
PO BOX 391
Paso Robles, CA 93447

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,505.00 |
|---|---|---|---|

**SHAW-ROSS INTERNATIONAL I**
2900 SW 149TH AVENUE, SUITE 200
Hollywood, FL 33027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,592.00 |
|---|---|---|---|

**SILVERADO VINEYARDS**
6121 SILVERADO TRAIL
Napa, CA 94558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,768.00 |
|---|---|---|---|

**SKURNIK WINES**
PO BOX 1315
Syosset, NY 11791

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 51 of 132

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,136.50 |
|---|---|---|---|

SMT DUTY FREE, INC.
8935 NW 27TH STREET
Miami, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,942.00 |
|---|---|---|---|

SOKOL BLOSSER WINERY
P. O. BOX 399
Dundee, OR 97115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,363.34 |
|---|---|---|---|

SOUTHERN GLAZER'S OF FL
P.O. BOX 864921
Orlando, FL 32886-4921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,900.00 |
|---|---|---|---|

SOUTHERN GLAZER'S WINE TRAVEL
SALES
4222 SOUTH FLORIDA AVE
Lakeland, FL 33813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,353.14 |
|---|---|---|---|

STERLING COMPUTER PRODUCTS
16135 COVELLO STREET
Van Nuys, CA 91406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,217.32 |
|---|---|---|---|

SUN PACKAGING TECHNOLOGIES INC
2200 NW 32nd St.
Suite 1700
Pompano Beach, FL 33069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268.80 |
|---|---|---|---|

SWANSON VINEYARDS
1050 OAKVILLE CROSS ROAD
P.O. BOX 148
Oakville, CA 94562

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 52 of 132

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
| --- | --- | --- | --- |
| | SWIRE COCA-COLA, USA<br>PO BOX 3743<br>Seattle, WA 98124-3743 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,560.00** |
| --- | --- | --- | --- |
| | TAUB FAMILY SELECTIONS<br>P.O. BOX 733488<br>Dallas, TX 75373 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,185.00** |
| --- | --- | --- | --- |
| | THE APOLLO GROUP<br>6950 NW 77TH COURT<br>Miami, FL 33166 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,829.92** |
| --- | --- | --- | --- |
| | THE BOSTON BEER COMPANY<br>ONE DESIGN CENTER PLACE, SUITE 850<br>Boston, MA 02210 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,044.00** |
| --- | --- | --- | --- |
| | TMT USA INC<br>340 N SAM HOUSTON PARKWAY, SUITE 277<br>Houston, TX 77060 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105,866.14** |
| --- | --- | --- | --- |
| | TOP LINE SRL<br>VIALE GORIZIA 24/D<br>00198 ROMA<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,004.55** |
| --- | --- | --- | --- |
| | TRANSCOLD DISTRIBUTION USA<br>6858 SOUTH 190TH STREET<br>Kent, WA 98032 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Goods and Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 53 of 132

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,157.00** |
|---|---|---|---|

**Traveler**
**777 Mariners Island Blvd.**
**Suite 250**
**San Mateo, CA 94404**

Date(s) debt was incurred **5/20/20**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$325,581.36** |
|---|---|---|---|

**TREASURY WINE ESTATES**
**655 AIRPARK ROAD**
**Napa, CA 94558**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$267.50** |
|---|---|---|---|

**TROPICAL HOME & GARDEN PEST**
**CONTROL**
**11421 N.W. 27 COURT**
**Fort Lauderdale, FL 33323**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$529,416.00** |
|---|---|---|---|

**UETA, INC.**
**EDIFICIO TORRE GLOBAL BK**
**CALLE 50, PISO NO. 36**
**PANAMA, REP. PANAMA**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|

**UHLIG BYPASS TRUST**
**6641 SARONI DRIVE**
**Oakland, CA 94611**

Date(s) debt was incurred **10/25/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Note Payable**

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350,000.00** |
|---|---|---|---|

**UHLIG MARITAL TRUST NON EXEMPT**
**6641 SARONI DRIVE**
**Oakland, CA 94611**

Date(s) debt was incurred **10/25/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Note Payable**

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00** |
|---|---|---|---|

**UHLIG SURVIVORS TRUST**
**6641 SARONI DRIVE**
**Oakland, CA 94611**

Date(s) debt was incurred **Various**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lease for Real Property**

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 54 of 132

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,873,497.58** |
|---|---|---|---|

**UHLIG SURVIVORS TRUST**
**6641 SARONI DRIVE**
**Oakland, CA 94611**

Date(s) debt was incurred **9/27/17, 4/23/2019 and 10/17/2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **3 Notes Payable**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,616.35** |
|---|---|---|---|

**ULINE**
**PO BOX 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$113,323.45** |
|---|---|---|---|

**V.R. CAMELOT, INC.**
**2739 SIGNAL PARKWAY**
**Signal Hill, CA 90755**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$316.89** |
|---|---|---|---|

**VALERO FLEET SERVICES**
**P.O. BOX 300**
**Amarillo, TX 79105**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,621.72** |
|---|---|---|---|

**VANDEGRIFT FORWARDING CO.**
**100 WALNUT AVENUE, SUITE 600**
**Clark, NJ 07066**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,697.22** |
|---|---|---|---|

**VASCO ROAD LANDFILL**
**PO BOX 31001-2265**
**Pasadena, CA 91110-2265**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**VECTOR INTERNATIONAL, INC**
**9475 NICOLA TESLA CT**
**San Diego, CA 92154**

Date(s) debt was incurred **Various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods and Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 55 of 132

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,528.00 |
| --- | --- | --- | --- |
| | **VENPORT ENTERPRISES LTD**<br>**12608 19A AVENUE**<br>**SUREY, BC V4A 9G6** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** Various | **Basis for the claim:** Goods and Services Provided | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,125.00 |
| --- | --- | --- | --- |
| | **VINA CONCHA Y TORO S.A.**<br>**AVDA. NUEVA TAJAMAR 481**<br>**TORRE NORTE, CASILLA 213**<br>**SANTIAGO, CHILE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** Various | **Basis for the claim:** Goods and Services Provided | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,600.00 |
| --- | --- | --- | --- |
| | **VINA COUSINO MACUL S.A.**<br>**AV QUILIN 7100**<br>**PENALOLEN**<br>**SANTIAGO, CHILE** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** Various | **Basis for the claim:** Goods and Services Provided | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,320.00 |
| --- | --- | --- | --- |
| | **VINEDOS FAMILIA CHADWICK SPA**<br>**NUEVA TAJAMAR 481**<br>**TORRE SUR, LAS CONDES** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** Various | **Basis for the claim:** Goods and Services Provided | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,566.00 |
| --- | --- | --- | --- |
| | **VINEYARD BRANDS / REGIONS BANK**<br>**ATTN: LOCKBOX PO BOX 2153**<br>**DEPARTMENT 4918**<br>**Birmingham, AL 35287-4918** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** Various | **Basis for the claim:** Goods and Services Provided | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,400.00 |
| --- | --- | --- | --- |
| | **VINO DEL SOL, INC.**<br>**DEPT. #0512**<br>**P.O. BOX 1000**<br>**Memphis, TN 38148-0512** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** Various | **Basis for the claim:** Goods and Services Provided | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,900.00 |
| --- | --- | --- | --- |
| | **VINTUS LLC**<br>**CL #5185**<br>**P.O.BOX 95000**<br>**Philadelphia, PA 19195-5100** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** Various | **Basis for the claim:** Goods and Services Provided | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 56 of 132

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,160.00 |
|---|---|---|---|

**WAGNER WINE COMPANY, LLC**
**DEPT LA 24371**
**Pasadena, CA 91185-4371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**WEITNAUER DUTY FREE, INC.**
**2315 NW 107 AVENUE**
**MIAMI FREE ZONE BOX 45**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,288.00 |
|---|---|---|---|

**WENTE FAMILY ESTATES**
**5565 TESLA ROAD**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,994.44 |
|---|---|---|---|

**WHYTE AND MACKAY LIMITED**
**310 ST. VINCENT STREET**
**GLASGOW G2 5RG SCOTLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355,271.05 |
|---|---|---|---|

**WILLIAM GRANT & SONS**
**BELLSHILL, UNITED KINGDOM**
**ML4 3AN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,300.00 |
|---|---|---|---|

**WILLIAMS & HUMBERT S.A.U.**
**P.K. 641,75 - P.O. BOX 23**
**11408JEREZ DE LA FRONTERA**
**SPAIN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,657.30 |
|---|---|---|---|

**WINE APOTHECARY LLC**
**PO BOX 621**
**Los Olivos, CA 93441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Goods and Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 57 of 132

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,024.00 |
|---|---|---|---|

**WINE HOOLIGANS LLC**
**201 ALAMEDA DEL PRADO, SUITE 102**
**Novato, CA 94949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $645.00 |
|---|---|---|---|

**WINEBOW (POMPANO BEACH)**
**PO BOX 667197**
**Pompano Beach, FL 33066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,400.00 |
|---|---|---|---|

**WINGARA WINE GROUP**
**1 SANDOWN DRIVE**
**MILDURA, VICTORIA 3500**
**AUSTRALIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $481,642.41 |
|---|---|---|---|

**WORLD EQUITY BRAND BUILD**
**1399 SW 1ST AVENUE, SUITE 200**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,964.80 |
|---|---|---|---|

**WTC IMPORT EXPORT LLC**
**5015 GEORGIA AVENUE**
**West Palm Beach, FL 33405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $637.34 |
|---|---|---|---|

**XPO LOGISTICS FREIGHT**
**29559 NETWORK PLACE**
**Chicago, IL 60673-1559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.21 |
|---|---|---|---|

**YOUNG'S MARKET COMPANY**
**P.O. BOX 30145**
**Los Angeles, CA 90030-0145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Goods and Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Fairn & Swanson, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cullen D. Speckhart**<br>**COOLEY LLP**<br>**1299 Pennsylvania Ave**<br>**NW Ste 700**<br>**Washington, DC 20004** | Line **3.177**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Injured Workers Law Los Angeles**<br>**4221 Wilshire Blvd, Suite 420**<br>**Los Angeles, CA 90010** | Line **3.109**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **John Casperson**<br>**3101 Western Avenue, Suite 500**<br>**Seattle, WA 98102-1000** | Line **3.89**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Law Offices of Scott Gursky**<br>**333 Bush Street**<br>**San Francisco, CA 94104-5821** | Line **3.43**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Law Offices of Scott Gursky**<br>**333 Bush Street**<br>**San Francisco, CA 94104-5821** | Line **3.44**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Lea Pauley Goff**<br>**500 West Jefferson Street, Suite 2000**<br>**Louisville, KY 40202-2828** | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Meghan Tepas**<br>**Freeborn & Peters**<br>**311 South Wacker Drive., Suite 3000**<br>**Chicago, IL 60606** | Line **3.146**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Michael Modica**<br>**Altus Receivables Management**<br>**2400 Veterans Blvd, Suite 300**<br>**Kenner, LA 70062** | Line **3.230**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Samuel A. Danon**<br>**Hunton AK**<br>**1111 Brickell Ave, Suite 2500**<br>**Miami, FL 33131** | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 113,149.20 |
| 5b. Total claims from Part 2 | 5b. + | $ | 21,319,663.78 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 21,432,812.98 |

Case: 20-40990   Doc# 1   Filed: 06/02/20   Entered: 06/02/20 16:05:38   Page 59 of 132

| Fill in this information to identify the case: |

Debtor name **Fairn & Swanson, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Security system lease for 701 NW 33rd St., Ste. 150, Pompano, FL from 3/21/17 - 3/20/20** |
| State the term remaining | |
| List the contract number of any government contract | **AT&T Florida/Marlin Business park**<br>**P.O. Box 13604**<br>**Philadelphia, PA 19101-3604** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Master Lease No. 8328805 - Equipment Schedule No. 017:**<br>**2014 Hyster R30XMS3 Forklift Serial No. H118N03116M**<br>**2014 Hyster R30XMS3 Forklift Serial No. H118N03115M**<br>**2014 Hyster E50XN Forklift Serial No. A268N13794M** |
| State the term remaining | |
| List the contract number of any government contract | **HYG FINANCIAL SERVICES INC**<br>**P.O. BOX 14545**<br>**Des Moines, IA 50306** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Master Lease No. 8413086, Equipment Schedule No. 016:**<br>**2016 Hyster R30XM3 Forklift**<br>**2016 Hyster R30XM3 Forklift**<br>**2016 Hyster R30XM3 Forklift**<br>**2016 Hyster R30XM3 Forklift** |
| State the term remaining | |
| List the contract number of any government contract | **HYG Financial Services, Inc.**<br>**PO Box 014545**<br>**Des Moines, IA 50306-3545** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="3">◼ **Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

---

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease No. 8413086, Equipment Schedule No. ____: 2016 Hyster R____ Forklift, Serial No. H118N03912R 2016 Hyster R____ Forklift, Serial No. H118N03925R** | |
|---|---|---|---|
| | State the term remaining | | **HYG Financial Services, Inc. PO Box 014545 Des Moines, IA 50306-3545** |
| | List the contract number of any government contract | | |

---

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease No. 8413086, Equpment Schedule No. 018: 2016 Hyster E50XN Forklift** | |
|---|---|---|---|
| | State the term remaining | | **HYG Financial Services, Inc. PO Box 014545 Des Moines, IA 50306-3545** |
| | List the contract number of any government contract | | |

---

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease No. 8328806, Equipment Schedule 019 2017 Hyster R30XMS3 Forklift, Serial No. E174N03838R** | |
|---|---|---|---|
| | State the term remaining | | **HYG Financial Services, Inc. PO Box 014545 Des Moines, IA 50306-3545** |
| | List the contract number of any government contract | | |

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Master Lease No. 8413086, Equpment Schedule No. 018:**
**2016 Hyster E50XN forklift Serial No. A268N19341P**
**2016 Hyster E50XN forklift Serial No. A268N19333P**
**2016 Hyster R30XMS3 forklift Serial No. E174N03732P**
**2016 Hyster R30XMS3 forklift Serial No. E174N03725P**
**2016 Hyster R30XMS3 forklift Serial No. E174N03727P**
**2016 Cascade CARTON CLAMP new attachments**

State the term remaining

List the contract number of any government contract _____

**HYG Financial Services, Inc.**
**PO Box 014545**
**Des Moines, IA 50306-3545**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Master Lease 8328805, Equipment Schedule 020:**
**2019 Hyster R30XMS3 forklift, Serial No. E174N04409T**
**2019 Hyster R30XMS3 forklift, Serial No. E174N04388T**
**2019 Hyster R30XMS3 forklift, Serial No. E174N04404T**
**2019 Hyster R30XMS3 forklift, Serial No. E174N04405T**

State the term remaining

List the contract number of any government contract _____

**HYG Financial Services, Inc.**
**PO Box 014545**
**Des Moines, IA 50306-3545**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**Sch. 19-02:**
**2021 Frieghtliner M2 106 SACD Dryvan Supreme Plate, Serial No. 3ALACWDTXFDGG9589**

State the term remaining

**Penske Truck Leasing Co. L.P.**
**PO Box 7429**
**Pasadena, CA 91109-7429**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 20-40990   Doc# 1   Filed: 06/02/20   Entered: 06/02/20 16:05:38   Page 62 of 132



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Penske, Freightliner M2, Serial No. TBD**

State the term remaining

List the contract number of any government contract

**Penske Truck Leasing Co. L.P.**
**PO Box 7429**
**Pasadena, CA 91109-7429**

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

**Lease No. 41109:**
**2014 FRTL M2 106MD**
**S/A St TRK, 2000**
**Aluminum Van Body,**
**Serial No.**
**3ALACXDT5EDFL2360**

State the term remaining

List the contract number of any government contract

**Ryder Truck Rental, Inc.**
**6000 Windward Parkway**
**Alpharetta, GA 30005**

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

**Lease No. 48109:**
**2019 Int'l 4300 Air**
**Conv. S/A (D), 2019**
**Morgna GVSD103-26**
**Body, Serial No.**
**1HTMMMMN7KH547311**

State the term remaining

List the contract number of any government contract

**Ryder Truck Rental, Inc.**
**6000 Windward Parkway**
**Alpharetta, GA 30005**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

**Lease 108174:**
**Hyster Cushion Tire**
**Electric Forklift Model**
**E40XN, Clas 1, 3-Stage**
**Mast**
**Hyster R30XM3 - AC**
**Electric**
**Counterbalanced Order**
**Picker forklift**

