PILLSBURY WINTHROP SHAW PITTMAN LLP

Jonathan R. Doolittle (State Bar No. 290638)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94126-5998
(415) 983-1000
jonathan.doolittle@pillsburylaw.com

*Counsel for Wells Fargo Bank, N.A., as lender*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**FAIRN & SWANSON, INC.**<br>**dba Baja Duty Free – Laredo**<br>**dba Baja Duty Free – San Diego**<br>**dba Cloud Trading Co**<br>**dba Dave Streiffer Co.**<br>**dba South Seas Distribution**<br>**dba Taupo Trading**<br>**dba Baja Duty Free – Oakland**<br>**dba Baja Duty Free – El Paso**<br>**dba Baja Duty Free – Calexico**<br>**dba Berg & Stephens**<br>**dba Baja Duty Free – Eagle Pass**<br>**dba United Distillers**<br>**dba Proost Marketing**<br><br>                    **Debtor.** | Bankruptcy Case<br>No. 20- 40990 (RE) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance, pursuant to section 342 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 9010-1(b) as counsel for Wells Fargo Bank, N.A., as lender ("Wells Fargo") in

the above-captioned case, and requests that copies of all notices and pleadings in the above-captioned cases be given to and served upon:

>Jonathan R. Doolittle (State Bar No. 290638)
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>Four Embarcadero Center, 22nd Floor
>San Francisco, CA 94126-5998
>(415) 983-1000
>jonathan.doolittle@pillsburylaw.com
>docket@pillsburylaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rules 2002, the foregoing request includes not only the notices and pleadings referred to in the Bankruptcy Code and Bankruptcy Rules, but also includes, without limitation, all plans and disclosure statements, all orders and notices of any application, motion, petition, complaint, demand, request or other pleading in this case, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed or given with regard to this case.

**PLEASE TAKE FURTHER NOTICE** that neither this notice and request nor any later appearance, pleading, proof of claim, claim, or suit filed in this case shall be deemed or construed as a waiver of Wells Fargo's (i) right to have final orders in any non-core matter entered only after *de novo* review by a district judge, (ii) right to trial by jury in any proceeding so triable in this cases or any case, controversy, or proceeding related to this cases, (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which Wells Fargo is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly

reserved.

Dated: June 4, 2020  PILLSBURY WINTHROP SHAW PITTMAN LLP

 /s/ *Jonathan R. Doolittle*
Jonathan R. Doolittle (State Bar No. 290638)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94126-5998
(415) 983-1000
jonathan.doolittle@pillsburylaw.com

*Counsel for Wells Fargo Bank, N.A.*

3