1  SOUTH BAY LAW FIRM
   MICHAEL D. GOOD (SBN 176033)
2  3655 Torrance Blvd., Suite 300
   Torrance, California 90503
3  Telephone:    (310) 373-2075
   Facsimile:    (310) 356-3229
4  mgood@southbaylawfirm.com

5  Counsel for Michael J. Devine & Associates, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>FAIRN & SWANSON, INC.,<br><br><div align="center">Debtor.</div> | Case No.        20−40990 RLE 7<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>Date:    [None Set]<br>Time:   [None Set]<br>Place: |

///

///

///

1  **PLEASE TAKE NOTICE** that Michael J. Devine & Associates, Inc. ("Devine"), appearing by and through its counsel, South Bay Law Firm, request that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the address and telephone number set forth at the upper left hand corner of the face page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1) Which affect or seek to affect in any way any rights or interests of Devine with respect to (a) the Debtor; (b) the Trustee; (c) property or proceeds thereof in which the Debtor or the Trustee may claim an interest; (d) property or proceeds thereof in which Devine claims an interest; (e) property or proceeds thereof in possession, custody or control of Devine which the Debtor or Trustee may seek to use; or

(2) Which require or seek to require any act, delivery of any property, payment or other conduct by Devine.

DATED: June 9, 2020                           **SOUTH BAY LAW FIRM**

By:  /S/ Michael D. Good
              Michael D. Good
    Counsel for Michael J. Devine & Associates, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3655 Torrance Blvd., Ste. 300 Torrance CA 90503

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 9, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Lois I. Brady**  loisbrady@sbcglobal.net, lbrady@ecf.axosfs.com
- **Jeffrey D. Cawdrey**  jcawdrey@grsm.com, sdurazo@grsm.com
- **Jonathan R. Doolittle**  jdoolittle@reedsmith.com
- **Office of the U.S. Trustee/Oak**  USTPRegion17.OA.ECF@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 9, 2020 | Michael D. Good | /S/ Michael D. Good |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |