MATTHEW J. OLSON - SBN 265908
olson.matt@dorsey.com
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288

Attorneys for Creditor Halfon Candy
Company, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| FAIRN & SWANSON, INC., | CASE NO. 20-40990-RLE-7 |
|---|---|
| Debtor. | **REQUEST FOR SPECIAL NOTICE BY HALFON CANDY COMPANY, INC.** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002 and 9010 (b) of the Federal Rules of Bankruptcy Procedure, Halfon Candy Company, Inc. ("Halfon Candy") hereby requests that all matters which must be noticed to creditors, any creditors' committees, any equity security holders' committee, and any other parties in interest, whether sent by the Court, the Debtor, or any Trustee or other party in the case, be sent to the following address, and that the following address be added to the Court's Master Mailing List:

> Matthew J. Olson
> Dorsey & Whitney LLP
> 305 Lytton Avenue
> Palo Alto, CA 94301
> Telephone: (650) 843-2744
> Facsimile: (650) 618-0447
> Email: olson.matt@dorsey.com

PLEASE TAKE FURTHER NOTICE that neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit, is intended to waive (i) Halfon Candy's right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii)

-1-
REQUEST FOR SPECIAL NOTICE                                    CASE NO. 20-40990-RLE-7
Case: 20-40990    Doc# 12    Filed: 06/11/20    Entered: 06/11/20 16:12:59    Page 1 of 2

Halfon Candy's right to trial by jury in any proceedings or trial so triable herein or in any case, controversy or proceeding relating hereto, (iii) Halfon Candy's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Halfon Candy is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments Halfon Candy expressly reserves. Further, this Request for Special Notice constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court, including without limitation, the jurisdiction of the Court to adjudicate non-core matters, all of which rights are reserved without prejudice.

Dated: June 11, 2020

DORSEY & WHITNEY LLP

By: /s/ Matthew J. Olson
MATTHEW J. OLSON
Attorneys for Creditor Halfon Candy Company, Inc.