Vedder Price (CA), LLP
Scott H. Olson, Bar No. 249956
solson@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T: +1 415 749 9513
F: +1 415 749 9502

Attorneys for Creditor
SUMMIT FUNDING GROUP, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br>    FAIRN & SWANSON, INC.<br>    dba Baja Futy Free-Laredo<br>    dba Baja Duty Free-San Diego<br>    dba Cloud Trading Co.<br>    dba Dave Streiffer Co.<br>    dba South Seas Distribution<br>    dba Southern Distillers and Blenders<br>    dba Taupo Trading<br>    dba Baja Duty Free-Oakland<br>    dba Baja Duty Free-El Paso<br>    dba Baja Duty Free-Calexico<br>    dba Berg & Stephens<br>    dba Baja Duty Free-Eagle Pass<br>    dba United Distillers<br>    dba D.F. Trust Territories<br>    dba Proost Marketing,<br><br>    Debtor | Case No. 20-40990-RLE<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE THAT** Vedder Price P.C. ("Vedder Price") hereby enters its appearance as counsel for Summit Funding Group, Inc. ("Summit"), in the above-referenced bankruptcy case pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9010-1 of the Bankruptcy Rule for the Northern District of California.

PLEASE TAKE FURTHER NOTICE that Summit hereby appears in the above-captioned case by its counsel, Vedder Price, and such counsel hereby requests, pursuant to Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings given or filed in this case, be given and served upon it at the following address, telecopy, e-mail and telephone numbers:

>Scott H. Olson, Bar No. 249956
>Vedder Price (CA), LLP
>275 Battery Street, Suite 2464
>San Francisco, California 94111
>T: +1 (415) 749-9513
>F: +1 (415) 749-9502
>solson@vedderprice.com

>William W. Thorsness
>Vedder Price P.C.
>222 North LaSalle Street
>Chicago, Illinois 60601
>T: +1 (312) 609-7595
>F: + 1 (312) 609-5005
>wthorsness@vedderprice.com

>Mitchell D. Cohen
>Vedder Price P.C.
>1633 Broadway, 31st Floor
>New York, New York 10019
>T: +1 (212) 407-7700
>F: +1 (212) 407-7799
>mcohen@vedderprice.com

**PLEASE TAKE FURTHER NOTICE THAT** the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, courier service, telegraph, telephone, e-mail, facsimile, telex, or otherwise, that affect the above-captioned debtors or the debtors' estates.

**PLEASE TAKE FURTHER NOTICE THAT** demand is also made that the above-referenced attorney be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in this chapter 7 case and/or any successor bankruptcy case.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) Summit's right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) Summit's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Summit's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which SUMMIT is or may be entitled to under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 17, 2020　　　　　　　　　　VEDDER PRICE (CA), LLP

　　　　　　　　　　　　　　　　　　　By: */s/Scott H. Olson*
　　　　　　　　　　　　　　　　　　　　　　Scott H. Olson

　　　　　　　　　　　　　　　　　　　Attorneys for Creditor
　　　　　　　　　　　　　　　　　　　SUMMIT FUNDING GROUP, INC.