Mark S. Bostick (Bar No. 111241)
Tracy Green (Bar No. 114876)
Lisa Lenherr (Bar No. 258091)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com
Email: tgreen@wendel.com
Email: llenherr@wendel.com
Attorneys for Lois I. Brady, Trustee

The following constitutes the order of the Court.
Signed: July 1, 2020

_____
**Roger L. Efremsky**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>FAIRN & SWANSON, INC.<br><br>Debtor. | Case No. 20-40990-RLE<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE FOR ENTRY OF ORDER: 1) APPROVING CASH COLLATERAL STIPULATION PURSUANT TO 11 U.S.C. 363(b); AND 2) AUTHORIZING TRUSTEE TO INCUR AND PAY CERTAIN ADMINISTRATIVE EXPENSES**<br><br>Date: June 29, 2020<br>Time: 3:30 p.m.<br>Place: By video<br>Judge: The Honorable Roger L. Efremsky |

Upon consideration of *Trustee's Motion for Entry of Order: 1) Approving Cash Collateral Stipulation Pursuant to 11 U.S.C. § 363(b); and 2) Authorizing Trustee to Incur and Pay Certain Administrative Expenses* filed on June 26, 2020, as Docket No. 17 **(the "Motion"),** this Court having considered the Motion and the Cash Collateral Stipulation attached as Exhibit 1 to the Motion (the "**Stipulation**") entered into by and among LOIS I. BRADY, as Chapter 7 Trustee

("**Trustee**") of the above-captioned Fairn & Swanson, Inc. ("**Debtor**") bankruptcy estate, and WELLS FARGO BANK, NATIONAL ASSOCIATION ("**Lender**"), and having completed an interim hearing pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 4001(b) and (d), and for good cause:

IT IS ORDERED that:

1. The Motion is Granted on an interim basis pending a final hearing;

2. Pending a final hearing, the Stipulation is approved and adopted in its entirety as of the Order of this Court;

3. Trustee is authorized to incur and pay the Administrative Expenses (as defined in the Motion);

4. The Stipulation was negotiated at arm's length and in good faith by the parties, and entry of this order is in the best interest of Debtor's estate and creditors;

5. All terms of the Stipulation shall be binding upon the Trustee, Debtor, Lender and other parties in interest in this Case, except that (a) the time for the trustee to file an objection to the Lender Claim as provided in Paragraph 4 shall be extended to 30 days after the closing of the sale of the majority of the estate's assets and (b) such objection process shall be without prejudice to any rights of other parties in interest to object to the Lender Claim.

6. This Court shall retain sole and exclusive jurisdiction to hear and determine any and all disputes or controversies arising from or related to the implementation, interpretation, or enforcement of the Stipulation or this order;

7. No stay shall apply to the effectiveness of the order; and

8. A final hearing shall be held on July 10, 2020, at 1:30 p.m.

/ / /

/ / /

/ / /

/ / /

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

002644.0031\5902576.1

Case: 20-40990    Doc# 36    Filed: 07/01/20    Entered: 07/02/20 10:34:06    Page 2 of 4

Approved as to form and content.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Jonathan Doolittle
   Jonathan Doolittle
   Attorneys for Wells Fargo Bank, National Association


GOLDBERG KOHN LTD.

By: /s/ Jeremy M. Downs
   Jeremy M. Downs
   Attorneys for Wells Fargo Bank, National Association

*** END OF ORDER ***

# COURT SERVICE LIST

No service required.