Kathryn G. Reid, Texas Bar No. 24068126
Rochelle McCullough, LLP
325 N. Saint Paul St., Ste. 4500
Dallas, Texas 75201; kreid@romclaw.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

FAIRN & SWANSON, INC.

Debtor(s).

Case No. 20-40990
Chapter 7
Amended
APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Kathryn G. Reid__, an active member in good standing of the bar of __Texas__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Diageo Brands BV, Diageo North America, Inc., Diageo Scotland Limited and Barton & Guestier S.A.S.__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Ellen A. Friedman

Friedman & Springwater LLP (tel: 415-834-3801)

350 Sansome Street, Suite 800, San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2020