ROCHELLE MCCULLOUGH L.L.P.
ANDREW E. JILLSON (*pro hac vice*)
KATHRYN G. REID (*pro hac vice*)
325 North Saint Paul St., Suite 4500
Dallas, TX 75201
Telephone Number: (214) 953-0182
Facsimile Number: (214) 953-0182
Email: ajillson@romclaw.com
Email: kreid@jromclaw.com

FRIEDMAN & SPRINGWATER LLP
ELLEN A. FRIEDMAN (S.B. NO. 127684)
RUTH STONER MUZZIN (S.B. NO. 276394)
350 Sansome Street, Suite 800
San Francisco, CA 94104
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044
Email: efriedman@friedmanspring.com
Email: rmuzzin@friedmanspring.com

Attorneys for Creditors
DIAGEO BRANDS BV, DIAGEO NORTH AMERICA,
INC., DIAGEO SCOTLAND LIMITED, AND BARTON
& GUESTIER S.A.S.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 20-40990-RLE |
| Fairn & Swanson, Inc., | Chapter 7 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that Rochelle McCullough, L.L.P. and Friedman & Springwater LLP hereby appear in this matter as counsel for Diageo Brands BV, Diageo North America, Inc., Diageo Scotland Limited, and Barton & Guestier S.A.S. (collectively the "Diageo Entities") in the above-captioned bankruptcy case (the "Bankruptcy Case"). Pursuant to Rules 2002, 9007 and 9010 of the of the Federal Rules of Bankruptcy Procedure (the "Rules"), the Diageo Entities request that all notices given or required to be given in this

{00830986 1}                                    1
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

| | |
|---|---|
| 1 | Bankruptcy Case and all papers served or required to be served in this Bankruptcy Case, be |
| 2 | given to and served upon the following: |
| 3 | |
| 4 | Andrew E. Jillson, Esq. |
| 5 | Kathryn G. Reid, Esq. |
|   | Rochelle McCullough, L.L.P. |
|   | 325 North Saint Paul St., Suite 4500 |
| 6 | Dallas, Texas 75201 |
|   | Tel: (214) 953-0182 |
| 7 | Fax: (214) 953-0182 |
|   | Email: ajillson@romclaw.com |
| 8 | Email: kreid@romclaw.com |
| 9 | and |
| 10 | |
|   | Ellen A. Friedman, Esq. |
| 11 | Ruth Stoner Muzzin, Esq. |
|   | Friedman & Springwater LLP |
| 12 | 350 Sansome Street, Suite 800 |
|   | San Francisco, California 94104 |
| 13 | Tel: (415) 834-3803 |
| 14 | Fax: (415) 834-1044 |
|   | Email: efriedman@friedmanspring.com |
| 15 | Email: rmuzzin@friedmanspring.com |
| 16 | |
| 17 | **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only |
| 18 | the notices and papers referred to in the Rules specified above, but also includes without |
| 19 | limitation, orders and notices of any applications, motions, petitions, pleadings, requests, |
| 20 | complaints, demands, disclosure statements, plans of reorganization, and answering or reply |
| 21 | |
| 22 | papers whether transmitted or conveyed by mail, delivery, telephone, e-mail, or otherwise. |
| 23 | **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and |
| 24 | Request for Service of Papers nor any other appearance in this Bankruptcy Case, pleading, |
| 25 | claim or suit shall waive (1) the Diageo Entities' right to have final orders in non-core |
| 26 | matters entered only after *de novo* review by a District Court Judge, (2) the Diageo Entities' |
| 27 | |
| 28 | right to trial by jury in any proceeding so triable in this Bankruptcy Case or any case, |

controversy, or proceeding related to this Bankruptcy Case, (3) the Diageo Entities' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Diageo Entities may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Diageo Entities expressly reserve.

Dated: July 13, 2020         ROCHELLE MCCULLOUGH, LLP
                             FRIEDMAN & SPRINGWATER LLP


                    By:   */s/ Ruth Stoner Muzzin*
                          Ellen A. Friedman
                          Ruth Stoner Muzzin
                          Attorneys for Creditors
                          DIAGEO BRANDS BV, DIAGEO NORTH
                          AMERICA, INC., DIAGEO SCOTLAND
                          LIMITED, AND BARTON & GUESTIER
                          S.A.S.

{00830986 1}

3
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS