UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>FAIRN & SWANSON, INC.,<br><br>       Debtor. | Case No. 20-40990-RLE<br><br>Chapter 7<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON TRUSTEE'S MOTION TO EXTEND TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PERSONAL PROPERTY** |

**TO: THE DEBTOR, THE TWENTY LARGEST UNSECURED CREDITORS, PARTIES WHO HAVE REQUESTED SPECIAL NOTICE, AFFECTED CONTRACTING PARTIES IDENTIFIED ON THE DEBTOR'S AMENDED SCHEDULE G, AND THE UNITED STATES TRUSTEE:**

  **PLEASE TAKE NOTICE** that Lois I. Brady, Chapter 7 Trustee ("Trustee") for the above-captioned bankruptcy estate, has filed *Trustee's Motion to Extend Time to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property* ("Motion"). A copy of the Motion and the supporting Declaration of Lois I. Brady are being served concurrently herewith.

  **PLEASE TAKE FURTHER NOTICE** that this matter is governed by Bankruptcy Local Rule 9014-1(b)(3), which states:

  1. Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating (undersigned) party within twenty-one (21) days of mailing the notice;

  2. Any objection or a request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

  3. If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default;

  4. In the event of a timely objection or request for hearing, the initiating party will give at least seven (7) days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

Any objection or request for hearing must be served on the undersigned and filed with the Clerk of the United States Bankruptcy Court, Northern District of California, Oakland Division, 1300 Clay Street, Room 300, Oakland, CA 94612, or in the case via Pacer, no later than August 20, 2020.

Dated: July 30, 2020
[Date of Mailing]

*/s/ Lisa Lenherr*
Lisa Lenherr (Bar No. 2558091)
WENDEL ROSEN, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Tel: (510) 834-6600
Email: llenherr@wendel.com

Attorneys for Lois I. Brady, Trustee