Isaac M. Gabriel (Cal. Bar No. 325008)
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 230-4622
Facsimile: (602) 420-5033
E-mail: isaac.gabriel@quarles.com

Attorneys for Molson Coors Beverage USA LLC
f/k/a MillerCoors LLC

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 20-40990-RLE |
| FAIRN & SWANSON, INC., | Chapter 7 |
| Debtor. | **APPLICATION OF MOLSON COORS BEVERAGE USA LLC FOR ALLOWANCE AND PAYMENT OF CHAPTER 7 ADMINISTRATIVE EXPENSE UNDER BANKRUPTCY CODE §503(B)(9)** |

     1.     Molson Coors Beverage USA LLC f/k/a MillerCoors, LLC ("**Molson Coors**"), was a supplier of goods to Fairn & Swanson, Inc. ("**Debtor**") prior to the commencement of Debtor's bankruptcy proceedings.

     2.     On June 2, 2020 (the "**Petition Date**"), Debtor commenced the above-captioned case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq.* (the "**Code**").

     3.     Prior to the Petition Date, Molson Coors supplied goods to Debtor on an open account.

     4.     Pursuant to Code §503(b)(9), administrative expenses "shall be allowed" for "the value of any goods received by the debtor within 20 days before the date of commencement of a case under

this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."

5. Within 20 days prior to the Petition Date, and specifically on or about May 19, 2020, Debtor received goods from Molson Coors, which goods Molson Coors sold to Debtor in the ordinary course of Debtor's business, with an aggregate value of $11,251.40. The invoice supporting the goods delivered to the Debtor and the amount owed thereunder is attached hereto as Exhibit "A".

6. Molson Coors has not been paid any of the amounts set forth in Exhibit "A".

7. By this Request, and pursuant to Code §503(b)(9), Molson Coors seeks allowance of a Chapter 7 administrative expense claim in the amount of $11,251.40, to be paid pursuant to the provisions of the Code and any orders entered by the Court authorizing payment of §503(b)(9) claims.

8. This Application is supported by the *Declaration of Christopher Wittman in Support of Application of Molson Coors Beverage USA LLC For Allowance And Payment of Chapter 7 Administrative Expense Under Bankruptcy Code §503(b)(9)* filed contemporaneously herewith.

WHEREFORE, Molson Coors asks this Court to enter an Order (A) allowing Molson Coors a Chapter 7 administrative expense claim in the amount of $11,251.40 pursuant to § 503(b)(9); (B) ordering the Debtor to pay such allowed administrative expense immediately as an undisputed claim pursuant to the provisions of the Code and the orders entered by this Court governing distributions, and (C) granting Molson Coors such other and further relief as this Court deems appropriate.

September 9, 2020                    Respectfully submitted,

                                    Isaac M. Gabriel, Esq. (Cal. Bar No. 325008)
                                    QUARLES & BRADY LLP
                                    One Renaissance Square
                                    Two North Central Avenue
                                    Phoenix, Arizona 85004


                                    By /s/ Isaac M. Gabriel

                                    Attorneys for Molson Coors Beverage USA LLC f/k/a
                                    MillerCoors, LLC

# Exhibit "A"

# MillerCoors LLC
## Chicago, IL 60606-5888

# INVOICE

Bill To Customer:  800119
FAIRN & SWANSON INC SEATTLE
400 LANCASTER ST
OAKLAND CA 94606
USA

Ship To Customer:  602005
FAIRN & SWANSON INC
9475 NICOLA TESLA CT
SAN DIEGO CA 92154
USA

| | |
|---|---|
| Page Number: | 1 of 1 |
| Invoice #: | 1040778508 |
| Invoice Date: | 05/19/2020 |
| Carrier: | EXPT EXPORT CARRIER |
| Vehicle #: | 172 |
| Due Date: | 06/08/2020 |
| Shipped From: | 2070 FORT WORTH DC |
| Shipment #: | 80106400 |
| Delivery #: | 500860682 |

Payer:  800119      FAIRN & SWANSON INC SEATTLE

| Dist. PO Sales Order Reference | Gallons | Order SKU MSKU Dist. SKU | Description | QTY | UOM | Price | Amount USD | State Excise Tax |
|---|---|---|---|---|---|---|---|---|
| 3022253 110100106 | 3,024.054 | 700537 30244 | MGD 24 4/6 12OZ GL LN BTL BSK CTN (4) ND P6 TR | 1,344 | CAS | $8.100 | $10,886.40 | |
| | | 900001 | PALLET,PLASTIC,40X32 | 21 | EA | $15.000 | $315.00 | |
| | | 900029 | BULKHEAD,SPACER,PLASTIC, 48X36X16 | 6 | EA | $5.000 | $30.00 | |
| | | 900031 | SEPARATOR,PLASTIC, 75X32X2, TRUCK | 4 | EA | $5.000 | $20.00 | |

| | | | |
|---|---|---|---|
| Beer: | 3,024.054 | Beer: | $10,886.40 |
| | | Other Items: | $365.00 |
| Total: | 3,024.054 | **Total USD:** | **$11,251.40** |

Delivery Terms:FOB,    ORIGIN
Invoice Questions: (855)778-3375, press 1, press 1
All other billing questions: GMBilling@MillerCoors.com

PAYMENT WILL BE OBTAINED VIA ELECTRONIC FUNDS TRANSFER ON DUE DATE.

Seller represents that with respect to the production of the articles covered by this invoice, it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended. Payable at par in Federal Reserve Funds. Title and risk of loss in all goods sold hereunder shall pass to Buyer upon Seller's delivery to carrier at shipping point.