Isaac M. Gabriel (Cal. Bar No. 325008)
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 230-4622
Facsimile: (602) 420-5033
E-mail: isaac.gabriel@quarles.com

Attorneys for Molson Coors Beverage USA LLC
f/k/a MillerCoors LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>FAIRN & SWANSON, INC.,<br><br>            Debtor. | Case No. 20-40990-RLE<br><br>Chapter 7<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON APPLICATION OF MOLSON COORS BEVERAGE USA LLC FOR ALLOWANCE AND PAYMENT OF CHAPTER 7 ADMINISTRATIVE EXPENSE UNDER BANKRUPTCY CODE §503(B)(9)** |

**TO: THE DEBTOR, THE TWENTY LARGEST UNSECURED CREDITORS, SECURED CREDITORS, PARTIES WHO HAVE REQUESTED SPECIAL NOTICE, THE CHAPTER 7 TRUSTEE, AND THE UNITED STATES TRUSTEE:**

     **PLEASE TAKE NOTICE** Molson Coors Beverage USA LLC f/k/a MillerCoors, LLC ("**Molson Coors**"), has filed the *Application of Molson Coors Beverage USA LLC For Allowance And Payment of Chapter 7 Administrative Expense Under Bankruptcy Code §503(b)(9)* ("**Application**").

     **PLEASE TAKE FURTHER NOTICE** that this matter is governed by Bankruptcy Local Rule 9014-1(b)(3), which states:

     1.     Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating (undersigned) party within twenty-one (21) days of mailing the notice;

2. Any objection or a request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

3. If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default;

4. In the event of a timely objection or request for hearing, the initiating party will give at least seven (7) days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

Any objection or request for hearing must be served on the undersigned and filed with the Clerk of the United States Bankruptcy Court, Northern District of California, Oakland Division, 1300 Clay Street, Room 300, Oakland, CA 94612, or in the case via the CM/ECF system, no later than September 23, 2020.

September 9, 2020
[Date of Mailing]

Respectfully submitted,

Isaac M. Gabriel, Esq. (Cal. Bar No. 325008)
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004

By /s/ Isaac M. Gabriel

Attorneys for Molson Coors Beverage USA LLC f/k/a MillerCoors, LLC