Mark S. Bostick (Bar No. 111241)
Elizabeth Berke-Dreyfuss (Bar No. 114651)
Lisa Lenherr (Bar No. 258091)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com
Email: edreyfuss@wendel.com
Email: llenherr@wendel.com
Attorneys for Lois I. Brady, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>FAIRN & SWANSON, INC.<br><br>Debtor. | Case No. 20-40990-RLE<br><br>Chapter 7<br><br>**DECLARATION OF LOIS I. BRADY IN SUPPORT OF MOTION FOR ORDER [1] APPROVING PRE-SALE STIPULATION, [2] AUTHORIZING CHAPTER 7 TRUSTEE TO INCUR POST-PETITION DEBT ON AN EMERGENCY BASIS, [3] AUTHORIZING CHAPTER 7 TRUSTEE TO PAY DEPOSIT TO SECURE CUSTODIAL SURETY BOND AND [4] APPROVING SECURED PARTY'S CARVE-OUT TO THE ESTATE**<br><br>Date: TBD<br>Time: TBD<br>Place: By video<br>Judge: The Honorable Roger L. Efremsky |

I, Lois I. Brady, declare,

1. I am the duly appointed and acting chapter 7 trustee of the above-captioned bankruptcy estate. The following facts are true of my own personal knowledge and if called upon to do so, I would and could competently testify thereto, except as to those matters that are alleged upon information and belief and as to those matters, I believe them to be true. I make this

declaration in support of my application for an order shortening time and limiting notice (the "Application") for a hearing on my Motion for Order (1) Approving pre-Sale Stipulation (the "PSS"), (2) Authorizing Chapter 7 Trustee to Incur Post-Petition Debt on an Emergency Basis, (3) Authorizing Chapter 7 Trustee to Pay Deposit to Secure Custodial Surety Bond and (4) Approving Secured Party's Carve-Out to the Estate (the "Motion").

2. Fairn & Swanson, Inc. ("Debtor") was engaged in the business of importing and selling duty-free alcohol merchandise, among other products, at border duty-free shops and to cruise lines.

3. I am informed and believe that Debtor filed its petition for relief under Chapter 7 abruptly on June 2, 2020, after a "no-sail" order in the cruise line industry issued in March 2020 was extended indefinitely.

4. At the time of filing it held inventory, mostly liquor and wine, in six warehouses and nine border stores across the country.

5. In its Schedules, Debtor valued its inventory, based on in-bound cost, at $39,110,570.01. WFB holds a first position security interest in substantially all assets of the Debtor securing it prepetition claim for $19,081,233.82 (the "WFB Claim").

6. I am informed and believe that the liquidation value of Debtor's inventory and other assets is yet to be determined but is affected by at least two unusual factors. First, much of the inventory is "in bond" merchandise, i.e. it is "duty-free," subject to numerous Customs and Border Protection ("CBP") restrictions, including the requirements that the proprietor maintain the merchandise in a foreign trade zone ("FTZ") or custom bonded warehouse ("CBW") and that any movement of the inventory out of the FTZ or CBW be conducted by bonded carriers—such that the inventory remains "in-bond" at all times while in the United States. The second factor is the Covid-19 crisis, which resulted in a "no-sail" order of uncertain duration prohibiting cruise lines from operating. As cruise lines are the primary wholesale purchasers of Debtor's inventory, their no-sail status creates uncertainty in the timing of any future sales of the inventory.

7. The foregoing factors have caused delay in the marketing process and a dampening of the price, while the estate's carrying costs to preserve the inventory pending sale, including rent,

insurance, security, utilities, and other preservation expenses, including professional expenses, is substantial, over $600,000.00 per month on an accrual basis as shown in the Budget (defined in the PSS) attached to the PSS.

8. On or about June 25, 2020, I, on behalf of the estate, and the Lender entered into a cash collateral stipulation (the "Cash Collateral Stipulation"), that was approved by final order on July 23, 2020 (the "Final Order"). Since my appointment on June 2, 2020, I have recovered over $1,200,000.00 in account receivable proceeds. However, this amount is insufficient to cover all of the estate's anticipated bonding requirements and carrying costs and post-petition financing is required to preserve the estate's assets pending sale.

9. Of immediate concern is an obligation to post $500,000.00 as cash collateral to secure a FTZ custodial surety bond that is necessary to maintain CBP bonded inventory requirements. In particular, the Debtor's current FTZ bond is through American Alternative Insurance Corporation ("AA") (the "Bond") and is set to expire September 20, 2020, at 11:59 p.m.

10. Prior to any renewal of the Bond, AA is requiring collateral in the form of a letter of credit in the amount of $500,000. I am informed and believe that failure to renew the Bond can result in immediate confiscation of the merchandise by CBP. I am unable to provide a letter of credit to AA, and I have therefore, sought to obtain a replacement bond in an equal amount, $500,000, from Argonaut Insurance Company ("Argonaut"). While Argonaut is similarly requiring collateral in the full amount of the bond, it is willing to accept a cash deposit. The cost premium for the Argonaut bond is $12,500 and is fully earned.

11. In addition to the deposit of the $500,000 cash as collateral for the replacement FTZ bond, Argonaut is requiring that I execute a limited guaranty. It is my understanding that the indemnity of the surety (Argonaut) is limited to the collateral posted to secure the Bond.

12. I believe that the proposed financing and other related requests in the Motion are in the best interests of the estate and its creditors and will facilitate an orderly liquidation of the estate.

/ / /

/ / /

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the 11th day of September, 2020, at Oakland, California.

*/s/ Lois I. Brady*
Lois I. Brady

Case: 20-40990    Doc# 81-1    Filed: 09/11/20    Entered: 09/11/20 12:59:41    Page 4 of 4

DECLARATION

002644.0031\5980724.1

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036