Mark S. Bostick (Bar No. 111241)
Elizabeth Berke-Dreyfuss (Bar No. 114651)
Lisa Lenherr (Bar No. 258091)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com
Email: edreyfuss@wendel.com
Email: llenherr@wendel.com

Attorneys for Lois I. Brady, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 20-40990-RLE |
| FAIRN & SWANSON, INC. | Chapter 7 |
| Debtor. | **DECLARATION OF LISA LENHERR IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME AND LIMITING NOTICE OF HEARING ON MOTION FOR ORDER [1] APPROVING PRE-SALE STIPULATION, [2] AUTHORIZING CHAPTER 7 TRUSTEE TO INCUR POST-PETITION DEBT ON AN EMERGENCY BASIS, [3] AUTHORIZING CHAPTER 7 TRUSTEE TO PAY DEPOSIT TO SECURE CUSTODIAL SURETY BOND AND [4] APPROVING SECURED PARTY'S CARVE-OUT TO THE ESTATE** |

I, Lisa Lenherr, declare,

1. I am a partner with the law firm of Wendel Rosen LLP ("Wendel Rosen"), attorneys for Lois I Brady, trustee ("Trustee"). If called upon to testify regarding the facts set

forth herein, I could competently testify to those facts based upon my own personal knowledge, except for those matters based upon my belief, which I believe to be true.  I make this declaration in support of Trustee's application for an order shortening time and limiting notice (the "Application") for a hearing on Trustee's Motion for Order (1) Approving pre-Sale Stipulation, (2) Authorizing Chapter 7 Trustee to Incur Post-Petition Debt on an Emergency Basis, (3) Authorizing Chapter 7 Trustee to Pay Deposit to Secure Custodial Surety Bond and (4) Approving Secured Party's Carve-Out to the Estate (the "Motion").

2. On September 10, 2020, I emailed Jeremy Downs, of Goldberg Kohn Ltd., counsel for Wells Fargo Bank, National Association ("WFB"), a copy of the Trustee's Application and asked if WFB would consent to having the motions heard on shortened time. He replied with WFB's consent on September 10, 2020.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the 10th day of September, 2020 at Oakland, California.

*/s/ Lisa Lenherr*
Lisa Lenherr