# CLERK'S NOTICE
## re: Zoom Webinar Information
## VirtualCourtroom201

When:          **September 16, 2020 @ 2:00 PM** Pacific Time (US and Canada)
Topic:         Ch. 7/11 Law and Motions
Attire:        Business Casual

Please click the link below to join the webinar:
https://www.zoomgov.com/j/1602343838?pwd=UWZQb0lwb0V4MURTK29MRGlrQ3Fhdz09
Passcode: 749309

**REQUIRED:** Your full name and case #(s) MUST be displayed as follows or you WILL NOT be permitted to appear.     EXAMPLE: **John/Jane Do - #20-12345**

Parties appearing via dial in **WILL NOT** be able to speak or be seen!

iPhone one-tap :          US: +16692545252,,1602343838#,,,,,,0#,,749309#  or
+16468287666,,1602343838#,,,,,,0#,,749309#
Or Telephone:     Dial(for higher quality, dial a number based on your current location):
    US: +1 669 254 5252  or +1 646 828 7666
Webinar ID: 160 234 3838
Passcode: 749309
    International numbers available: https://www.zoomgov.com/u/ad4c4c5yh

**Important Notice to the Media and Public**
Persons granted remote access to hearings and other proceedings held before the Court via Zoom or any other communication service are reminded that recording, photographing, rebroadcasting or retransmission of such proceedings (including streaming, screenshots or any other audio or video reproduction) is absolutely prohibited by policy of the Judicial Conference of the United States.

A violation of these prohibitions is subject to sanctions, including but not limited to removal of court-issued media credentials, restricted access to future hearings, or any other sanctions deemed necessary by the Court. *Please see  https://www.cand.uscourts.gov/zoom/ for information on preparing for and participating in a Zoom Webinar. Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to
the hearing.

*Third Amended General Order 38: Matters Pending in The Northern District of California In Re: Covid-19 Public Health Emergency, at paragraph 4; United States District Court, Northern District of California General Order 58, at paragraph III