Mark S. Bostick (Bar No. 111241)
Elizabeth Berke-Dreyfuss (Bar No. 114651)
Lisa Lenherr (Bar No. 258091)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com
Email: edreyfuss@wendel.com
Email: llenherr@wendel.com

Attorneys for Lois I. Brady, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 20-40990-RLE |
| FAIRN & SWANSON, INC., | Chapter 7 |
| Debtor. | **NOTICE OF INTERIM HEARING ON MOTION FOR ORDER [1] APPROVING PRE-SALE STIPULATION, [2] AUTHORIZING CHAPTER 7 TRUSTEE TO INCUR POST-PETITION DEBT ON AN EMERGENCY BASIS, [3] AUTHORIZING CHAPTER 7 TRUSTEE TO PAY DEPOSIT TO SECURE CUSTODIAL SURETY BOND AND [4] APPROVING SECURED PARTY'S CARVE-OUT TO THE ESTATE** |
| | Date: September 16, 2020<br>Time: 2:00 p.m.<br>Place: By Tele/Audio Conference<br>Judge: The Honorable Roger L. Efremsky |

**TO: DEBTOR, THE UNITED STATES TRUSTEE, THE TWENTY LARGEST UNSECURED CREDITORS, WELLS FARGO, NATIONAL ASSOCIATION, AND THOSE PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that an interim hearing will be held on shortened time on the *Motion*

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

*for Order (1) Approving pre-Sale Stipulation, (2) Authorizing Chapter 7 Trustee to Incur Post-Petition Debt on an Emergency Basis, (3) Authorizing Chapter 7 Trustee to Pay Deposit to Secure Custodial Surety Bond and (4) Approving Secured Party's Carve-Out to the Estate* (the "Motion") filed by LOIS I. BRADY, the duly appointed and acting Chapter 7 trustee ("Trustee") in the above-captioned estate of Fairn & Swanson, Inc. ("Debtor"), on **September 16, 2020**, at **2:00 p.m.,** before the Honorable Roger L. Efremsky, via tele/audio conference.

This motion is brought under 11 U.S.C. §§ 361, 363, 364(c), 503, and 507; rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure; Rules 2002-1 and 9014-1 of the Bankruptcy Local Rules ("BLR"); and the United States Bankruptcy Court for the Northern District of California's Guidelines for Cash Collateral & Financing Motions & Stipulations (the "Guidelines").

**PLEASE TAKE FURTHER NOTICE** that all interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the requested relief is based upon this Notice, the Motion, supporting declarations, and the Order shortening time, all of which are filed and served via email concurrently herewith. Any objections or responses to the Motion shall be heard at the time of the hearing.

DATED: September 14, 2020    WENDEL ROSEN LLP

By:    */s/ Lisa Lenherr*
       Mark S. Bostick
       Elizabeth Berke-Dreyfuss
       Lisa Lenherr
       Attorneys for Lois I. Brady, Trustee