Lea Pauley Goff (Kentucky SBN 81266)
(pending *pro hac vice* admission)
Spencer K. Gray (Kentucky SBN 98069)
(pending *pro hac vice* admission)
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, KY 40202-2828
Telephone: 502.333.6000
Facsimile: 502.333.6099
Email: lea.goff@skofirm.com
Email: spencer.gray@skofirm.com

Cecily A. Dumas (SBN 111449)
David J. Richardson (SBN 168592)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: cdumas@bakerlaw.com
Email: drichardson@bakerlaw.com

*Counsel for Brown-Forman Corporation*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **In re:** | Case No. 4:20-bk-40990-RLE |
| **FAIRN & SWANSON, INC.,** | Chapter 7 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that Brown-Forman Corporation, appearing by and through its counsel, Baker & Hostetler, LLP, requests that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3) and (7) and 9007 of the Bankruptcy Rules, and sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, and Rule 9010-1 of the Bankuptcy Rule for the Northern District of California, be given to and served upon the undersigned at the following address, telephone number and email:

> Cecily A. Dumas (SBN 111449)
> David J. Richardson (SBN 168592)
> BAKER & HOSTETLER LLP
> 600 Montgomery Street, Suite 3100
> San Francisco, CA 94111-2806
> Telephone:  415.659.2600
> Facsimile:  415.659.2601
> Email:  cdumas@bakerlaw.com
> Email:  drichardson@bakerlaw.com
>
> Lea Pauley Goff (Kentucky SBN 81266)
> Spencer K. Gray (Kentucky SBN 98069)
> STOLL KEENON OGDEN PLLC
> 500 West Jefferson Street, Suite 2000
> Louisville, KY 40202-2828
> Telephone:  502.333.6000
> Facsimile:  502.333.6099
> Email:  lea.goff@skofirm.com
>         spencer.gray@skofirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, e-mail, telephone or otherwise, which affects or seeks to affect in any way the rights or interests of Brown-Forman Corporation with respect to the Debtor; (b) the Trustee; (c) Property or proceeds thereof in which the Debtor or the Trustee may claim an interest; (d) property or proceeds thereof in which Brown-Forman Corporation claims an interest; or (e) property or proceeds thereof in possession, custody or control of Brown-Forman Corporation.

PLEASE TAKE FURTHER NOTICE that demand is also made that the above-referenced attorney be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in this chapter 7 case and/or any successor bankruptcy case.

Respectfully submitted,

STOLL KEENON OGDEN PLLC
Lea Pauley Goff
Spencer K. Gray

*Counsel for Brown-Forman Corporation*

BAKER & HOSTETLER LLP

By: */s/ David J. Richardson*
      Cecily A. Dumas
      David J. Richardson

*Counsel for Brown-Forman Corporation*