RAFFI KHATCHADOURIAN - SBN 193165
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436-2829
Telephone: (818) 501-3800
Facsimile: (818) 501-2985

Attorneys for Creditor,
TIAA COMMERCIAL FINANCE, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In Re: | Case No. 20-40990-RLE7 |
| FAIRN & SWANSON, INC., | Chapter 7 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THIS COURT, DEBTOR, DEBTOR'S COUNSEL, THE CHAPTER 7 TRUSTEE, HER COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), Hemar, Rousso & Heald, LLP hereby requests notice of all matters in the above-captioned case which require notice to creditors, or to other parties in interest, including without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise), any other documents brought before the Court in this case, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise. Said notices shall be sent as follows:

\\\

\\\

| | |
|---|---|
| 1 | Raffi Khatchadourian, Esq.<br>HEMAR, ROUSSO & HEALD, LLP |
| 2 | 15910 Ventura Boulevard, 12th Floor<br>Encino, California 91436-2829 |
| 3 | Tel. No. (818) 501-3800<br>Fax No. (818) 501-2985 |
| 4 | email: raffi@hrhlaw.com |

The undersigned represents TIAA COMMERCIAL FINANCE, INC., a creditor and party in interest as to the above estate.

Dated: September 23, 2020        HEMAR, ROUSSO & HEALD, LLP

By: /s/ Raffi Khatchadourian
RAFFI KHATCHADOURIAN
Attorneys for Creditor,
TIAA COMMERCIAL FINANCE, INC.

# **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is Hemar, Rousso & Heald, LLP ("the business"), 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2829.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On September 23, 2020, I served the following document described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

Debtor Fairn & Swanson, Inc., 400 Lancaster Street, Oakland, CA 94601
Debtor's counsel Jeffrey D. Cawdrey, Esq., Gordon and Rees, 101 West Broadway #1600 San Diego, CA 92101
Trustee Lois I. Brady, P.O. Box 12425, Oakland, CA 94604
Trustee's counsel Mark Bostick, Esq., Wendel, Rosen, Black and Dean, 1111 Broadway 24th Floor, Oakland, CA 94607
Trustee's counsel Tracy Green, Esq., Wendel, Rosen, Black and Dean, 1111 Broadway 24th Floor, Oakland, CA 94607
Trustee's counsel Lisa Lenherr, Esq., Wendel, Rosen, Black and Dean, 1111 Broadway 24th Floor, Oakland, CA 94607
Office of the U.S. Trustee/Oak, 450 Golden Gate Ave. 5th Floor, #05-0153, San Francisco, CA 94102

XX  **(By First Class Mail)** At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

___  **(Via Hand Delivery)** I delivered such envelope(s) by hand to the offices of the addressees.

___  **(Via E-Mail)** I caused such copies to be emailed to the person(s) set forth.

___  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XX  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 23, 2020, at Encino, California.

/s/ Denise Pauff
_____
DENISE PAUFF