Cecily A. Dumas (SBN 111449)
David J. Richardson (SBN 168592)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: cdumas@bakerlaw.com
Email: drichardson@bakerlaw.com

*Counsel for Brown-Forman Corporation*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **In re:** | Case No. 20-40990-RLE |
| **FAIRN & SWANSON, INC.,** | Chapter 7 |
| Debtor | **APPLICATION FOR ADMISSION OF ATTORNEY SPENCER GRAY** *PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Spencer Gray, an active member in good standing of the bar of the State of Kentucky, the United States District Courts for the District of Kentucky, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing creditor Brown-Forman Corporation, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name and address and telephone number of that attorney is:

>David J. Richardson
>Baker & Hostetler LLP
>600 Montgomery Street, Suite 3100
>San Francisco, CA 94111
>Telephone: 415.659.2600

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 28, 2020         */s/ Spencer Gray*
                                  Spencer Gray