State the term remaining

List the contract number of any government contract

**Summit Funding Group, Inc.**
**4680 Parkway Dr., Ste. 300**
**Mason, OH 45040**

---

Case: 20-40990   Doc# 1   Filed: 06/02/20   Entered: 06/02/20 16:05:38   Page 63 of 132

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **Lease No. 11045**<br>**2019 Hyster R30XM3**<br>**Class II, 3 stage mast**<br>**forklift Serial No.**<br>**H118N04918U**<br>**2019 Hyster R30XM3**<br>**Class II, 3 stage mast**<br>**forklift Serial No.**<br>**H118N04917U** |
| State the term remaining | |
| List the contract number of any government contract | **Summit Funding Group, Inc.**<br>**4680 Parkway Dr., Ste. 300**<br>**Mason, OH 45040** |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest | **Lease 108851:**<br>**Hyster E50XN Forklift**<br>**Class 1 Stage 4** |
| State the term remaining | |
| List the contract number of any government contract | **Summit Funding Group, Inc.**<br>**4680 Parkway Dr., Ste. 300**<br>**Mason, OH 45040** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | **Lease 11045-003:**<br>**(2) 2019 Hyster R30XM3**<br>**Class II, 3 stage mast**<br>**forklift** |
| State the term remaining | |
| List the contract number of any government contract | **Summit Funding Group, Inc.**<br>**4680 Parkway Dr., Ste. 300**<br>**Monroe, OH 45050** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement No.:**<br>**108174**<br>**Hyster Cushion Tire**<br>**Electric Forklift Model**<br>**E40XN**<br>**Hyster R30XM3 - AC**<br>**Electric**<br>**Counterbalanced Order**<br>**Picker forklift** |
| State the term remaining | |
| List the contract number of any government contract | **Summit Funding Group, Inc.**<br>**4680 Parkway Dr., Ste. 300**<br>**Mason, OH 45040** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Fairn & Swanson, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 65 of
132

Fill in this information to identify the case:

Debtor name __**Fairn & Swanson, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$35,735,213.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$153,719,957.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$170,069,660.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   **SEE ATTACHED** | **Various** | **$31,184,156.82** | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Nicole Uhlig**<br>**6641 Saroni Dr.**<br>**Oakland, CA 94611**<br>**President** | | **$171,170.85** | **Payroll** |
| 4.2.   **Michelle Stoldt**<br>**6849 Snake Road**<br>**Oakland, CA 94611**<br>**Director** | | **$88,000.00** | **Independent contractor** |
| 4.3.   **Albert Savedra**<br>**23 Kinross Dr.**<br>**San Rafael, CA 94901**<br>**CFO** | | **$33,360.00** | **Accrued vaction** |
| 4.4.   **Nicole Uhlig**<br>**6641 Saroni Dr.**<br>**Oakland, CA 94611**<br>**President** | | **$693.71** | **Expense report 1/1/20** |
| 4.5.   **Albert Savedra**<br>**23 Kinross Dr.**<br>**San Rafael, CA 94901**<br>**CFO** | | **$29.66** | **Expense report 6/3/19** |
| 4.6.   **Albert Savedra**<br>**23 Kinross Dr.**<br>**San Rafael, CA 94901**<br>**CFO** | | **$1,152.81** | **Expense report 7/11/19** |
| 4.7.   **Albert Savedra**<br>**23 Kinross Dr.**<br>**San Rafael, CA 94901**<br>**CFO** | | **$249,809.73** | **Payroll** |
| 4.8.   **Elke Uhlig**<br>**6849 Snake Rd.**<br>**Oakland, CA 94611**<br>**Shareholder** | | **$90,000.00** | **Rents** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.9.  **Albert Savedra** **23 Kinross Dr.** **San Rafael, CA 94901** **CFO** | | **$50,000.00** | **Severance** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Wells Fargo Bank** | Last 4 digits of account number: _____ | | **$0.00** |

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Keith Haynes v. Fairn & Swanson** **Pending** | **Wrongful terminatiaon** | **CA** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2.  **Jazmine Mason, State of California v. Fairn and Swanson, Inc.** **pending** | | **San Diego Superior Court** **330 W. Broadway** **San Diego, CA 92101** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3.  **Jesus Santacruz v. Fairn & Swanson Inc and First Liberty Insurance Corp.** **ADJ10795014** | **Workers' compensation** | **CA Workers' Compensation Appeals Board** **1515 Clay St., 6th Floor** **Oakland, CA 94612** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1000**

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 68 of 132

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Electrical fire at Baja Duty Free Gateway store** | **$65,279.08** | **4/1/19** | **$82,913.90** |
| **F&S had VR Camelot trucking pick up a container. Trailer was stolen while in VR Camelot's posession. VR Camelot's insurer paid F&S.** | **$12,994.94** | **6/26/19** | **$12,994.94** |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gordon Rees Scully Mansukhani LLP<br>275 Battery Street<br>20th Floor<br>San Francisco, CA 94111** | | **5/13/2020** | **$50,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 69 of 132

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

**Part 7:**  **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☐ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **Fairn & Swanson, Inc. 401K (k) Plan** | EIN: |

   Has the plan been terminated?
   ☐ No
   ☐ Yes

   ☐ No Go to Part 10.
   ☐ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **Western Conference of Teamsters Pension Plan** | EIN: |

   Has the plan been terminated?
   ☐ No
   ☐ Yes

   ☐ No Go to Part 10.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **John Hancock SIP 401** | EIN: |

Has the plan been terminated?

☑ No
☐ Yes

☐ No Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Teamster Managed Trust (medical)** | EIN: |

Has the plan been terminated?

☑ No
☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

---

Case: 20-40990   Doc# 1   Filed: 06/02/20   Entered: 06/02/20 16:05:38   Page 71 of 132

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Holland America Line NV, a Curacao Corp.**<br>**300 Elliot Avenue West**<br>**Seattle, WA 98119** | **HAL FTZ**<br>**192nd Street Suite 100**<br>**Seattle, WA 98148** | **12,392 cases of inventory stock** | **$400.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Wrist Ship Supply**<br>**300 Plauche Street**<br>**New Orleans, LA 70123** | | **1 case of inventory stock** | **$400.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Deinhart** | **400 Lancaster St.**<br>**Oakland, CA 94601** | **46 cases of inventory stock** | **$3,010.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Global** | **400 Lancaster St.**<br>**Oakland, CA 94601** | **29 cases of inventory stock** | **$2,230.10** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Seabourn Cruise Line**<br>**300 Elliott Ave West**<br>**Seattle, WA 98119** | **400 Lancaster St.**<br>**Oakland, CA 94601** | **35 cases of inventory stock** | **$1,960.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Holland America Lines**<br>**450 Third Ave West**<br>**Seattle, WA 98119** | **701 NW 33rd, Suite 150**<br>**Pompano Beach, FL 33064** | **21 cases of inventory stock** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Norweigan Cruise Line**<br>**PO Box 026065**<br>**Miami, FL 33102** | **701 NW 33rd, Suite 150**<br>**Pompano Beach, FL 33064** | **119 cases of inventory stock** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **New World** | **701 NW 33rd, Suite 150**<br>**Pompano Beach, FL 33064** | **445 cases of inventory stock** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Radisson** | **400 Lancaster St.**<br>**Oakland, CA 94601** | **120 cases of inventory stock** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Holland America Lines**<br>**450 Third Ave West**<br>**Seattle, WA 98119** | **400 Lancaster St.**<br>**Oakland, CA 94601** | **48 cases of inventory stock** | **$0.00** |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Cecilia (Phuong) Nguyen 14766 Wiley St. San Leandro, CA 94579** | **Dec. 1997 - present** |
| 26a.2.    **Angela Nichols 15830 Via Del Prado San Lorenzo, CA 94580** | **July 2003 - Nov. 2019** |
| 26a.3.    **Luisa Alacantra 8231 Tranforan Ct. Newark, CA 94560** | **Mar. 2010 - present** |
| 26a.4.    **Albert Savedra 23 Kinross Dr. San Rafael, CA 94901** | **July 2018 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 73 of 132

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Armanio, LLP**<br>**12657 Alcosta Blvd., Ste. 500**<br>**San Ramon, CA 94583** | **General Audit 2008 to 2018** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Square Milner CPAs**<br>**135 Main St., 9th Fl.**<br>**San Francisco, CA 94105** | **401K audit 2016 - 2018** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.  **EHI Consulting, Inc.**<br>**#0049**<br>**Lake Oswego, OR 97034** | **April 2020** |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.  **Focus Management Group**<br>**6585 N. Avondaale Ave.**<br>**Chicago, IL 60631** | **August 2019** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Cecilia (Phuong) Nguyen**<br>**14766 Wiley St.**<br>**San Leandro, CA 94579** | |
| 26c.2.  **Albert Savedra**<br>**23 Kinross Dr.**<br>**San Rafael, CA 94901** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **ABD Insurance & Financial Services**<br>**3 Waters Park Dr., Bldg. 3, Ste. 100**<br>**San Mateo, CA 94403** |
| 26d.2.  **Wells Fargo Capital Finance Business**<br>**2450 Colorado Ave., Ste. 3000**<br>**Santa Monica, CA 90404** |
| 26d.3.  **Armanino, LLP**<br>**12657 Alcosta Blvd., Ste. 500**<br>**San Ramon, CA 94583** |
| 26d.4.  **Square Milner CPAs**<br>**135 Main St. 9th Fl.**<br>**San Francisco, CA 94105** |
| 26d.5.  **EHI Consulting, Inc.**<br>**#0048**<br>**Lake Oswego, OR 97034** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Name and address | |
|---|---|
| 26d.6. | **Focus Management Group**<br>**6585 N. Avondale Ave.**<br>**Chicago, IL 60631** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Jeff Alden** | **03/20/2020** | **Seattle Warehouse** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Albert Savedra**<br>**400 Lancaster**<br>**Oakland, CA 94601** |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nicole Uhlig** | **6641 Saroni Dr.**<br>**Oakland, CA 94611** | **President, Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michelle Stoldt** | **6849 Snake Rd.**<br>**Oakland, CA 94611** | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Albert Savedra** | **23 Kinross Dr.**<br>**San Rafael, CA 94901** | **CFO** | |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Nicole Uhlig**<br>**6641 Saroni Dr.**<br>**Oakland, CA 94611** | **$171,864.56** | | **Payroll; expense report 1/7/20** |
| | **Relationship to debtor**<br>**President** | | | |
| 30.2. | **Michelle Stoldt**<br>**6849 Snake Rd.**<br>**Oakland, CA 94611** | **$88,000.00** | | **Professional fees** |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.3. | **Albert Savedra**<br>**23 Kinross Dr.**<br>**San Rafael, CA 94901** | **334,352.20** | | **Accrued vacation; expense reports 6/3/19 and 7/11/19, payroll and severance** |
| | **Relationship to debtor**<br>**CFO** | | | |
| 30.4. | **Elke Uhlig**<br>**6849 Snake Rd.**<br>**Oakland, CA 94611** | **$90,000.00** | | **rents** |
| | **Relationship to debtor**<br>**Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☐ No
    ■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Western Conference of Teamsters Pension Plan** | **EIN:** |
| **John Hancock SIP 401** | **EIN:** |
| **Teamster Managed Trust (medical)** | **EIN:** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Fairn & Swanson, Inc.**                                    Case number *(if known)*

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 2, 2020**

Signature of individual signing on behalf of the debtor          **Nicole Uhlig**
                                                                 Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

In re Fairn Swanson, Inc.
Statement of Financial Affairs
Question 3
Payments Made 90 days before Petition Date

| Account | Account Description | Payment Date | Check No. | Payee | Amount |
|---|---|---|---|---|---|
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 441 | EXPORTADORA SUR VALLES | $102,350.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 442 | COLGATE-PALMOLIVE COMPANY | $90,195.90 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 443 | WORLD EQUITY BRAND BUILD | $89,100.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 444 | JOHNSON & JOHNSON | $57,003.85 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 445 | SAZERAC COMPANY, INC. | $22,405.90 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 446 | NESTLE WATERS | $14,724.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 447 | MOET HENNESSY USA, INC. | $11,910.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 448 | JIM BEAM BRANDS CO. | $8,326.08 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 449 | PEPSI-COLA | $4,298.40 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 450 | AMI DUTY FREE, LLC | $3,773.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 452 | VINEDOS FAMILIA CHADWICK | $53,200.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 453 | HEINEKEN BROUWERIJEN B.V. | $41,732.70 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 454 | ACQUA MINERALE SAN BENEDE | $34,855.52 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 455 | VINA CALITERRA S.A. | $21,840.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 456 | FINCA DECERO | $21,056.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 457 | TENUTE DI TOSCANA DISTRIB | $19,120.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 458 | ANHEUSER-BUSCH, INC. | $18,307.30 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 459 | VINA SENA S.A. | $16,128.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 460 | WINGARA WINE GROUP | $11,400.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 461 | MICHELLE C. UHLIG STOLDT | $8,000.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 463 | WILLIAM GRANT & SONS | $3,180.87 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 492 | CALVADOS BERNEROY | $8,352.75 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169190 | ALBATRANS, INC. | $29.12 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169191 | AMERICAN PACKAGING CAPITA | $426.44 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169192 | BAY AREA DISTRIBUTING CO. | $307.80 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169193 | CALIFORNIA PALLETS INC. | $2,141.30 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169195 | CHATEAU MONTELENA WINERY | $12,680.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169196 | CINTAS CORPORATION #49K | $582.85 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169197 | CIRCLE LOGISTICS INC. | $1,900.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169198 | CITY OF OAKLAND BUS TAX | $7,630.14 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169199 | COCA-COLA BEVERAGES FL | $21,736.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169200 | COLUMBIA DISTRIBUTING | $436.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169201 | COYOTE LOGISTICS LLC | $2,028.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169203 | CRANE WORLDWIDE LOGISTICS | $7,262.09 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169204 | DR PEPPER SNAPPLE GROUP | $7,493.19 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169205 | EL SUPER LEON PONCHIN | $134.16 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169206 | ELITE FREIGHT MANAGEMENT | $8,650.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169207 | ERNEST PACKAGING SOLUTION | $1,663.13 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169209 | GORDON & REES LLP | $3,195.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169210 | GSC LOGISTICS INC | $365.08 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169211 | HORMEL FOODS CORPORATION | $13,420.32 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169212 | HYG FINANCIAL SERVICES IN | $7,888.83 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169213 | INTERSTATE CAPITAL CORP. | $20,950.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169214 | ITN WORLDWIDE | $18,421.88 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169215 | LEASE ADMINISTRATION CENT | $227.32 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169216 | MATSON LOGISTICS | $15,000.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169217 | MATSON LOGISTICS | $6,156.25 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169218 | MICHAEL J DEVINE & ASSOC. | $86,400.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169219 | MUL'S FAMOUS MIX, INC. | $7,150.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169220 | PALLET CONSULTANTS CORP. | $7,642.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169221 | PAPE MATERIAL HANDLING | $1,247.14 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169222 | PENSKE TRUCK LEASING CO. | $1,724.66 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169223 | PREMIER BEVERAGE COMPANY | $226.27 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169224 | PREMIUM PORT WINES, INC. | $12,657.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169225 | PRODIGY DELIVERY, INC. | $959.40 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169226 | PRODRIVERS | $919.08 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169227 | REPUBLIC NATIONAL | $559.25 |

| | | | | | |
|---|---|---|---|---|---|
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169228 | SERGIO CALLEJAS | $1,143.75 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169229 | SEVEN UP BOTTLING CO OF S | $612.92 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169230 | SEVEN-UP SNAPLE SOUTHEAST | $7,290.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169231 | STAPLES | $176.76 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169232 | UNITED DRAYAGE COMPANY | $575.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169233 | UPS | $16.02 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169234 | V.R. CAMELOT, INC. | $47,116.77 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169236 | VANDEGRIFT FORWARDING CO. | $6,306.76 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169237 | WAGNER WINE COMPANY, LLC | $28,560.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169238 | WASTE MANAGEMENT INC. | $749.20 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169239 | WEST COAST SHIP SUPPLY | $8,400.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169240 | XPO LOGISTICS FREIGHT | $307.45 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/5/2020 | 169241 | ZAVALZA TRUCKING INC | $627.00 |
| 1005-00 | WF 4129935797 - LAREDO | 3/6/2020 | 1709 | LAREDO TRAILER SUPPLY | $102.61 |
| 1005-00 | WF 4129935797 - LAREDO | 3/6/2020 | 1710 | LAREDO TRAILER SUPPLY | $32.26 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 451 | SUPPLEMENTAL INCOME | $391.49 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 464 | CONSTELLATION BRANDS,INC. | $27,568.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 465 | CONSTELLATION BRANDS,INC. | $24,864.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 466 | NESTLE WATERS | $15,795.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 467 | R J  REYNOLDS TOBACCO COM | $6,825.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 468 | EMPOWER RETIREMENT | $6,690.98 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 469 | PHILIP MORRIS DUTY FREE | $6,071.85 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 470 | JIM BEAM BRANDS CO. | $5,162.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 471 | FREDERICK WILDMAN & SONS | $2,352.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 472 | WILLIAM GRANT & SONS | $17,402.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 473 | REMY COINTREAU | $8,639.20 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 474 | ODFJELL VINEYARDS S.A. | $6,750.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 169243 | CASTLE ROCK WINERY | $285,154.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 169244 | GOSSNER FOODS, INC. | $8,608.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 169245 | HEAVEN HILL INC. | $7,069.13 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/6/2020 | 169246 | BRETT ALAN ROBERTS | $5,100.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/6/2020 | 20553 | BAJA DUTY FREE - BV | $961.11 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/6/2020 | 20554 | CHULA VISTA ALARM INC. | $200.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/6/2020 | 20555 | CITY TREASURER | $200.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/6/2020 | 20556 | OFFICE OF REVENUE & RECOV | $150.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/6/2020 | 20557 | OFFICE OF REVENUE & RECOV | $150.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/6/2020 | 20558 | EDCO DISPOSAL CORPORATION | $122.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/6/2020 | 20559 | SUNSET PRESS, INC. | $646.50 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/6/2020 | 20560 | AVERY DENNISON | $176.34 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/6/2020 | 20561 | BETTER OFFICE SUPPLY INC. | $98.34 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/9/2020 | 475 | BACARDI U.S.A., INC. | $190,798.32 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/9/2020 | 476 | JOHNSON & JOHNSON | $67,799.52 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/9/2020 | 477 | PHILIP MORRIS DUTY FREE | $62,604.90 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/9/2020 | 478 | BROWN-FORMAN WINES INT'L | $47,422.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/9/2020 | 479 | WORLD EQUITY BRAND BUILD | $17,536.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/9/2020 | 480 | PHILIP MORRIS DUTY FREE | $15,839.86 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/9/2020 | 481 | R J  REYNOLDS TOBACCO COM | $7,335.48 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/9/2020 | 482 | SOUTHERN WINE & SPIRITS | $2,817.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/9/2020 | 483 | PAY CARGO | $73.19 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/9/2020 | 169247 | TEAMSTERS MANAGED TRUST | $20,136.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/9/2020 | 169248 | WESTERN CONF OF TEAMSTERS | $12,167.76 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/9/2020 | 169249 | MHW, LTD./HAUS ALPENZ USA | $6,480.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/9/2020 | 169250 | CITY OF CALEXICO | $1,113.00 |
| 1105-00 | WF 4129925913 - CALEXICO | 3/9/2020 | 23811 | ALL COUNTY FIRE | $63.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/10/2020 | 485 | BACARDI U.S.A., INC. | $237,401.76 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/10/2020 | 486 | PHILIP MORRIS DUTY FREE | $26,399.77 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/10/2020 | 487 | R J  REYNOLDS TOBACCO COM | $9,144.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/10/2020 | 488 | HEINEKEN BROUWERIJEN B.V. | $35,553.60 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/10/2020 | 489 | MARCHESI FRESCOBALDI | $3,304.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/10/2020 | 169251 | MIZKAN AMERICAS, INC. | $7,690.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/10/2020 | 20562 | LAZ PARKING | $530.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/10/2020 | 20563 | HARDESTY'S GARAGE | $680.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/11/2020 | 490 | JOHNSON & JOHNSON | $106,193.95 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/11/2020 | 491 | EXPORTADORA SUR VALLES | $24,375.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/11/2020 | 492 | R J  REYNOLDS TOBACCO COM | $23,023.98 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/11/2020 | 493 | BAY AREA BEVERAGE COMPANY | $500.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/11/2020 | 494 | PAYROLL RESOURCE GROUP, I | $200,000.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/11/2020 | 495 | WELLS FARGO BANK, NA | $6,432.14 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/11/2020 | 169252 | SUN PACKAGING TECHNOLOGIE | $2,490.43 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/11/2020 | 20565 | UNIVERSAL PLASTIC BAG MFG | $3,612.24 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/11/2020 | 20566 | CITY TREASURER | $300.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/12/2020 | 496 | JACKSON FAMILY WINES | $21,294.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/12/2020 | 497 | R J  REYNOLDS TOBACCO COM | $6,825.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/12/2020 | 498 | DIAGEO BRANDS BV | $360,613.05 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/12/2020 | 499 | DIAGEO GLOBAL SUPPLY | $31,550.40 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/12/2020 | 20567 | JUAN MELCHOR MENDOZA | $610.60 |
| 1105-00 | WF 4129925913 - CALEXICO | 3/12/2020 | 23812 | SONIA L. MACIAS DE ANAYA | $501.55 |
| 1105-00 | WF 4129925913 - CALEXICO | 3/12/2020 | 23813 | CARLOS CAMACHO LOPEZ | $150.00 |
| 1005-00 | WF 4129935797 - LAREDO | 3/13/2020 | 1707 | CASA HOGAR ENRIQUE TOMAS | $600.00 |
| 1007-00 | CHASE 718560381 - EL PASO | 3/13/2020 | 1738 | LOS OJOS DE DIOS A.C.INC. | $1,500.00 |
| 1100-00 | IBC 54305 - EAGLE PASS | 3/13/2020 | 2159 | CASA DE NAZARETH | $1,300.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/13/2020 | 496 | TREASURY WINE ESTATES | $44,460.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/13/2020 | 497 | SOUTHERN WINE & SPIRITS | $571.22 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/13/2020 | 169253 | LAMAR WILLIAMS | $2,537.27 |
| 1106-00 | WF 4129935813 - SEATTLE | 3/13/2020 | 4444 | COSTCO | $317.16 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/14/2020 | 20546 | HOSPITAL INFANTIL DE LAS | $8,000.00 |
| 1000-00 | WF 4128216009 - TROLLEY | 3/16/2020 | 498 | NW BEVERAGES LLC | $32.98 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/16/2020 | 499 | NW BEVERAGES LLC | $28.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/16/2020 | 500 | BACARDI U.S.A., INC. | $291,766.88 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/16/2020 | 501 | BACARDI U.S.A., INC. | $185,960.40 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/16/2020 | 502 | BACARDI U.S.A., INC. | $55,103.60 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/16/2020 | 503 | MILLERCOORS LLC | $16,503.90 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/16/2020 | 504 | PHILIP MORRIS DUTY FREE | $15,332.89 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/16/2020 | 505 | BERKSHIRE HATHAWAY | $11,627.25 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/16/2020 | 506 | PHILIP MORRIS DUTY FREE | $8,315.88 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/16/2020 | 507 | R J  REYNOLDS TOBACCO COM | $5,607.30 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/16/2020 | 508 | SOUTHERN WINE & SPIRITS | $826.49 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/16/2020 | 509 | BAY AREA BEVERAGE COMPANY | $721.20 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/16/2020 | 510 | PAY CARGO | $146.38 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/16/2020 | 511 | PAYROLL RESOURCE GROUP, I | $71,798.52 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/16/2020 | 512 | CASA HOGAR PARA VARONES | $4,500.00 |
| 1007-00 | CHASE 718560381 - EL PASO | 3/17/2020 | 1739 | HOME DEPOT | $145.10 |
| 1008-00 | WF 4444294755 - FLORIDA | 3/17/2020 | 24151 | MICHAEL BALDWIN | $1,429.77 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/17/2020 | 514 | PHILIP MORRIS DUTY FREE | $16,482.42 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/17/2020 | 515 | PHILIP MORRIS DUTY FREE | $14,643.18 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/17/2020 | 516 | R J  REYNOLDS TOBACCO COM | $13,827.42 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/17/2020 | 517 | R J  REYNOLDS TOBACCO COM | $8,382.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/17/2020 | 518 | CHEVRON AND TEXACO | $1,863.92 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/17/2020 | 519 | PAY CARGO | $156.12 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/18/2020 | 520 | BROWN-FORMAN WINES INT'L | $11,050.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/19/2020 | 521 | R J  REYNOLDS TOBACCO COM | $6,825.50 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/19/2020 | 20568 | VICTOR SERRATO | $65.31 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 522 | ELKE UHLIG | $9,000.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 524 | R J  REYNOLDS TOBACCO COM | $5,921.46 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 525 | ROGER L CLAIRMONT | $2,610.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 526 | SUPPLEMENTAL INCOME | $370.23 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 527 | TEXAS COMPTROLLER | $189.07 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 528 | MICHELLE C. UHLIG STOLDT | $8,000.00 |

| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 529 | SAMCO SOFTWARE INC | $437.91 |
|---------|------------------------------|-----------|--------|-----------------------------|-------------|
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169254 | ANASTASIA KEHR | $965.67 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169255 | AT&T | $97.75 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169256 | AT&T TELECONFERENCE SERVI | $87.99 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169257 | CG ROXANE LLC | $41,877.36 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169258 | CITY OF SEATTLE | $728.68 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169259 | CT CORPORATION | $216.05 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169260 | DMV RENEWAL | $8.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169261 | EAGLE PASS WATER WORKS | $146.81 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169262 | JEFFREY ALDEN | $53.88 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169263 | JOHNSON CONTROLS SECURITY | $53.70 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169264 | PG & E | $2,961.88 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169265 | PUGET SOUND ENERGY | $1,431.34 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169266 | QUADIENT LEASING USA, INC | $145.29 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169267 | ROSEMARY HILL-JONES | $1,215.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169268 | ROXANNE VILCHIS | $96.15 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169269 | SAN DIEGO GAS & ELECTRIC | $507.16 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169270 | SECURITAS SECURITY SERVIC | $3,348.38 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169271 | SOS SECURITY LLC | $3,701.76 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169272 | SPRINT | $193.12 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169273 | SUSAN MARILYN STRONG | $6,075.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169274 | TEXAS GAS SERVICE | $103.12 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169275 | US IMPORT BOND | $437.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169276 | VECTOR INTERNATIONAL, INC | $750.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169277 | VERITIV OPERATING COMPANY | $235.65 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169278 | VERIZON WIRELESS | $552.96 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169279 | WASTE MANAGEMENT INC. | $2,130.69 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169280 | WASTE MANAGEMENT INC. | $378.95 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169281 | WASTE MGMT OF EL CAJON | $937.42 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169282 | WASTE MGMT OF SEATTLE | $414.84 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/20/2020 | 169285 | CRANE WORLDWIDE LOGISTICS | $14,909.40 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/23/2020 | 523 | EMPOWER RETIREMENT | $6,974.75 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/23/2020 | 530 | AMI DUTY FREE, LLC | $68,400.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/23/2020 | 531 | MILLERCOORS LLC | $14,741.16 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/23/2020 | 532 | R J REYNOLDS TOBACCO COM | $8,254.38 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/23/2020 | 533 | PHILIP MORRIS DUTY FREE | $6,494.32 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/23/2020 | 534 | R J REYNOLDS TOBACCO COM | $2,985.24 |
| 1105-00 | WF 4129925913 - CALEXICO | 3/23/2020 | 23815 | JOSE OLVERA | $408.76 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/24/2020 | 535 | EMODAL | $296.20 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/24/2020 | 536 | PAY CARGO | $293.79 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/24/2020 | 169286 | ADAM ALEXANDER HILLESTAD | $1,073.85 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/24/2020 | 169287 | KIMBERLY DAWN BLATTER | $724.39 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/24/2020 | 169288 | JAMES DOMONIC BLATTER | $1,126.91 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/24/2020 | 169290 | SAINTANO JOSEPH | $1,294.48 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/24/2020 | 169291 | RANIKEE TAFARI ROBINSON | $886.78 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/24/2020 | 169292 | WHYATT KING | $1,772.45 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/24/2020 | 169293 | TYRONE CENTRELL NUNES | $575.96 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/24/2020 | 169295 | ALIA C PHILLIPS | $622.41 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/24/2020 | 169296 | CYNTHIA DENISE ROUSE | $1,201.40 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/24/2020 | 169297 | JOHNY LOUIS | $1,184.48 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/24/2020 | 169298 | EDUARDO LOPEZ | $924.27 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/24/2020 | 20570 | LEILANY ENRIQUEZ | $185.20 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/24/2020 | 20571 | HUMBERTO ESQUIVEL | $158.52 |
| 1106-00 | WF 4129935813 - SEATTLE | 3/24/2020 | 4445 | COSTCO | $431.76 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/25/2020 | 537 | MILLERCOORS LLC | $12,809.73 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/25/2020 | 538 | R J REYNOLDS TOBACCO COM | $3,554.28 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/25/2020 | 169299 | A & S TOTAL CLEANING | $787.87 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/25/2020 | 169300 | ABD INSURANCE | $400.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/25/2020 | 169301 | ADT SECURITY SERVICES | $97.40 |

| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/25/2020 | 169302 | AT&I SYSTEMS | $462.08 |
|---------|------------------------------|-----------|--------|--------------|---------|
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/25/2020 | 169303 | AT&T | $18,989.65 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/25/2020 | 169304 | SUSAN MARILYN STRONG | $6,625.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/25/2020 | 169305 | TEAMSTERS LOCAL 853 | $624.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/25/2020 | 169306 | TEAMSTERS MANAGED TRUST | $3,813.91 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/25/2020 | 169307 | THE CLOROX SALES COMPANY | $9,353.06 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/25/2020 | 169308 | JOSEPH E NELSON | $4,573.64 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/25/2020 | 169309 | PERLA ESCOBOSA SANDOVAL | $2,290.38 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/25/2020 | 169310 | KATHRYN TRACY CHESHIRE | $1,218.05 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/25/2020 | 169313 | EDUARDO LOPEZ | $103.15 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/25/2020 | 20572 | IRMA BRAVO | $190.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/25/2020 | 20573 | BAJA DUTY FREE-OTAY WHSE | $451.91 |
| 1005-00 | WF 4129935797 - LAREDO | 3/26/2020 | 1711 | BRENDA LUCIO | $1,116.03 |
| 1005-00 | WF 4129935797 - LAREDO | 3/26/2020 | 1712 | MARIEL RODRIGUEZ | $392.89 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/26/2020 | 539 | PAYROLL RESOURCE GROUP, I | $200,000.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/26/2020 | 540 | ABD INSURANCE | $63,515.70 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/26/2020 | 169314 | ARMANINO LLP | $8,358.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/26/2020 | 169315 | GORDON & REES LLP | $12,465.00 |
| 1105-00 | WF 4129925913 - CALEXICO | 3/26/2020 | 23816 | EDER CAPIZ | $533.57 |
| 1105-00 | WF 4129925913 - CALEXICO | 3/26/2020 | 23817 | HEIDI CABRERA | $487.73 |
| 1005-00 | WF 4129935797 - LAREDO | 3/27/2020 | 1713 | BAJA DUTY FREE - LR STORE | $198.16 |
| 1005-00 | WF 4129935797 - LAREDO | 3/27/2020 | 1714 | U.S. CUSTOMS | $229.38 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/27/2020 | 541 | JOHNSON & JOHNSON | $82,024.89 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/27/2020 | 542 | COLGATE-PALMOLIVE COMPANY | $49,845.35 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/27/2020 | 543 | COLGATE-PALMOLIVE COMPANY | $18,914.68 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/27/2020 | 544 | ADP, LLC. | $186.17 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/27/2020 | 169316 | GORDON & REES LLP | $135.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/27/2020 | 169317 | MICHAEL J DEVINE & ASSOC. | $17,640.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/27/2020 | 169318 | PROFUSION COSMETICS CORP. | $4,210.62 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/27/2020 | 169319 | THE CLOROX SALES COMPANY | $9,270.72 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/27/2020 | 20574 | JULIO A MORFIN | $317.01 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 3/27/2020 | 20575 | MARCO GARCIA | $289.58 |
| 1105-00 | WF 4129925913 - CALEXICO | 3/27/2020 | 13037 | GERARDO LOPEZ HERRERA | $538.86 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/29/2020 | 552 | FOCUS MANAGEMENT GROUP | $3,515.58 |
| 1100-00 | IBC 54305 - EAGLE PASS | 3/30/2020 | 2161 | B&A COMMUNICATIONS | $325.50 |
| 1100-00 | IBC 54305 - EAGLE PASS | 3/30/2020 | 2162 | VICCO SUPPLY | $219.66 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/30/2020 | 545 | EMPOWER RETIREMENT | $76,739.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/30/2020 | 546 | PAYROLL RESOURCE GROUP, I | $15,269.66 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169321 | MATSON LOGISTICS | $34,837.34 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169322 | ZAVALZA TRUCKING INC | $1,805.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169323 | 98 NORFOLK, LLC | $22,545.40 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169324 | CG ROXANE LLC | $67,874.76 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169326 | ESTATE OF A. PAGE SLOSS | $5,644.06 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169327 | IRMA BARRAGAN | $1,986.58 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169328 | JV RENTAL, LLC | $50,692.95 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169329 | KROEGER FAMILY PROPERTIES | $3,501.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169331 | NJ UNITS, LLC | $2,000.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169332 | PETER P. TARANTINO | $10,863.62 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169333 | RICARDO MONTALVO | $4,600.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169334 | ROBERTO DE JESUS GARZA | $2,362.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169335 | SAN DIEGO PROPERTY MANAGE | $3,750.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169336 | SERGIO CALLEJAS | $3,200.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169337 | SSA TERMINALS OAKLAND LLC | $30.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169338 | TKG SAN YSIDRO DEVELOPMEN | $30,182.73 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169339 | VIOLET FARHAT | $700.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169340 | VIRGINIA G. MONTANO | $4,296.24 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169342 | S&R RAZOOKY, LLC | $4,000.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 3/31/2020 | 169343 | MERCHANT PROPERTY MGMT | $11,042.86 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/1/2020 | 547 | BERG & STEPHENS | $3,500.00 |

| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/1/2020 | 548 | VALERO FLEET SERVICES | $306.29 |
|---|---|---|---|---|---|
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/1/2020 | 549 | BAY AREA BEVERAGE COMPANY | $252.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/1/2020 | 550 | PAY CARGO | $73.19 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/1/2020 | 20576 | ANGEL SAUCEDA | $115.86 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/1/2020 | 20577 | JOSE M VAZQUEZ | $116.21 |
| 1005-00 | WF 4129935797 - LAREDO | 4/2/2020 | 1715 | U.S. CUSTOMS | $369.81 |
| 1005-00 | WF 4129935797 - LAREDO | 4/2/2020 | 1716 | U.S. CUSTOMS | $229.38 |
| 1005-00 | WF 4129935797 - LAREDO | 4/2/2020 | 1717 | U.S. CUSTOMS | $229.38 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/2/2020 | 20578 | SPEEDPRO IMAGING | $481.88 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/2/2020 | 20579 | ASK A DESIGNER | $600.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/2/2020 | 20580 | DMV RENEWAL | $350.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 553 | COLGATE-PALMOLIVE COMPANY | $118,384.31 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 554 | JOHNSON & JOHNSON | $100,524.49 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 555 | PROLOGIS MANAGEMENT LLC | $89,823.35 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 556 | EMPOWER RETIREMENT | $5,258.73 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 557 | SUPPLEMENTAL INCOME | $316.26 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 558 | SAMCO SOFTWARE INC | $1,579.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169344 | ADT SECURITY SERVICES | $59.97 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169345 | AMAZON CAPITAL SERVICES | $157.83 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169346 | AT&T | $58.85 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169347 | BAY ALARM COMPANY | $675.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169348 | BRETT ALAN ROBERTS | $461.58 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169349 | CENTURYLINK | $547.99 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169350 | CIRRO ENERGY | $435.75 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169351 | CITY OF CALEXICO | $217.80 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169352 | CITY OF LAREDO UTILITIES | $144.77 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169353 | CPL BUSINESS | $2,385.97 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169354 | EL PASO ELECTRIC | $510.03 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169355 | EL PASO WATER UTILITIES | $111.61 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169356 | GARDA CL WEST, INC. | $3,064.92 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169357 | HEALTH NET | $58,158.46 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169358 | IMPERIAL IRRIGATION DIST. | $1,017.87 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169359 | KAISER FOUNDATION HEALTH | $5,387.70 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169360 | LINCOLN NATIONAL LIFE INS | $16,117.81 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169361 | MUNDO BUILDING SERVICES | $653.81 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169362 | PARATEX | $58.90 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169363 | PG & E | $424.82 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169364 | PROTECTION 1 / ADT | $14.12 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169365 | R&S OVERHEAD GARAGE DOOR | $98.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169366 | REPUBLIC SERVICES | $1,456.35 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169367 | SAN DIEGO GAS & ELECTRIC | $1,297.29 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169368 | UNIFIED CARRIER REGISTRAT | $199.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169369 | VISION SERVICE PLAN | $371.99 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169370 | WASTE MANAGEMENT INC. | $754.39 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169371 | WESTERN EXTERMINATOR COMP | $259.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169372 | PORT OF SEATTLE | $5,000.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169373 | MASON BONBURG | $4,682.88 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169374 | MATTHEW SANFORD | $2,270.56 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169375 | | $0.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169376 | | $0.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/3/2020 | 169377 | CRANE WORLDWIDE LOGISTICS | $13,938.60 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/6/2020 | 559 | WELLS FARGO BANK, NA | $24,548.22 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/6/2020 | 169378 | STEVENSON DUCINVIL | $1,110.75 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/6/2020 | 169379 | ALFREDO TOVAR JR | $285.95 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/6/2020 | 169391 | CRANE WORLDWIDE LOGISTICS | $63,503.58 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/6/2020 | 169392 | JOCELYN DIFFICILE | $302.54 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/6/2020 | 20581 | IRAN BURGOS | $121.34 |
| 1005-00 | WF 4129935797 - LAREDO | 4/7/2020 | 1718 | U.S. CUSTOMS | $84.00 |
| 1005-00 | WF 4129935797 - LAREDO | 4/7/2020 | 1719 | U.S. CUSTOMS | $79.18 |

| | | | | | |
|---|---|---|---|---|---|
| 1005-00 | WF 4129935797 - LAREDO | 4/7/2020 | 1720 | U.S. CUSTOMS | $369.81 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 561 | PHILIP MORRIS DUTY FREE | $6,089.53 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169393 | CARLOS GONZALEZ | $664.55 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169395 | DION S SHAW | $695.71 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169396 | JEFFERY JERMAINE YOUNG | $493.84 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169398 | CG ROXANE LLC | $15,312.16 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169399 | A-1-A SECURITY | $300.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169400 | ARMANINO LLP | $4,979.13 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169401 | CITY OF CALEXICO | $107.24 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169402 | EAGLE PASS WATER WORKS | $337.22 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169403 | FLORIDA POWER & LIGHT CO. | $3,479.64 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169404 | GARDA CL WEST, INC. | $6,355.43 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169405 | INTERSTATE CAPITAL CORP. | $32,102.20 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169406 | ITN WORLDWIDE | $775.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169407 | MATSON LOGISTICS | $1,660.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169408 | MUNDO BUILDING SERVICES | $1,002.04 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169410 | PACIFIC VIDEO & SECURITY | $1,906.20 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169411 | QUADIENT FINANCE USA, INC | $67.70 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169412 | RELIANT | $296.22 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169413 | ROCHESTER ARMORED CAR CO. | $332.03 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169414 | S.S. SKIKOS, INC | $500.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169415 | SOS SECURITY LLC | $920.21 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/7/2020 | 169416 | THE LANDSCAPE COMPANY | $651.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/8/2020 | 562 | JOHNSON & JOHNSON | $108,143.30 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/8/2020 | 563 | COLGATE-PALMOLIVE COMPANY | $51,526.43 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/8/2020 | 564 | VANDEGRIFT FORWARDING CO. | $21,688.56 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/8/2020 | 565 | R J REYNOLDS TOBACCO COM | $8,016.36 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/8/2020 | 566 | VALERO FLEET SERVICES | $280.85 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/8/2020 | 567 | ANHEUSER-BUSCH, INC. | $9,505.06 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/8/2020 | 20584 | U.S. CUSTOMS AND BORDER | $286.84 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/9/2020 | 567 | COLGATE-PALMOLIVE COMPANY | $46,797.14 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/9/2020 | 568 | JOHNSON & JOHNSON | $146,587.15 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/9/2020 | 169417 | ALBATRANS, INC. | $17,819.94 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/9/2020 | 169419 | COYOTE LOGISTICS LLC | $15,692.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/9/2020 | 169420 | TEAMSTERS MANAGED TRUST | $20,136.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/9/2020 | 169421 | WESTERN CONF OF TEAMSTERS | $12,167.76 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/9/2020 | 20582 | MARIANA CAMPOS | $763.22 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/9/2020 | 20583 | GRETCHEN VAZGUEZ | $59.38 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/10/2020 | 570 | DIAGEO BRANDS BV | $275,040.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/10/2020 | 571 | PAYROLL RESOURCE GROUP, I | $172,218.99 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 571 | WELLS FARGO BANK, NA | $4,957.35 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169422 | ACCELERATED BUSINESS | $117.69 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169423 | CG ROXANE LLC | $10,684.15 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169424 | CITY OF SEATTLE | $690.77 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169425 | DEPARTMENT OF ALCOHOLIC | $802.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169426 | GILL'S ELECTRIC | $592.29 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169427 | HORMEL FOODS CORPORATION | $34,297.08 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169428 | HYG FINANCIAL SERVICES IN | $3,465.63 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169429 | KING COUNTY TREASURY | $220.10 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169430 | MARLIN BUSINESS BANK | $2,083.48 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169431 | OFFICE DEPOT BUSINESS CRE | $490.35 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169432 | PENSKE TRUCK LEASING CO. | $1,564.92 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169433 | PG & E | $440.85 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169434 | REPUBLIC SERVICES | $889.15 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169435 | SOS SECURITY LLC | $923.70 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169436 | SPRINT | $224.87 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169437 | SSA TERMINALS OAKLAND LLC | $30.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169438 | STAPLES | $613.13 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/13/2020 | 169439 | WASTE MGMT OF EL CAJON | $620.61 |

| | | | | | |
|---|---|---|---|---|---|
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 573 | JOHNSON & JOHNSON | $40,774.92 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 574 | COLGATE-PALMOLIVE COMPANY | $9,824.95 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 575 | IMPERIAL TOBACCO INT. LTD | $24,703.20 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 576 | PHILIP MORRIS DUTY FREE | $9,476.21 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 577 | PHILIP MORRIS DUTY FREE | $8,553.64 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 578 | PHILIP MORRIS DUTY FREE | $8,518.27 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 579 | R J  REYNOLDS TOBACCO COM | $7,185.78 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 580 | R J  REYNOLDS TOBACCO COM | $6,096.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 581 | EMODAL | $265.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 592 | TEXAS COMPTROLLER | $75.36 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 169440 | ALBATRANS, INC. | $21,057.62 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 169441 | ARMANINO LLP | $3,528.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 169442 | CG ROXANE LLC | $5,252.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 169443 | PRODIGY DELIVERY, INC. | $2,478.45 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 169444 | SQUAR MILNER LLP | $1,781.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 169445 | SUSAN MARILYN STRONG | $9,800.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/14/2020 | 169446 | WILLOW TECHNOLOGY, INC. | $1,729.25 |
| 1005-00 | WF 4129935797 - LAREDO | 4/15/2020 | 1721 | SAM'S CLUB | $156.84 |
| 1005-00 | WF 4129935797 - LAREDO | 4/15/2020 | 1722 | U.S. CUSTOMS | $89.60 |
| 1005-00 | WF 4129935797 - LAREDO | 4/15/2020 | 1723 | U.S. CUSTOMS | $30.50 |
| 1007-00 | CHASE 718560381 - EL PASO | 4/15/2020 | 1741 | HOME DEPOT | $131.98 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/15/2020 | 572 | CHEVRON AND TEXACO | $2,209.01 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/15/2020 | 582 | BERG & STEPHENS | $23,510.23 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/15/2020 | 583 | BERKSHIRE HATHAWAY | $15,940.25 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/15/2020 | 169447 | ABD INSURANCE | $10,534.04 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/15/2020 | 169448 | AT&T | $116.25 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/15/2020 | 169449 | CG ROXANE LLC | $4,808.16 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/15/2020 | 169450 | CITY OF SAN DIEGO | $264.77 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/15/2020 | 169451 | EL SUPER LEON PONCHIN | $66.60 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/15/2020 | 169452 | TEAMSTERS LOCAL 853 | $572.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/15/2020 | 169453 | TECATE VISTA MWC | $200.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/15/2020 | 169454 | VANDEGRIFT FORWARDING CO. | $6,230.52 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/15/2020 | 169455 | WASTE MANAGEMENT OF ALAME | $749.20 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 584 | PHILIP MORRIS DUTY FREE | $11,035.44 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 585 | R J  REYNOLDS TOBACCO COM | $6,825.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 586 | SUPPLEMENTAL INCOME | $172.17 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 587 | MICHELLE C. UHLIG STOLDT | $8,000.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 588 | SAMCO SOFTWARE INC | $254.10 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169456 | AT&T TELECONFERENCE SERVI | $239.29 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169457 | CG ROXANE LLC | $9,650.24 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169458 | COYOTE LOGISTICS LLC | $1,300.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169459 | CRANE WORLDWIDE LOGISTICS | $4,754.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169460 | EL PASO DISPOSAL | $277.98 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169461 | EL PASO ELECTRIC | $524.51 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169462 | GARDA CL WEST, INC. | $3,064.92 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169463 | MATSON LOGISTICS | $7,055.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169464 | PAPE MATERIAL HANDLING | $1,032.95 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169465 | PETROCARD SYSTEMS, INC. | $25.61 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169466 | PG & E | $2,562.26 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169467 | QUADIENT FINANCE USA, INC | $346.10 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169468 | RELIANT | $227.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169469 | REPUBLIC SERVICES | $601.29 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169470 | S.S. SKIKOS, INC | $500.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169471 | SAN DIEGO GAS & ELECTRIC | $433.34 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169472 | VANDEGRIFT FORWARDING CO. | $6,524.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169473 | WASTE MANAGEMENT INC. | $3,486.12 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/16/2020 | 169474 | WESTERN EXTERMINATOR COMP | $259.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/17/2020 | 589 | R J  REYNOLDS TOBACCO COM | $5,338.38 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/17/2020 | 590 | ROGER L CLAIRMONT | $1,860.00 |

| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/17/2020 | 591 | EMPOWER RETIREMENT | $5,051.85 |
|---|---|---|---|---|---|
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/17/2020 | 169475 | MATSON LOGISTICS | $4,476.25 |
| 1007-00 | CHASE 718560381 - EL PASO | 4/20/2020 | 1742 | SPECTRUM TECHNOLOGIES | $66.75 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/20/2020 | 593 | JOHNSON & JOHNSON | $84,954.60 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/20/2020 | 594 | PHILIP MORRIS DUTY FREE | $4,452.69 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/20/2020 | 169476 | BRETT ALAN ROBERTS | $3,212.51 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/20/2020 | 169477 | COYOTE LOGISTICS LLC | $1,339.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/20/2020 | 169478 | MATSON LOGISTICS | $3,350.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/20/2020 | 169479 | PETROCARD SYSTEMS, INC. | $44.27 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/20/2020 | 169480 | SAN DIEGO GAS & ELECTRIC | $2,660.09 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/20/2020 | 169481 | SUSAN MARILYN STRONG | $5,500.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/20/2020 | 169482 | UPS | $122.05 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/20/2020 | 169483 | US IMPORT BOND | $282.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/20/2020 | 169484 | V.R. CAMELOT, INC. | $17,263.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/20/2020 | 169485 | VANDEGRIFT FORWARDING CO. | $3,537.52 |
| 1008-00 | WF 4444294755 - FLORIDA | 4/21/2020 | 24152 | JEFFERSON PIERRE | $804.77 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/21/2020 | 595 | PHILIP MORRIS DUTY FREE | $15,268.05 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/21/2020 | 596 | R J  REYNOLDS TOBACCO COM | $7,620.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/21/2020 | 169486 | ALBATRANS, INC. | $23,682.83 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/21/2020 | 169487 | TEXAS GAS SERVICE | $59.62 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/21/2020 | 169488 | WASTE MGMT OF SEATTLE | $205.37 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/21/2020 | 20586 | COSTCO | $290.75 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/21/2020 | 20587 | VOID UNUSED CHECKS | $0.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/21/2020 | 20588 | LAZ PARKING | $565.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/22/2020 | 597 | R J  REYNOLDS TOBACCO COM | $15,202.14 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/22/2020 | 20589 | COSTCO | $399.65 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/23/2020 | 598 | JOHNSON & JOHNSON | $66,773.55 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/23/2020 | 599 | R J  REYNOLDS TOBACCO COM | $6,825.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/23/2020 | 600 | R J  REYNOLDS TOBACCO COM | $5,523.42 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/23/2020 | 169489 | AT&T | $18,106.38 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/23/2020 | 169490 | BRETT ALAN ROBERTS | $709.95 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/23/2020 | 169491 | DEPT. OF MOTOR VEHICLES | $9.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/23/2020 | 169492 | DMV RENEWAL | $316.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/23/2020 | 169493 | GARDA CL WEST, INC. | $42.72 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/23/2020 | 169494 | IMPERIAL IRRIGATION DIST. | $959.09 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/23/2020 | 169495 | QUADIENT FINANCE USA, INC | $40.06 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/23/2020 | 169496 | REDDY ICE | $496.46 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/23/2020 | 169497 | TRANSCOLD DISTRIBUTION US | $578.50 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/23/2020 | 20590 | EAGLE PASS CHAMBER | $150.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/23/2020 | 20591 | AMERICAN PEST CONTROL | $104.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/23/2020 | 20592 | EDCO DISPOSAL CORPORATION | $122.00 |
| 1008-00 | WF 4444294755 - FLORIDA | 4/24/2020 | 24153 | MICHAEL BALDWIN | $876.64 |
| 1008-00 | WF 4444294755 - FLORIDA | 4/24/2020 | 24154 | DONALD WELLS | $1,881.60 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/24/2020 | 602 | COLGATE-PALMOLIVE COMPANY | $116,648.81 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/24/2020 | 603 | NESTLE WATERS | $40,312.55 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/24/2020 | 604 | PHILIP MORRIS DUTY FREE | $7,286.22 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/24/2020 | 605 | ADP, LLC. | $200.17 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/24/2020 | 169498 | ADVANCE BUSINESS CAPITAL | $18,622.90 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/24/2020 | 169499 | CENTURYLINK | $546.33 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/24/2020 | 169502 | CRANE WORLDWIDE LOGISTICS | $15,541.35 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/24/2020 | 169503 | EL SUPER LEON PONCHIN | $26.28 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/24/2020 | 169504 | ELITE FREIGHT MANAGEMENT | $8,225.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/24/2020 | 169505 | MATSON LOGISTICS | $12,894.53 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/24/2020 | 169506 | MUTUAL EXPRESS COMPANY | $5,243.75 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/24/2020 | 169507 | SOS SECURITY LLC | $1,854.37 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/24/2020 | 169508 | VERIZON WIRELESS | $765.67 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 606 | COLGATE-PALMOLIVE COMPANY | $168,758.48 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 607 | JOHNSON & JOHNSON | $72,232.02 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 608 | PHILIP MORRIS DUTY FREE | $10,434.15 |

| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 609 | BOARD OF EQUALIZATION | $1,177.00 |
|---------|------------------------------|-----------|-----|-----------------------|-----------|
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 610 | PAYROLL RESOURCE GROUP, I | $158,321.15 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169509 | ADVANCE BUSINESS CAPITAL | $16,680.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169510 | BRETT ALAN ROBERTS | $13,072.05 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169511 | COYOTE LOGISTICS LLC | $7,864.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169516 | CRANE WORLDWIDE LOGISTICS | $27,363.45 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169517 | CRUNCH TIME! | $6,924.14 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169518 | ELITE FREIGHT MANAGEMENT | $13,775.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169519 | INTERSTATE CAPITAL CORP. | $19,802.10 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169521 | MATSON LOGISTICS | $18,054.64 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169522 | MODERN EXPRESS COURIER | $2,257.37 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169523 | PROTECTION 1 / ADT | $128.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169524 | S.S. SKIKOS, INC | $550.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169525 | SECURITAS SECURITY SERVIC | $2,296.21 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169526 | SERGIO CALLEJAS | $1,507.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169527 | SSA TERMINALS OAKLAND LLC | $30.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169528 | STAPLES | $399.18 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169529 | THE LANDSCAPE COMPANY | $651.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/27/2020 | 169532 | VANDEGRIFT FORWARDING CO. | $15,880.78 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/28/2020 | 611 | BERG & STEPHENS | $21,196.90 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/28/2020 | 612 | PAY CARGO | $75.69 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/28/2020 | 613 | ANHEUSER-BUSCH, INC. | $42,991.48 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/28/2020 | 169533 | AT&T | $68.10 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/28/2020 | 169534 | BAY ALARM COMPANY | $825.30 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/28/2020 | 169535 | EL PASO WATER UTILITIES | $106.91 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/28/2020 | 169536 | EL SUPER LEON PONCHIN | $66.60 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/28/2020 | 169537 | ELITE FREIGHT MANAGEMENT | $8,425.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/28/2020 | 169538 | INTERSTATE CAPITAL CORP. | $6,795.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/28/2020 | 169540 | SAN DIEGO PROPERTY MANAGE | $15,159.60 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/28/2020 | 169541 | THOMPSON, WELCH, SOROKO | $7,730.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/28/2020 | 169542 | PETROCARD SYSTEMS, INC. | $31.27 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/28/2020 | 20593 | NORMA P GARCIA | $3,231.61 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/28/2020 | 20594 | BAJA DUTY FREE-OTAY WHSE | $465.87 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/29/2020 | 614 | PHILIP MORRIS DUTY FREE | $20,697.34 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/29/2020 | 615 | NESTLE WATERS | $17,646.20 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/29/2020 | 616 | R J REYNOLDS TOBACCO COM | $9,765.96 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/29/2020 | 617 | R J REYNOLDS TOBACCO COM | $7,620.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/29/2020 | 618 | U.S. SMOKELESS TOBACCO | $1,310.40 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/29/2020 | 169543 | ELITE FREIGHT MANAGEMENT | $7,800.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/29/2020 | 169544 | FIRST SOURCE, LLC | $591.12 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/29/2020 | 169545 | GORDON & REES LLP | $14,730.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/29/2020 | 169546 | HEALTH NET | $53,903.57 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/29/2020 | 169547 | KAISER FOUNDATION HEALTH | $1,559.17 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/29/2020 | 169548 | MARLIN BUSINESS BANK | $2,227.86 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/29/2020 | 169549 | V.R. CAMELOT, INC. | $18,816.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/29/2020 | 169550 | VANDEGRIFT FORWARDING CO. | $3,085.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 4/29/2020 | 20595 | C & M MOTORS | $154.15 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/30/2020 | 619 | PHILIP MORRIS DUTY FREE | $7,726.38 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/30/2020 | 620 | R J REYNOLDS TOBACCO COM | $6,825.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/30/2020 | 169551 | MARIO MORENO PEREZ | $1,187.11 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/30/2020 | 169552 | ALFREDO TOVAR JR | $775.41 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 4/30/2020 | 169553 | LORI WINTERS | $1,703.50 |
| 1105-00 | WF 4129925913 - CALEXICO | 4/30/2020 | 23819 | COSTCO | $291.93 |
| 1105-00 | WF 4129925913 - CALEXICO | 4/30/2020 | 23820 | STAPLES | $57.60 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 622 | JOHNSON & JOHNSON | $25,569.98 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 623 | PHILIP MORRIS DUTY FREE | $13,393.44 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 624 | EMPOWER RETIREMENT | $5,057.66 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 625 | SUPPLEMENTAL INCOME | $47.59 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 169554 | 98 NORFOLK, LLC | $13,545.40 |

Case: 20-40990   Doc# 1   Filed: 06/02/20   Entered: 06/02/20 16:05:38   Page 87 of 132

| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 169555 | ESTATE OF A. PAGE SLOSS | $5,644.06 |
|---------|------------------------------|----------|--------|-------------------------|-----------|
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 169556 | IRMA BARRAGAN | $1,986.58 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 169557 | JV RENTAL, LLC | $50,692.95 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 169558 | KROEGER FAMILY PROPERTIES | $3,501.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 169559 | MERCHANT PROPERTY MGMT | $11,042.86 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 169560 | NJ UNITS, LLC | $2,000.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 169561 | PETER P. TARANTINO | $10,863.62 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 169562 | RICARDO MONTALVO | $4,600.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 169563 | ROBERTO DE JESUS GARZA | $2,362.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 169564 | S&R RAZOOKY, LLC | $4,000.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 169565 | SAN DIEGO PROPERTY MANAGE | $18,909.60 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 169566 | TKG SAN YSIDRO DEVELOPMEN | $32,404.13 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 169567 | VIOLET FARHAT | $700.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/1/2020 | 169568 | VIRGINIA G. MONTANO | $4,296.24 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 621 | PROLOGIS MANAGEMENT LLC | $89,823.35 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 626 | JOHNSON & JOHNSON | $70,184.09 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 627 | BERG & STEPHENS | $13,154.20 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 628 | PEPSI-COLA | $2,646.70 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 629 | R J REYNOLDS TOBACCO COM | $1,990.20 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 630 | PEPSI-COLA | $765.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 631 | SANTA FE NATURAL TOBACCO | $762.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 632 | PEPSI-COLA | $285.30 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 633 | WELLS FARGO BANK, NA | $3,495.44 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 169569 | ADT SECURITY SERVICES | $507.06 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 169570 | CIRRO ENERGY | $424.95 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 169571 | CITY OF CALEXICO | $105.53 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 169572 | CITY OF LAREDO UTILITIES | $139.95 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 169573 | CPL BUSINESS | $146.67 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 169574 | EBMUD | $1,580.04 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 169575 | FLORIDA POWER & LIGHT CO. | $2,760.27 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 169576 | JOHNSON CONTROLS SECURITY | $1,381.44 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 169577 | KIS COMPUTER CENTER | $3,515.99 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 169578 | PUGET SOUND ENERGY | $1,201.58 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 169579 | SAN DIEGO GAS & ELECTRIC | $1,297.83 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 169580 | SWIRE COCA-COLA, USA | $1,064.40 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 169581 | THE CLOROX SALES COMPANY | $13,397.01 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/4/2020 | 169582 | VIKING AUTOMATIC SPRINKLE | $728.86 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 5/4/2020 | 20596 | U.S. CUSTOMS AND BORDER | $3.37 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 5/4/2020 | 20597 | COUNTY OF SAN DIEGO | $218.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 5/4/2020 | 20598 | CITY TREASURER | $10.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/5/2020 | 635 | JOHNSON & JOHNSON | $70,183.85 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/5/2020 | 169583 | C.A. SHEA & COMPANY, INC. | $80.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/5/2020 | 169584 | EL SUPER LEON PONCHIN | $371.26 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/5/2020 | 169585 | US IMPORT BOND | $62.50 |
| 1106-00 | WF 4129935813 - SEATTLE | 5/5/2020 | 4446 | COSTCO | $1,664.49 |
| 1106-00 | WF 4129935813 - SEATTLE | 5/5/2020 | 4447 | SMART FOOD SERVICE | $54.95 |
| 1007-00 | CHASE 718560381 - EL PASO | 5/6/2020 | 1743 | IVAN CASAS | $80.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/6/2020 | 636 | CARISAM-SAMUEL MEISEL INC | $4,116.40 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/6/2020 | 637 | R J REYNOLDS TOBACCO COM | $3,732.66 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/6/2020 | 638 | PHILIP MORRIS DUTY FREE | $26,215.06 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/6/2020 | 639 | R J REYNOLDS TOBACCO COM | $8,310.66 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/6/2020 | 640 | R J REYNOLDS TOBACCO COM | $6,858.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/6/2020 | 169586 | ALBATRANS, INC. | $15,647.04 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/6/2020 | 169589 | CRANE WORLDWIDE LOGISTICS | $15,809.75 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/6/2020 | 169590 | ELITE FREIGHT MANAGEMENT | $11,200.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/6/2020 | 169591 | INTERSTATE CAPITAL CORP. | $10,145.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/6/2020 | 169592 | U.S. CUSTOMS | $550.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/6/2020 | 169593 | VANDEGRIFT FORWARDING CO. | $1,245.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/6/2020 | 169594 | ZAVALZA TRUCKING INC | $604.00 |

| 1104-00 | WF 4129935805 - BORDER VILLAGE | 5/6/2020 | 20600 | HARDESTY'S GARAGE | $1,725.00 |
|---|---|---|---|---|---|
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/7/2020 | 634 | PIERPASS | $64.24 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/7/2020 | 638 | JOHNSON & JOHNSON | $33,249.78 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/7/2020 | 639 | R J  REYNOLDS TOBACCO COM | $6,825.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/7/2020 | 641 | BORNVIT COMPANY | $1,605.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/7/2020 | 169595 | TEAMSTERS MANAGED TRUST | $20,136.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/7/2020 | 169596 | WESTERN CONF OF TEAMSTERS | $2,380.95 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 5/7/2020 | 20599 | COSTCO | $1,189.43 |
| 1105-00 | WF 4129925913 - CALEXICO | 5/7/2020 | 23821 | DEL VALLE AIR CONDITIONIN | $720.00 |
| 1007-00 | CHASE 718560381 - EL PASO | 5/8/2020 | 1744 | IVAN CASAS | $7,500.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/8/2020 | 642 | PHILIP MORRIS DUTY FREE | $12,803.94 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/8/2020 | 643 | R J  REYNOLDS TOBACCO COM | $6,525.48 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/8/2020 | 644 | PHILIP MORRIS DUTY FREE | $3,660.79 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/8/2020 | 645 | IMPERIAL TOBACCO INT. LTD | $51,152.40 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 5/8/2020 | 20601 | BRANDON GARCIA | $288.13 |
| 1007-00 | CHASE 718560381 - EL PASO | 5/11/2020 | 1745 | WALMART | $171.40 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 646 | PHILIP MORRIS DUTY FREE | $18,259.76 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 647 | HEINEKEN BROUWERIJEN B.V. | $12,006.68 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 648 | WELLS FARGO BANK, NA | $4,860.44 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169597 | AT&T | $116.25 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169598 | CITY OF SAN DIEGO | $554.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169599 | CITY OF SEATTLE | $484.38 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169600 | CVA SECURITY | $150.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169601 | EAGLE PASS WATER WORKS | $141.56 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169602 | EL PASO DISPOSAL | $277.98 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169603 | GARDA CL WEST, INC. | $3,064.92 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169604 | PACIFIC VIDEO & SECURITY | $1,906.20 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169605 | PARATEX | $58.90 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169606 | PG & E | $325.67 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169607 | PUGET SOUND ENERGY | $707.52 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169608 | REPUBLIC SERVICES | $880.88 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169609 | ROCHESTER ARMORED CAR CO. | $330.39 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169610 | SAN DIEGO GAS & ELECTRIC | $2,591.06 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169611 | SPRINT | $802.89 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169612 | WASTE MANAGEMENT | $615.91 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169613 | WASTE MANAGEMENT INC. | $1,486.73 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/11/2020 | 169614 | WASTE MANAGEMENT INC. | $749.20 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/12/2020 | 649 | SAMCO SOFTWARE INC | $3,018.60 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/12/2020 | 650 | PAYROLL RESOURCE GROUP, I | $151,782.90 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/12/2020 | 169615 | ADVANCE BUSINESS CAPITAL | $5,000.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/12/2020 | 169616 | ALBATRANS, INC. | $8,306.42 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/12/2020 | 169617 | CRANE WORLDWIDE LOGISTICS | $5,443.30 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/12/2020 | 169618 | ZAVALZA TRUCKING INC | $627.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 5/12/2020 | 20602 | ULISES GONZALEZ | $54.51 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 5/12/2020 | 20603 | U.S. CUSTOMS AND BORDER | $147.93 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 5/12/2020 | 20604 | VOID UNUSED CHECKS | $0.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/13/2020 | 651 | JOHNSON & JOHNSON | $103,731.08 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/13/2020 | 652 | PHILIP MORRIS DUTY FREE | $22,589.64 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/13/2020 | 653 | R J  REYNOLDS TOBACCO COM | $11,707.86 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/13/2020 | 654 | R J  REYNOLDS TOBACCO COM | $7,620.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/13/2020 | 655 | PHILIP MORRIS DUTY FREE | $4,267.98 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/13/2020 | 169619 | AT&T | $11,307.21 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/13/2020 | 169620 | AT&T TELECONFERENCE SERVI | $157.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/13/2020 | 169621 | SAN DIEGO GAS & ELECTRIC | $472.48 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/13/2020 | 169622 | SUSAN MARILYN STRONG | $2,200.00 |
| 1005-00 | WF 4129935797 - LAREDO | 5/14/2020 | 1724 | AUTO ZONE | $184.14 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/14/2020 | 656 | SUPPLEMENTAL INCOME | $28.07 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/14/2020 | 657 | COLGATE-PALMOLIVE COMPANY | $73,295.84 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/14/2020 | 658 | JOHNSON & JOHNSON | $44,627.12 |

Case: 20-40990   Doc# 1   Filed: 06/02/20   Entered: 06/02/20 16:05:38   Page 89 of 132

| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/14/2020 | 663 | BERG & STEPHENS | $3,500.00 |
|---------|------------------------------|-----------|-----|-----------------|-----------|
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/14/2020 | 664 | ROGER L CLAIRMONT | $930.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/14/2020 | 169623 | LINCOLN NATIONAL LIFE INS | $4,389.11 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/14/2020 | 169624 | MOUNTAIN MIST WATER | $127.29 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/14/2020 | 169625 | PG & E | $1,622.87 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/14/2020 | 169626 | QUADIENT FINANCE USA, INC | $804.96 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 5/14/2020 | 20605 | CITY TREASURER | $400.00 |
| 1104-00 | WF 4129935805 - BORDER VILLAGE | 5/14/2020 | 20606 | BRS MECHANICAL | $399.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/15/2020 | 659 | R J  REYNOLDS TOBACCO COM | $6,825.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/15/2020 | 660 | R J  REYNOLDS TOBACCO COM | $5,132.40 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/15/2020 | 661 | BERKSHIRE HATHAWAY | $5,050.67 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/15/2020 | 662 | EMPOWER RETIREMENT | $4,824.51 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/15/2020 | 169627 | DENETTE BELL | $4,367.90 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/18/2020 | 665 | COLGATE-PALMOLIVE COMPANY | $109,619.72 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/18/2020 | 666 | JOHNSON & JOHNSON | $34,161.58 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/18/2020 | 667 | PHILIP MORRIS DUTY FREE | $14,018.31 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/18/2020 | 668 | SAN DIEGO COUNTY | $2,786.69 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/18/2020 | 669 | CHEVRON AND TEXACO | $1,176.86 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/18/2020 | 670 | BROWARD COUNT TAX COLLECT | $46.85 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/18/2020 | 169637 | DEPARTMENT OF ALCOHOLIC | $525.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/18/2020 | 169638 | RELIANT | $307.24 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/18/2020 | 169639 | TEAMSTERS LOCAL 853 | $104.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/19/2020 | 671 | PHILIP MORRIS DUTY FREE | $8,518.27 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/19/2020 | 672 | R J  REYNOLDS TOBACCO COM | $7,706.28 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/19/2020 | 673 | R J  REYNOLDS TOBACCO COM | $6,858.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/19/2020 | 674 | BERG & STEPHENS | $3,500.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/19/2020 | 675 | CARISAM-SAMUEL MEISEL INC | $12,250.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/19/2020 | 2923 | GORDON & REES LLP | $50,000.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/19/2020 | 169641 | GORDON & REES LLP | $823.02 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/19/2020 | 169642 | TEXAS GAS SERVICE | $39.41 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/19/2020 | 169643 | VERIZON WIRELESS | $543.74 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/19/2020 | 169644 | WASTE MGMT OF SEATTLE | $211.53 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/20/2020 | 169645 | DMV RENEWAL | $897.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/20/2020 | 169646 | EL PASO ELECTRIC | $478.62 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/20/2020 | 169647 | GARDA CL WEST, INC. | $85.21 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/20/2020 | 169648 | IMPERIAL IRRIGATION DIST. | $1,278.51 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/20/2020 | 169649 | ROSEMARY HILL-JONES | $1,395.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/20/2020 | 169650 | SOS SECURITY LLC | $822.61 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/20/2020 | 169651 | SUSAN MARILYN STRONG | $2,200.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/20/2020 | 169652 | THE LANDSCAPE COMPANY | $651.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/21/2020 | 678 | PAYROLL RESOURCE GROUP, I | $307,881.66 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/21/2020 | 169653 | CHRISTOPHER CROSBIE | $1,860.64 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/22/2020 | 677 | EIPRINTING, INC. | $196.49 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/22/2020 | 679 | ADP, LLC. | $186.17 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/22/2020 | 680 | TEXAS COMPTROLLER | $32.48 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/22/2020 | 681 | PAYROLL RESOURCE GROUP, I | $190,000.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/22/2020 | 682 | HEALTH NET | $46,177.52 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/22/2020 | 169655 | MARLIN BUSINESS BANK | $144.38 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/26/2020 | 169657 | BRETT ALAN ROBERTS | $1,961.37 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/26/2020 | 169658 | CIRRO ENERGY | $292.02 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/26/2020 | 169659 | CITY OF SAN DIEGO | $398.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/26/2020 | 169660 | CPL BUSINESS | $1,421.75 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/26/2020 | 169661 | FLORIDA POWER & LIGHT CO. | $1,977.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/26/2020 | 169662 | JOHNSON CONTROLS SECURITY | $53.70 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/26/2020 | 169663 | KIS COMPUTER CENTER | $3,515.99 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/26/2020 | 169664 | SOS SECURITY LLC | $669.24 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/26/2020 | 169665 | VISION SERVICE PLAN | $136.75 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/26/2020 | 169666 | WESTERN EXTERMINATOR COMP | $259.50 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/27/2020 | 683 | COLGATE-PALMOLIVE COMPANY | $90,752.66 |

| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/27/2020 | 684 | COLGATE-PALMOLIVE COMPANY | $10,806.88 |
|---------|------------------------------|-----------|--------|---------------------------|------------|
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/27/2020 | 685 | BERG & STEPHENS | $9,447.14 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/27/2020 | 686 | ABD INSURANCE | $2,200.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/27/2020 | 687 | PAYROLL RESOURCE GROUP, I | $2,990.77 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/27/2020 | 688 | GORDON & REES LLP | $540.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/27/2020 | 689 | FRITO-LAY INC. | $10,210.59 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/27/2020 | 169667 | SUSAN MARILYN STRONG | $3,600.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/28/2020 | 690 | EMPOWER RETIREMENT | $10,156.72 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/28/2020 | 691 | SUPPLEMENTAL INCOME | $416.05 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/28/2020 | 692 | SAMCO SOFTWARE INC | $674.85 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/28/2020 | 169668 | BAY ALARM COMPANY | $1,605.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/28/2020 | 169669 | KIS COMPUTER CENTER | $3,515.99 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/28/2020 | 169670 | TEAMSTERS LOCAL 853 | $104.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/29/2020 | 695 | ABD INSURANCE | $78,250.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/29/2020 | 696 | BERG & STEPHENS | $18,639.19 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/29/2020 | 697 | GORDON & REES LLP | $9,858.47 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/29/2020 | 698 | U.S. CUSTOMS | $846.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/29/2020 | 169671 | TEAMSTERS MANAGED TRUST | $3,356.00 |
| 1101-00 | WF 4128215969 - MAIN ACCOUNT | 5/29/2020 | 169672 | SUSAN MARILYN STRONG | $2,700.00 |
| 2122-00 | | 3/5/2020 | N/A | WELLS FARGO BANK, NA | 496,184.61 |
| 2122-00 | | 3/6/2020 | N/A | WELLS FARGO BANK, NA | 70,268.69 |
| 2122-00 | | 3/9/2020 | N/A | WELLS FARGO BANK, NA | 1,129,240.33 |
| 2122-00 | | 3/10/2020 | N/A | WELLS FARGO BANK, NA | 702,099.14 |
| 2122-00 | | 3/11/2020 | N/A | WELLS FARGO BANK, NA | 299,115.67 |
| 2122-00 | | 3/12/2020 | N/A | WELLS FARGO BANK, NA | 763,821.41 |
| 2122-00 | | 3/13/2020 | N/A | WELLS FARGO BANK, NA | 8,864.05 |
| 2122-00 | | 3/16/2020 | N/A | WELLS FARGO BANK, NA | 175,000.00 |
| 2122-00 | | 3/16/2020 | N/A | WELLS FARGO BANK, NA | 519,986.50 |
| 2122-00 | | 3/17/2020 | N/A | WELLS FARGO BANK, NA | 644,482.60 |
| 2122-00 | | 3/18/2020 | N/A | WELLS FARGO BANK, NA | 281,565.65 |
| 2122-00 | | 3/19/2020 | N/A | WELLS FARGO BANK, NA | 356,514.69 |
| 2122-00 | | 3/20/2020 | N/A | WELLS FARGO BANK, NA | 42,019.84 |
| 2122-00 | | 3/23/2020 | N/A | WELLS FARGO BANK, NA | 172,101.10 |
| 2122-00 | | 3/24/2020 | N/A | WELLS FARGO BANK, NA | 506,291.15 |
| 2122-00 | | 3/25/2020 | N/A | WELLS FARGO BANK, NA | 87,952.04 |
| 2122-00 | | 3/26/2020 | N/A | WELLS FARGO BANK, NA | 147,059.60 |
| 2122-00 | | 3/27/2020 | N/A | WELLS FARGO BANK, NA | 35,357.87 |
| 2122-00 | | 3/30/2020 | N/A | WELLS FARGO BANK, NA | 254,192.37 |
| 2122-00 | | 3/31/2020 | N/A | WELLS FARGO BANK, NA | 107,460.05 |
| 2122-00 | | 4/1/2020 | N/A | WELLS FARGO BANK, NA | 45,336.38 |
| 2122-00 | | 4/1/2020 | N/A | WELLS FARGO BANK, NA | 98,538.33 |
| 2122-00 | | 4/2/2020 | N/A | WELLS FARGO BANK, NA | 63,702.49 |
| 2122-00 | | 4/3/2020 | N/A | WELLS FARGO BANK, NA | 35,821.06 |
| 2122-00 | | 4/6/2020 | N/A | WELLS FARGO BANK, NA | 587,321.13 |
| 2122-00 | | 4/7/2020 | N/A | WELLS FARGO BANK, NA | 101,801.75 |
| 2122-00 | | 4/8/2020 | N/A | WELLS FARGO BANK, NA | 188,766.07 |
| 2122-00 | | 4/9/2020 | N/A | WELLS FARGO BANK, NA | 81,635.40 |
| 2122-00 | | 4/10/2020 | N/A | WELLS FARGO BANK, NA | 797,422.67 |
| 2122-00 | | 4/13/2020 | N/A | WELLS FARGO BANK, NA | 361,307.36 |
| 2122-00 | | 4/14/2020 | N/A | WELLS FARGO BANK, NA | 76,347.94 |
| 2122-00 | | 4/14/2020 | N/A | WELLS FARGO BANK, NA | 300,000.00 |
| 2122-00 | | 4/15/2020 | N/A | WELLS FARGO BANK, NA | 33,096.92 |
| 2122-00 | | 4/16/2020 | N/A | WELLS FARGO BANK, NA | 159,932.01 |
| 2122-00 | | 4/17/2020 | N/A | WELLS FARGO BANK, NA | 7,393.94 |
| 2122-00 | | 4/20/2020 | N/A | WELLS FARGO BANK, NA | 144,860.19 |
| 2122-00 | | 4/21/2020 | N/A | WELLS FARGO BANK, NA | 332,478.02 |
| 2122-00 | | 4/22/2020 | N/A | WELLS FARGO BANK, NA | 29,985.85 |
| 2122-00 | | 4/23/2020 | N/A | WELLS FARGO BANK, NA | 71,968.65 |
| 2122-00 | | 4/24/2020 | N/A | WELLS FARGO BANK, NA | 91,650.36 |

| | | | | | |
|---|---|---|---|---|---|
| 2122-00 | | 4/27/2020 | N/A | WELLS FARGO BANK, NA | 2,667,404.58 |
| 2122-00 | | 4/28/2020 | N/A | WELLS FARGO BANK, NA | 479,498.19 |
| 2122-00 | | 4/29/2020 | N/A | WELLS FARGO BANK, NA | 63,103.94 |
| 2122-00 | | 4/30/2020 | N/A | WELLS FARGO BANK, NA | 782,309.47 |
| 2122-00 | | 5/1/2020 | N/A | WELLS FARGO BANK, NA | 56,865.53 |
| 2122-00 | | 5/4/2020 | N/A | WELLS FARGO BANK, NA | 1,591,861.89 |
| 2122-00 | | 5/5/2020 | N/A | WELLS FARGO BANK, NA | 148,816.43 |
| 2122-00 | | 5/7/2020 | N/A | WELLS FARGO BANK, NA | 184,030.27 |
| 2122-00 | | 5/8/2020 | N/A | WELLS FARGO BANK, NA | 502,277.18 |
| 2122-00 | | 5/11/2020 | N/A | WELLS FARGO BANK, NA | 943,829.87 |
| 2122-00 | | 5/12/2020 | N/A | WELLS FARGO BANK, NA | 164,152.29 |
| 2122-00 | | 5/13/2020 | N/A | WELLS FARGO BANK, NA | 382,283.37 |
| 2122-00 | | 5/14/2020 | N/A | WELLS FARGO BANK, NA | 152,229.22 |
| 2122-00 | | 5/15/2020 | N/A | WELLS FARGO BANK, NA | 51,129.87 |
| 2122-00 | | 5/18/2020 | N/A | WELLS FARGO BANK, NA | 317,445.33 |
| 2122-00 | | 5/19/2020 | N/A | WELLS FARGO BANK, NA | 305,297.18 |
| 2122-00 | | 5/21/2020 | N/A | WELLS FARGO BANK, NA | 99,407.30 |
| 2122-00 | | 5/22/2020 | N/A | WELLS FARGO BANK, NA | 14,108.03 |
| 2122-00 | | 5/26/2020 | N/A | WELLS FARGO BANK, NA | 246,543.43 |
| 2122-00 | | 5/27/2020 | N/A | WELLS FARGO BANK, NA | 424,323.12 |
| 2122-00 | | 5/28/2020 | N/A | WELLS FARGO BANK, NA | 377,982.29 |
| 2122-00 | | 5/29/2020 | N/A | WELLS FARGO BANK, NA | 3,318.32 |
| 2122-00 | | 6/1/2020 | N/A | WELLS FARGO BANK, NA | 78,590.29 |
| 2122-00 | | 6/1/2020 | N/A | WELLS FARGO BANK, NA | 89,056.14 |
| 2122-00 | | 6/1/2020 | N/A | WELLS FARGO BANK, NA | 38,000.00 |
| | | | | TOTAL: | $ 31,184,156.82 |

In re   **Fairn & Swanson, Inc.**             Case No. _____

                            Debtor(s)        Chapter    **7** _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Nicole Uhlig**, declare under penalty of perjury that I am the **President** of **Fairn & Swanson, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Nicole Uhlig, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Nicole Uhlig, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Nicole Uhlig, President** of this Corporation is authorized and directed to employ **Jeffrey D. Cawdrey**, attorney and the law firm of **Gordon Rees Scully Mansukhani LLP** to represent the corporation in such bankruptcy case."

Date   **June 2, 2020** _____       Signed _____

                                               **Nicole Uhlig**

ACTION BY UNANIMOUS WRITTEN CONSENT
IN LIEU OF MEETING OF BOARD OF DIRECTORS
OF
**FAIRN & SWANSON, INC.**

Dated: May 22, 2020

The undersigned, constituting the entire Board of Directors of Fairn & Swanson, Inc., a California corporation ("Company"), acting pursuant to Section 307 of the California Corporations Code (the "Code") by this unanimous consent in writing, without the formality of convening a meeting, do hereby consent to and authorize the following actions of the Company:

WHEREAS, the bulk of the Company's revenues in the duty-free sector is and has been to supply cruise ships with duty-free products; and

WHEREAS, prior to COVID-19, the Company was preparing for the busy Alaska cruise season by, among other things, increasing its inventory; and

WHEREAS, the Company has been catastrophically impacted by the COVID-19 pandemic ("COVID-19" or "pandemic") due to the Company's reliance on the cruise industry and COVID-19's sudden and near complete shutdown of the cruise industry at the beginning of the pandemic, and the uncertainty of if and when purchased by cruise ships might resume; and

WHEREAS, the Company has since the COVID-19 pandemic been under increasing pressure and constant growing demands from its creditors, which number in the thousands; and

WHEREAS, the Board of Directors and officers of the Company have diligently and continuously explored and sought numerous various ways to survive the pandemic, appease its creditors and continue the business of the Company, including, but not limited to, laying off a large majority of its workforce, exploring ways and making efforts to reorganize the Company (both outside of and within a reorganization bankruptcy), and applying for assistance from newly enacted government programs; and

WHEREAS, the Board of Directors of the Company has received guidance from its officers, its internal Customs regulatory specialist, the Company's outside CPA firm, its outside law firms, and other specialists, experts and advisors; and

WHEREAS, the Board of Directors of the Company has determined based upon and consistent with such guidance, numerous discussions among the directors and with its officers, that it would be in the best interests of the Company and its shareholders to liquidate the Company by filing a voluntary petition in the United States Bankruptcy Court for the Northern District of California pursuant to Chapter 7 of Title 11 of the United States Code.

IT IS THEREFORE RESOLVED, that the Company is authorized to liquidate the Company by filing a voluntary petition in the United States Bankruptcy Court for the Northern

Case: 20-40990    Doc# 1    Filed: 06/02/20    Entered: 06/02/20 16:05:38    Page 94 of
132

District of California pursuant to Chapter 7 of Title 11 of the United States Code.

FURTHER RESOLVED, that each of the officers of the Company is hereby authorized, directed and empowered to execute any and all documents, agreements, and other papers and to take such other action as such officer deems necessary or advisable in order to carry out and perform the purposes and intent of these resolutions.

FURTHER RESOLVED, that, without limiting the generality of the foregoing resolutions, the officers of the Company are authorized, directed and empowered to execute any and all documents, agreements, and other papers and to take such other action as such officer deems necessary or advisable in order to preserve and protect the assets of the Company in accordance with applicable law.

FURTHER RESOLVED, that, without limiting the generality of any of the foregoing resolutions, the President is authorized, directed and empowered to engage Gordon Rees Scully Mansukhani LLP ("Gordon & Rees") to represent the Company in such bankruptcy proceeding and any related proceedings, and to sign and enter into on behalf of the Company the engagement agreement.

FURTHER RESOLVED, that the corporate Secretary shall file this unanimous written consent in the minute book of the Company, which shall become a part of the records of the Company.

Each of the undersigned has executed this Action by Unanimous Written Consent as of the date set forth under his or her name.

|  |  |
|---|---|
| Director | Signature |

Nicole Uhlig

Date: _MAY 22, 2020_

Michelle Stoldt, Director

Date: _May 22_, 20 _20_

# United States Bankruptcy Court
## Northern District of California

In re __Fairn & Swanson, Inc.__ _____  Case No. _____

_____  Debtor(s)  Chapter  __7__  _____

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case                                                          $ __49,665.00__
   b) Prior to the filing of this statement, debtor(s) have paid                          $ __49,665.00__
   c) The unpaid balance due and payable is                                               $ __0.00__

3. $ __335.00__ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:

   a. Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining
      whether to file a petition under title 11 of the United States Code.
   b. Preparation and filing of the petition, schedules, statement of affairs and other documents required by the
      court.
   c. Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any,
   will be from earnings, wages and compensation for services performed, and

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following
   for the value stated:

8. The undersigned has not shared or agreed to share with any other entity, other than with members of
   undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: __June 2, 2020__ _____

Respectfully submitted,

_____
Attorney for Debtor: **Jeffrey D. Cawdrey**
**Gordon Rees Scully Mansukhani LLP**
**101 W. Broadway**
**Suite 2000**
**San Diego, CA 92101**
**(619) 696-6700  Fax: (619) 696-7124**
**jcawdrey@grsm.com**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of California

In re  **Fairn & Swanson, Inc.**                                        Case No. _____

                                            Debtor(s)          Chapter       **7**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Fairn & Swanson, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Fairn & Swanson Holdings**

☐ None [*Check if applicable*]

**June  2, 2020**

Date

**Jeffrey D. Cawdrey**
Signature of Attorney or Litigant
Counsel for  **Fairn & Swanson, Inc.**
**Gordon Rees Scully Mansukhani LLP**
**101 W. Broadway**
**Suite 2000**
**San Diego, CA 92101**
**(619) 696-6700 Fax:(619) 696-7124**
**jcawdrey@grsm.com**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

**Fairn & Swanson, Inc.**

Case No.

_____ Debtor(s).          /

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **34** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **June 2, 2020**

_____
Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

AAMCO Duty Free
6911 BOTTLEBRUSH LANE
Naples, FL 34109


ADP, LLC
PO BOX 31001-1874
Pasadena, CA 91110


ADVANCE BUSINESS CAPITAL
PO BOX 610028
Dallas, TX 75216


AGAVE LOCO, LLC
1175 CORPORATE WOODS PKWY, STE 218
Vernon Hills, IL 60061


ALBATRANS, INC.
149-10 183RD STREET
Springfield Gardens, NY 11413-0435


Albert Savedra
23 Kinross Drive
San Rafael, CA 94901


ALEXANDER JAMES & CO.
P. O. BOX 116
Sea Cliff, NY 11579-0116


ALLEGRINI
VIA GIARE 9/11
37022 FUMANE VALPOLICELLA
VERONA - ITALIA

AMAZON CAPITAL SERVICES
PO BOX 035184
Seattle, WA 98124-5184


AMC USA, INC.
8 WEST 40TH STREET, 10TH FLOOR
New York, NY 10018


AMERICAN PACKAGING CAPITAL
PO BOX 77077
Minneapolis, MN 55480


AMERICAN PEST CONTROL
3560 FAIRMOUNT AVE.
San Diego, CA 92105


AMI DUTY FREE, LLC
1417 6TH STREET
Santa Monica, CA 90401


ANDERSEN MATERIAL HANDLING
P.O. BOX 1015
Wixom, MI 48393-1015


ANHEUSER-BUSCH, INC.
15800 ROSCOE BLVD.
Van Nuys, CA 91406-1379


ANTARES, INC.
7250 NW 36TH AVENUE
Miami, FL 33147

ARMANINO LLP
PO BOX 398285
San Francisco, CA 94139


AT&T Florida/Marlin Business park
P.O. Box 13604
Philadelphia, PA 19101-3604


AZ SOUTHEAST DISTRIBUTORS
PO BOX LBX 978649
Dallas, TX 75397-8649


BACARDI U.S.A., INC.
2701 LE JEUNE ROAD
Miami, FL 33134


BANFI PRODUCTS CORP.
1111 CEDAR SWAMP ROAD
Glen Head, NY 11545


BARNARD GRIFFIN WINERY
878 TULIP LANE
Richland, WA 99352


BAY AREA BEVERAGE COMPANY
700 NATIONAL COURT
Richmond, CA 94804


BAY AREA DISTRIBUTING CO.
1061 FACTORY STREET
Richmond, CA 94804

BERG & STEPHENS
P.O. BOX 507
Closter, NJ 07624


BETTER OFFICE SUPPLY INC.
750 DESIGN COURT
Chula Vista, CA 91911


BODEGA OTAZU S.A.U.
SENORIO DE OTAZU, S/N
31174 OTAZU (NAVARRA)
SPAIN,


BODEGAS Y VINEDOS DE AGUIRRE
S. A. Ave Kennedy #5454 of 601
VITACURA, SANTIAGO


BOTTEGA S.P.A.
VICOLO ALDO BOTTEGA 2
31010 BIBANO DI GODEGA
DI SANT'URBANO (TV)


BRETT ALAN ROBERTS
200 HALL DRIVE
Orinda, CA 94563


BRIGGS EQUIPMENT
LOCK BOX 841272
Dallas, TX 75284-1272


BROWN-FORMAN WINES INT'L
P.O. BOX 1080
Louisville, KY 40201

California Department of Tax and Fee Adm
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029


CALIFORNIA LOTTERY
5656 RUFFIN ROAD
San Diego, CA 92123


CALIFORNIA PALLETS INC.
263 SILTSTONE AVENUE
Lathrop, CA 95330


CAMPARI AMERICA LLC
1114 AVENUE OF AMERICAS, 19TH FLOOR
New York, NY 10036


CANTINA PUIANELLO
VIA CARLO MARX 19/A
42020 PUIANELLO DI QUAITRO CASTELLA
REGGIO EMILIA - ITALY


CARIBBEAN DISTILLERS, LLC
P.O. BOX 1447
Lake Alfred, FL 33850


CASA VINICOLA ZONIN SPA
VIA BORGOLECCO 9
36053 GAMBELLARA (VI)
ITALIA


CASTLE ROCK WINERY
75 MALAGA COVE PLAZA #7
PALOS VERDES ESTATES
Palos Verdes Peninsula, CA 90274

CG ROXANE LLC
DEPT CH 16405
Palatine, IL 60055-6405


CHAMBERS & CHAMBERS WINE MERCHANTS
2140 PALOU AVENUE
San Francisco, CA 94124


CHAMPAGNE LAURENT-PERRIER
32 AVENUE DE CHAMPAGNE
51150 TOURS-SUR-MARNE
FRANCE


CHASE INTERNATIONAL, INC.
67 HAMPTON MEADOWS
Hampton, NH 03842


CHATEAU MONTELENA WINERY
1429 TUBBS LANE
Calistoga, CA 94515


CINTAS CORP. #054
P.O. BOX 29059
Phoenix, AZ 85038-9059


CINTAS CORPORATION #49K
P.O. BOX 630921
Cincinnati, OH 45263-0921


CIRCLE LOGISTICS INC.
P.O. BOX 8067
Fort Wayne, IN 46898-8067

CIRRO ENERGY
P.O. BOX 660004
Dallas, TX 75266-0004


CITY OF SAN DIEGO BUSINESS TAX PROGRAM
PO BOX 121536
San Diego, CA 92112-1536


CLINE CELLARS
P.O. BOX 49235
San Jose, CA 95161-9235


COCA-COLA BEVERAGES FL
PO BOX 740909
Atlanta, GA 30374-0909


COCA-COLA REFRESHMENTS
SAN LEANDRO SALES CENTER
P.O. BOX 740214
Los Angeles, CA 90074-0214


COCO LOPEZ, INC.
3401 SW 160th Ave, Suite 350
Hollywood, FL 33027


COGENT SOLUTIONS & SUPPLIES
3200 REGATTA BOULEVARD, SUITE F
Richmond, CA 94804


COLGATE-PALMOLIVE COMPANY
2092 COLLECTIONS CENTER
Chicago, IL 60693

COLGIN CELLARS
PO BOX 254
Saint Helena, CA 94574


CONSTELLATION BRANDS,INC.
235 N BLOOMFIELD ROAD
Canandaigua, NY 14424


COSTA DE ORO WINERY
P.O. BOX 1023
Santa Maria, CA 93456


COTTER CHURCH SUPPLIES
369 GRAND AVENUE
South San Francisco, CA 94080


COTY SARL
PO BOX 29080
New York, NY 10087-9080


COYOTE LOGISTICS LLC
PO BOX 742636
Atlanta, GA 30374


CPL BUSINESS
P.O. BOX 660749
Dallas, TX 75266


CRANE WORLDWIDE LOGISTICS
P.O. BOX 844174
Dallas, TX 75284-4174

CRIMSON WINE GROUP
2700 NAPA VALLEY CORP DR, SUITE B
Napa, CA 94558


Cullen D. Speckhart
COOLEY LLP
1299 Pennsylvania Ave
NW Ste 700
Washington, DC 20004


DAVE STREIFFER CO. INC.
5610 ARMOUR DRIVE
Houston, TX 77020


DIAGEO BRANDS BV
P.O. BOX 58182
AMSTERDAM, 1040 HD


DIAGEO GLOBAL SUPPLY
ST JAMES GATE BREWERY
DUBLIN 8
IRELAND


DKW INDUSTRIES, INC.
3041 NW 23RD WAY
Fort Lauderdale, FL 33311


DOMAINE SELECT WINE & SPIRITS
105 MADISON AVENUE, 13TH FLOOR
New York, NY 10016


DON SEBASTIANI & SONS
DEPT. LA 24262
Pasadena, CA 91185-4262

DR PEPPER SNAPPLE GROUP
P O BOX 277237
Atlanta, GA 30384-7237


DREYFUS ASHBY, INC.
PO BOX 780064
Philadelphia, PA 19178


DUCLOT EXPORT
3 PLACE ROHAN
CEDEX
BORDEAUX, 33000


E. & J. GALLO WINERY
600 YOSEMITE BOULEVARD
Modesto, CA 95354


EDCO DISPOSAL CORPORATION
P.O. BOX 6887
Buena Park, CA 90622


EDRINGTON GROUP USA LLC
PO BOX 842279
Boston, MA 02284-2279


ELITE FREIGHT MANAGEMENT
PO BOX 953
Plainfield, IL 60544


ENTERPRISE RENT A CAR
P.O. BOX 749764
Los Angeles, CA 90074-9764

ESSENCE CORP.
1221 BRICKELL AVENUE, SUITE 2100
Hialeah, FL 33012


EXPORTADORA SUR VALLES
AV. SANTA MARIA NO. 2670
OFICINA 107, PROVIDENCIA
SANTIAGO - CHILE


FETZER VINEYARDS
P.O. BOX 611
Hopland, CA 95449


FINCA DECERO
PERMASUR S.A.
SAN MARTIN 1167 PISO 1
MENDOZA, ARGENTINA


FLANAGAN VINEYARDS
PO BOX 1230
Windsor, CA 95492


FOLEY FAMILY WINES, INC.
DEPT. LA 24038
Pasadena, CA 91185-4038


FOLIO WINE COMPANY, LLC
550 GATEWAY DRIVE, SUITE 220
Napa, CA 94558


FRANCIS COPPOLA WINERY
28459 NETWORK PLACE
Chicago, IL 60673-1284

FRANK-LIN DISTILLERS PRODUCTS LTD.
2455 HUNTINGTON DR.
Fairfield, CA 94533


FRED MEYER CO
3800 S.E. 22nd Avenue
Portland, OR 97202


FREDERICK WILDMAN & SONS
307 EAST 53RD STREET
New York, NY 10022


FREIGHT QUOTE
PO BOX 9121
Minneapolis, MN 55480


FREIXENET, S.A.
JOAN SALA, 2
8770 SANT SADURNI D'ANOIA
BARCELONA, ESPANA, SPAIN


FREMONT MISCHIEF DISTILLERY
127 N 35TH STREET
Seattle, WA 98103


FRITO-LAY INC.
99 BUKIT TUMAH ROAD
#05-01, ALFA CENTRE
SINGAPORE 229835


FROG'S LEAP
PO BOX 189
Rutherford, CA 94573

FULL CONTAINER RECOVERY
5315 4TH EAST
Tacoma, WA 98424


GEKKEIKAN SAKE (USA), INC
1136 SIBLEY STREET
Folsom, CA 95630


GMDF
2 ROUTE DES PRINCES
84190 GIGONDAS
FRANCE


GRUPO COLOME S.A.
AV. AVELLANEDA 396
C1405CNQ
ARGENTINA,


GSC LOGISTICS INC
DEPT. LA 24640
Pasadena, CA 91185-4640


GSC NATIONAL TRANSPORTATION
DEPT LA 24674
Pasadena, CA 91185


HALFON CANDY COMPANY
9229 10TH AVENUE S.
Seattle, WA 98108


HANDBAG REPUBLIC INC.
18301 ARENTH AVENUE
Rowland Heights, CA 91748

HEAVEN HILL INC.
P.O. BOX 729
Bardstown, KY 40004


HEINEKEN BROUWERIJEN B.V.
STADHOUDERSKADE 79
PO BOX 28, 1000aa
AMSTERDAM, 1072AE


HMC ADVERTISING, INC.
453 D STREET, SUITE C
Chula Vista, CA 91910


HORMEL FOODS CORPORATION
PO BOX 100352
Pasadena, CA 91189-0352


HUNEEUS VINTNERS, LLC
1040 MAIN STREET, SUITE 204
Napa, CA 94559


HYG FINANCIAL SERVICES INC
P.O. BOX 14545
Des Moines, IA 50306


HYG FINANCIAL SERVICES INC
P.O. BOX 14545
Des Moines, IA 50306


HYG Financial Services, Inc.
PO Box 014545
Des Moines, IA 50306-3545

HYG Financial Services, Inc.
PO Box 014545
Des Moines, IA 50306-3545


HYG Financial Services, Inc.
PO Box 014545
Des Moines, IA 50306-3545


HYG Financial Services, Inc.
PO Box 014545
Des Moines, IA 50306-3545


HYG Financial Services, Inc.
PO Box 014545
Des Moines, IA 50306-3545


HYG Financial Services, Inc.
PO Box 014545
Des Moines, IA 50306-3545


IMPERIAL TOBACCO INT. LTD
PO BOX 76
NOTTINGHAM NG7 5PL
GREAT BRITAIN


Injured Workers Law Los Angeles
4221 Wilshire Blvd, Suite 420
Los Angeles, CA 90010


Internal Revenue Service
Centralized Insolvency Operati
PO Box 7346
Philadelphia, PA 19101-7346

INTERVINE INC.
851 NAPA VALLEY CORP WAY, SUITE G
Napa, CA 94558


ITN WORLDWIDE
P.O. BOX 931423
Atlanta, GA 31193-1423


Jeremy Downs
Goldberg Kohn
55 East Monroe, Suite 3300
Chicago, IL 60603


Jesus Santacruz
1323 Olivina Ave
Livermore, CA 94551


JIM BEAM BRANDS CO.
222 MERCHANDISE MART PLZ
Chicago, IL 60654


John Casperson
3101 Western Avenue, Suite 500
Seattle, WA 98102-1000


JOHNSON & JOHNSON CONSUMER INC.
5618 COLLECTIONS CTR DR
Chicago, IL 60693


Johnson & Jonson Consumer Inc.
5618 COLLECTIONS CTR DR
Chicago, IL 60693

JOSEPH DROUHIN
7 RUE d'ENFER
BP 80029
21201 BEAUNE CEDEX, FRANCE


JOSEPH PHELPS VINEYARDS
P.O. BOX 1031
Saint Helena, CA 94574


KAISER FOUNDATION HEALTH PLAN
FILE 5915
Los Angeles, CA 90074-5915


KING ESTATE WINERY, LP
80854 TERRITORIAL HWY
Eugene, OR 97405


KIONA VINEYARDS WINERY
44612 N. SUNSET ROAD
Benton City, WA 99320


KOBRAND CORPORATION
ONE MANHATTANVILLE ROAD
Purchase, NY 10577


LABEL VALUE
5704 W Sligh Ave
Tampa, FL 33634


LABOURE-ROI
RUE LAVOISIER BP 14
21700 NUITS ST GEORGES
FRANCE

Law Offices of Scott Gursky
333 Bush Street
San Francisco, CA 94104-5821


Law Offices of Scott Gursky
333 Bush Street
San Francisco, CA 94104-5821


Lea Pauley Goff
500 West Jefferson Street, Suite 2000
Louisville, KY 40202-2828


LEASE ADMINISTRATION CENTER
4680 PARKWAY DR, STE 300
Mason, OH 45040


LONG SHADOWS VINTNERS LLC
3861 1ST AVENUE SOUTH, SUITE C
Seattle, WA 98134


LUNA VINEYARDS INC
2921 SILVERADO TRAIL
Napa, CA 94558


MAHLER-BESSE S.A.
49 RUE CAMILLE GODARD
33000 BORDEAUX
FRANCE


MAISON HEBRARD
15C BOS PLAN
33750 BEYCHAC ET CAILLAU
FRANCE

MAISONS MARQUES & DOMAINS
383 FOURTH STREET, SUITE 400
Oakland, CA 94607


MARCHESI FRESCOBALDI
VIA SANTO SPIRITO 11
FIRENZE (FI), 50125


MARK ANTHONY GROUP INC.
500-887 GREAT NORTHERN WY
VANCOUVER, BC V5T 4T5
CANADA


MASTER MECHANICAL SERVICE
15181 NW 33 PLACE
Opa Locka, FL 33054


MATAGRANO INC.
440 FORBES BLVD
South San Francisco, CA 94080


MATSON LOGISTICS
P.O. BOX 99074
Chicago, IL 60693


MCKINSTRY CO LLC
PO BOX 3895
Seattle, WA 98124


MCPHERSON WINES
6 EXPO COURT
MOUNT WAVERLEY, VICTORIA
AUSTRALIA 3149

Meghan Tepas
Freeborn & Peters
311 South Wacker Drive., Suite 3000
Chicago, IL 60606


MHW, LTD./HAUS ALPENZ USA
1129 NORTHERN BLVD., SUITE 312
Manhasset, NY 11030


MICHAEL DAVID WINERY
4580 WEST HIGHWAY 12
Lodi, CA 95242


MICHAEL J DEVINE & ASSOC.
3313 N. SEPULVEDA BLVD.
Manhattan Beach, CA 90266


Michael Modica
Altus Receivables Management
2400 Veterans Blvd, Suite 300
Kenner, LA 70062


MICHELLE C. UHLIG STOLDT
OESTERLEYSTRASSE
22587 HAMBURG
GERMANY


MILLERCOORS LLC
BIN #53060
Milwaukee, WI 53208


MODERN EXPRESS COURIER
P.O. BOX 1199
Oakland, CA 94604

MONARQ AMERICAS LLC
55 MERRICK WAY, SUITE 202
Miami, FL 33134


MUL'S FAMOUS MIX, INC.
1055 N.W. 7TH STREET
Boca Raton, FL 33486


MUTUAL EXPRESS COMPANY
P.O. BOX 23801
Oakland, CA 94623


NESTLE WATERS NORTH AMERICA INC.
1322 CRESTSIDE DRIVE #100
Coppell, TX 75019


Nicholas J. Ferraro, Ferraro Employment
2305 Historic Decaur Rd., Ste. 100
San Diego, CA 92106


OFFICE DEPOT
PO BOX 29248
Phoenix, AZ 85038-9248


OFFICE DEPOT BUSINESS CREDIT
DEPT 56 - 6601292372
P.O. BOX 78004


OPEN WATER
3520 S MORGAN STREET, SUITE 204
Chicago, IL 60609

ORIGINAL GOURMET FOOD CO.
52 STILES ROAD, SUITE 201
Salem, NH 03079


ORNELLAIA SOCIETA AGRICOL
A S.R.L.
VIA BOLGHERESE
191 BOLGHERI CASTAGNETO


OTIS MCALLISTER, INC.
P.O. BOX 8255
Pasadena, CA 91109-8255


PALLET CONSULTANTS CORP.
810 NW 13 AVENUE
Pompano Beach, FL 33069


PALM BAY INTERNATIONAL
P.O. BOX 978922
Dallas, TX 75397-8922


PAPE MATERIAL HANDLING
P.O. BOX 35144 # 5077
Seattle, WA 98124-5144


PATERNO IMPORTS, LTD.
2234 Paysphere Circle
Chicago, IL 60674


PENSKE TRUCK LEASING CO.
P.O. BOX 7429
Pasadena, CA 91109-7429

Penske Truck Leasing Co. L.P.
PO Box 7429
Pasadena, CA 91109-7429


Penske Truck Leasing Co. L.P.
PO Box 7429
Pasadena, CA 91109-7429


PEPSI-COLA
2300 26TH AVENUE S
Seattle, WA 98144


PERSONNEL ONE
P.O. BOX 102332
Atlanta, GA 30368-2332


PETROCARD SYSTEMS, INC.
P.O. BOX 34243
Seattle, WA 98124-1243


PITCO FOODS
727 KENNEDY AVENUE
Oakland, CA 94606


PR AMERICAS TRAVEL RETAIL
PO BOX 405754
Atlanta, GA 30384-5754


PREMIUM PORT WINES, INC.
DEPT. 33316
P.O. BOX 3900
San Francisco, CA 94139

PRODIGY DELIVERY, INC.
701 NW 214TH STREET, UNIT 218
Miami, FL 33169


PRODRIVERS
P.O. BOX 102409
Atlanta, GA 30368


PROXIMO SPIRITS, INC.
333 WASHINGTON STREET, 4TH FLOOR
Jersey City, NJ 07302


Quadient Leasing USA, Inc.
DEPT 3682
P.O.BOX 123682
Carol Stream, IL 60197


R & R SERVICES
29425 144TH AVENUE S.E.
Auburn, WA 98092


R&S OVERHEAD GARAGE DOOR INC.
1140 MONTAGUE AVE
San Leandro, CA 94577


RANDSTAD
P.O. BOX 894217
Los Angeles, CA 90189


RARE WINE CO.
280 VALLEY DRIVE
Brisbane, CA 94005

READY REFRESH BY NESTLE
P.O. BOX 856680
Louisville, KY 40285-6158


REDDY ICE
PO BOX 730505
Dallas, TX 75373-0505


REMY COINTREAU INTERNATIONAL PTE LTD
152 BEACH ROAD #33-01/04
GATEWAY EAST, SINGAPORE 189


REPUBLIC NATIONAL DISTRIBUTING COMPANY
441 S.W. 12TH AVENUE
Deerfield Beach, FL 33442


ROYAL WINE COMPANY
63-65 LE FANTE WAY
P.O. BOX 17
Bayonne, NJ 07002-0017


RYDER TRANSPORTATION SERVICE
P.O. BOX 96723
Chicago, IL 60693


Ryder Truck Rental, Inc.
6000 Windward Parkway
Alpharetta, GA 30005


Ryder Truck Rental, Inc.
6000 Windward Parkway
Alpharetta, GA 30005

S. MARTINELLI & COMPANY
DEPT 4467
P.O. BOX 44000
San Francisco, CA 94144


Samuel A. Danon
Hunton AK
1111 Brickell Ave, Suite 2500
Miami, FL 33131


SAN ANTONIO WINERY INC
737 LAMAR STREET
Los Angeles, CA 90031


SAZERAC COMPANY, INC.
10101 LINN STATION ROAD
Louisville, KY 40223


SERGIO CALLEJAS
36848 ELM STREET
Newark, CA 94560


SEVEN UP BOTTLING CO OF SF
P.O.BOX 742472
LOS ANGELES, CA


SEVEN-UP SNAPLE SOUTHEAST C/O AMERICAN
P.O. BOX 402443
Atlanta, GA 30384-2443


SEXTANT WINES
PO BOX 391
Paso Robles, CA 93447

SHAW-ROSS INTERNATIONAL I
2900 SW 149TH AVENUE, SUITE 200
Hollywood, FL 33027


SILVERADO VINEYARDS
6121 SILVERADO TRAIL
Napa, CA 94558


SKURNIK WINES
PO BOX 1315
Syosset, NY 11791


SMT DUTY FREE, INC.
8935 NW 27TH STREET
Miami, FL 33172


SOKOL BLOSSER WINERY
P. O. BOX 399
Dundee, OR 97115


SOUTHERN GLAZER'S OF FL
P.O. BOX 864921
Orlando, FL 32886-4921


SOUTHERN GLAZER'S WINE TRAVEL SALES
4222 SOUTH FLORIDA AVE
Lakeland, FL 33813


STATE OF WASHINGTON
DEPARTMENT OF REVENUE
P O BOX 34051
Seattle, WA 98124-1051

STERLING COMPUTER PRODUCTS
16135 COVELLO STREET
Van Nuys, CA 91406

Summit Funding Group, Inc.
4680 Parkway Dr., Ste. 300
Mason, OH 45040

Summit Funding Group, Inc.
4680 Parkway Dr., Ste. 300
Mason, OH 45040

Summit Funding Group, Inc.
4680 Parkway Dr., Ste. 300
Mason, OH 45040

Summit Funding Group, Inc.
4680 Parkway Dr., Ste. 300
Monroe, OH 45050

Summit Funding Group, Inc.
4680 Parkway Dr., Ste. 300
Mason, OH 45040

SUN PACKAGING TECHNOLOGIES INC
2200 NW 32nd St.
Suite 1700
Pompano Beach, FL 33069

SWANSON VINEYARDS
1050 OAKVILLE CROSS ROAD
P.O. BOX 148
Oakville, CA 94562

SWIRE COCA-COLA, USA
PO BOX 3743
Seattle, WA 98124-3743


TAUB FAMILY SELECTIONS
P.O. BOX 733488
Dallas, TX 75373


THE APOLLO GROUP
6950 NW 77TH COURT
Miami, FL 33166


THE BOSTON BEER COMPANY
ONE DESIGN CENTER PLACE, SUITE 850
Boston, MA 02210


TMT USA INC
340 N SAM HOUSTON PARKWAY, SUITE 277
Houston, TX 77060


TOP LINE SRL
VIALE GORIZIA 24/D
00198 ROMA
ITALY


TRANSCOLD DISTRIBUTION USA
6858 SOUTH 190TH STREET
Kent, WA 98032


Traveler
777 Mariners Island Blvd.
Suite 250
San Mateo, CA 94404

TREASURY WINE ESTATES
655 AIRPARK ROAD
Napa, CA 94558


TROPICAL HOME & GARDEN PEST CONTROL
11421 N.W. 27 COURT
Fort Lauderdale, FL 33323


UETA, INC.
EDIFICIO TORRE GLOBAL BK
CALLE 50, PISO NO. 36
PANAMA, REP. PANAMA


UHLIG BYPASS TRUST
6641 SARONI DRIVE
Oakland, CA 94611


UHLIG MARITAL TRUST NON EXEMPT
6641 SARONI DRIVE
Oakland, CA 94611


UHLIG SURVIVORS TRUST
6641 SARONI DRIVE
Oakland, CA 94611


UHLIG SURVIVORS TRUST
6641 SARONI DRIVE
Oakland, CA 94611


ULINE
PO BOX 88741
Chicago, IL 60680-1741

V.R. CAMELOT, INC.
2739 SIGNAL PARKWAY
Signal Hill, CA 90755


VALERO FLEET SERVICES
P.O. BOX 300
Amarillo, TX 79105


VANDEGRIFT FORWARDING CO.
100 WALNUT AVENUE, SUITE 600
Clark, NJ 07066


VASCO ROAD LANDFILL
PO BOX 31001-2265
Pasadena, CA 91110-2265


VECTOR INTERNATIONAL, INC
9475 NICOLA TESLA CT
San Diego, CA 92154


VENPORT ENTERPRISES LTD
12608 19A AVENUE
SUREY, BC V4A 9G6


VINA CONCHA Y TORO S.A.
AVDA. NUEVA TAJAMAR 481
TORRE NORTE, CASILLA 213
SANTIAGO, CHILE


VINA COUSINO MACUL S.A.
AV QUILIN 7100
PENALOLEN
SANTIAGO, CHILE

VINEDOS FAMILIA CHADWICK SPA
NUEVA TAJAMAR 481
TORRE SUR, LAS CONDES


VINEYARD BRANDS / REGIONS BANK
ATTN: LOCKBOX PO BOX 2153
DEPARTMENT 4918
Birmingham, AL 35287-4918


VINO DEL SOL, INC.
DEPT. #0512
P.O. BOX 1000
Memphis, TN 38148-0512


VINTUS LLC
CL #5185
P.O.BOX 95000
Philadelphia, PA 19195-5100


WAGNER WINE COMPANY, LLC
DEPT LA 24371
Pasadena, CA 91185-4371


WEITNAUER DUTY FREE, INC.
2315 NW 107 AVENUE
MIAMI FREE ZONE BOX 45
Miami, FL 33172


Wells Fargo Bank
2450 Colorado Ave., Ste. 3000W
Santa Monica, CA 90404


WENTE FAMILY ESTATES
5565 TESLA ROAD
Livermore, CA 94550

WHYTE AND MACKAY LIMITED
310 ST. VINCENT STREET
GLASGOW G2 5RG SCOTLAND


WILLIAM GRANT & SONS
BELLSHILL, UNITED KINGDOM
ML4 3AN


WILLIAMS & HUMBERT S.A.U.
P.K. 641,75 - P.O. BOX 23
11408JEREZ DE LA FRONTERA
SPAIN


WINE APOTHECARY LLC
PO BOX 621
Los Olivos, CA 93441


WINE HOOLIGANS LLC
201 ALAMEDA DEL PRADO, SUITE 102
Novato, CA 94949


WINEBOW (POMPANO BEACH)
PO BOX 667197
Pompano Beach, FL 33066


WINGARA WINE GROUP
1 SANDOWN DRIVE
MILDURA, VICTORIA 3500
AUSTRALIA


WORLD EQUITY BRAND BUILD
1399 SW 1ST AVENUE, SUITE 200
Miami, FL 33130

WTC IMPORT EXPORT LLC
5015 GEORGIA AVENUE
West Palm Beach, FL 33405


XPO LOGISTICS FREIGHT
29559 NETWORK PLACE
Chicago, IL 60673-1559


YOUNG'S MARKET COMPANY
P.O. BOX 30145
Los Angeles, CA 90030-0145