Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com
Email: llenherr@wendel.com
Attorneys for Lois I. Brady, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>FAIRN & SWANSON, INC.<br><br>Debtor. | Case No. 20-40990-RLE<br><br>Chapter 7<br><br>**EX PARTE MOTION FOR ORDER ALLOWING LIMITED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY 2002(h) AND ALLOWING SERVICE OF DOCUMENTS BY ELECTRONIC MAIL** |

LOIS I. BRADY, the duly appointed and acting Chapter 7 trustee ("Trustee") in the above-captioned estate of Fairn & Swanson, Inc. ("Debtor") moves this Court for an order reducing the number of persons entitled to receive notices required under Bankruptcy Rule 2002(a), allowing service of documents by electronic mail, and represents as follows:

1. Fairn & Swanson, Inc. ("Debtor") filed a Voluntary Petition under Chapter 7 on June 2, 2020.

2. Trustee is filing this *Ex Parte Motion for Order Allowing Limited Notice Pursuant to Federal Rule of Bankruptcy 2002(h) and to Allow Service of Certain Documents By Electronic Mail* ("Motion") in order to reduce the time and expense to the estate of mailing notices to all creditors.

3. Federal Rule 2002(h) provides in part:

(h) *Notices to Creditors Whose Claims are Filed*. In a chapter 7 case, after 90 days following the first date set for the meeting of creditors under § 341 of the Code, the court may direct that all notices required by subdivision (a) of this rule be mailed only to the debtor, the trustee, all indenture trustees, creditors that hold claims for which proofs of claim have been filed, and creditors, if any, that are still permitted to file claims by reason of an extension granted pursuant to Rule 3002(c)(1) or (c)(2).

4. Pursuant to the Amended Notice of Chapter 7 Bankruptcy Case – Proof of Claim Deadline Set, filed on June 4, 2020 [Doc#5], the meeting of creditors was scheduled for July 7, 2020. It has been ninety days since the first date set for the meeting of creditors.

5. As of the filing of this Motion, there are 524 creditors and interested parties listed on the Court's mailing matrix. Of this number, 61 parties are listed as bypassed recipients. In contrast, less than 130 claims have been filed. Twelve claimants have addresses overseas.

6. The cumulative cost of mailing notices to all parties set forth in the Court's mailing matrix could be substantial. To avoid this potential undue expense, Trustee requests permission of the court to limit notice pursuant to Rule 2002(h) requiring notices to be sent to: a) the debtor, b) the trustee, c) all indenture trustees, d) creditors that hold claims for which proofs of claim have been filed; and e) creditors, if any, that are still permitted to file claims by reason of an extension granted pursuant to Rule 3002(c)(1) or (c)(2) (collectively the "**Limited Notice List**").

7. Trustee is also seeking Court approval to serve the Limited Notice List by electronic mail in lieu of first class mail. Trustee's counsel has reviewed all claims filed in this case and email addresses are listed for every claim.

8. Authorizing the Trustee to serve general notices by email is appropriate under the circumstances for at least four (4) reasons: [1] in this age of Covid-19, many companies are sheltering in place and the expense of processing first class mail <u>by the recipient</u> is substantially more than expense of receiving notification by email; [2] in view of anticipated substantially increased mail-in balloting in the November 3, 2020 U.S. election, minimizing unnecessary physical mail will improve timely processing of mail-in ballots; [3] the cost to serve by email is substantially less to the estate; [4] service by email will speed delivery on notice to creditors mitigating the effect of shortened notice to 7 days' notice under Local Bankruptcy Rules 9014-1(d)

002644.0031\6005950.3   EX PARTE MOTION TO LIMIT SERVICE   2

and 6006-1(b). Attached hereto as **Exhibit A** is a list of all claims filed with their respective email addresses. This relief will be especially useful in timely reaching creditors with overseas addresses.

9. Although Trustee is not required under Rule 2002(h) to serve the 20 largest unsecured creditors, Trustee has obtained email addresses for each of them and has email addresses for parties requesting special notice who are not ECF recipients, and Trustee intends to electronically serve these parties with all notices served pursuant to Rule 2002(a).

WHEREFORE, Trustee requests that an order be entered:

1, Granting this ex parte motion;

2. Authorizing Trustee to serve future notices as required under Bankruptcy Rule 2002(a) only on: a) the debtor, b) the trustee, c) all indenture trustees, d) creditors that hold claims for which proofs of claim have been filed; and e) creditors, if any, that are still permitted to file claims by reason of an extension granted pursuant to Rule 3002(c)(1) or (c)(2);

3. Authorizing Trustee to serve the Limited Notice List, the twenty largest unsecured creditors and those parties who have requested special notice, but are not ECF recipients, by electronic mail in lieu of first class mail; and

4. For such other and further relief as the Court deems proper.

DATED: October 5, 2020          WENDEL ROSEN LLP

By: */s/ Lisa Lenherr*
    Mark S. Bostick
    Lisa Lenherr
    Attorneys for Lois I. Brady, Trustee

# EXHIBIT A

# EXHIBIT A

| | Creditor Name and Address | Email Address |
|---|---|---|
| 1 | WTC IMPORT EXPORT LLC<br>5015 GEORGIA AVENUE<br>West Palm Beach, FL 33405 | a.abercrombie@beukenhorst−usa.com |
| 2 | PALLET CONSULTANTS CORP.<br>810 NW 13 AVENUE<br>Pompano Beach, FL 33069 | amasdal@palletconsultants.com |
| 3 | Cotter Church Supplies, Inc.<br>1701 James M. Wood Blvd.<br>Los Angeles, CA 90015-1093 | mike@cotters.com |
| 4 | Barnard Griffin, Inc<br>878 Tulip Lane<br>Richland, WA 99352 | rob@barnardgriffin.com |
| 5 | WEBB Banks, LLC<br>Coface North America Insurance Company<br>650 College Road East, Suite 2005<br>Princeton, NJ 08540 | amy.schmidt@coface.com |
| 6 | CHASE INTERNATIONAL, INC.<br>67 HAMPTON MEADOWS<br>Hampton, NH 03842 | chasefdonaldson@bellsouth.net |
| 7 | MCKINSTRY CO LLC<br>PO BOX 3895<br>Seattle, WA 98124 | billing@mckinstry.com;<br>cheris@mckinstry.com |
| 8 | ALBATRANS, INC.<br>149-10 183RD STREET<br>Springfield Gardens, NY 11413-0435 | m.abbas@albatrans.com |
| 9 | Andersen Material Handling<br>30575 Andersen Ct.<br>Wixom, MI 48393-4839 | kgodin@andersenmh.com |
| 10 | HALFON CANDY COMPANY<br>9229 10TH AVENUE S.<br>Seattle, WA 98108 | alan@halfoncandy.com |
| 11 | Modern Mail Service<br>PO BOX 1199<br>Oakland, CA 94604-9460 | accounting@moderncourier.com;<br>elysa@moderncourier.com |
| 12 | Uline Shipping Supplies<br>12575 Uline Drive<br>Pleasant Prairie WI 53158 | accountsreceivable@uline.com |
| 13 | MUTUAL EXPRESS COMPANY<br>P.O. BOX 23801<br>Oakland, CA 94623 | hiko@mutualexpress.com; |
| 14 | VINO DEL SOL, INC.<br>DEPT. #0512<br>P.O. BOX 1000<br>Memphis, TN 38148-0512 | clarilea@vinodelsol.com |
| 15 | WINGARA WINE GROUP<br>1 SANDOWN DRIVE<br>MILDURA, VICTORIA 3500<br>AUSTRALIA | dkums@wingara.com.au |
| 16 | CASTLE ROCK WINERY<br>75 MALAGA COVE PLAZA #7<br>PALOS VERDES ESTATES<br>Palos Verdes Peninsula, CA 90274 | cnoble@castlerockwinery.com |

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

002644.0031\6005950.3

| | Creditor Name and Address | Email Address |
|---|---|---|
| 17 | Matson Logistics Warehousing, Inc.<br>Mark D. Minor, General Counsel<br>555 12th Street, Suite 800<br>Oakland, CA 94607 | mminor@matson.com |
| 18 | CHATEAU MONTELENA WINERY<br>1429 TUBBS LANE<br>Calistoga, CA 94515 | kschlegel@montelena.com |
| 19 | Morley Winery, LLC<br>Flanagan Wines<br>PO Box 1230<br>Windsor, CA 95448 | graham@flanaganwines.com;<br>eric@flanaganwines.com |
| 20 | TMT USA Inc<br>340 N Sam Houston Parkway E, SUITE 277<br>Houston, TX 77060 | fcossard@group-tmtusa.com |
| 21 | SAZERAC COMPANY, INC.<br>10101 LINN STATION ROAD<br>Louisville, KY 40223 | mtortorice@sazerac.com |
| 22 | Southern Glazer's Wine<br>Travel Sales and Export, LLC<br>Helen Nicholson<br>14911 Quorum Dr., Suite 150<br>Dallas, TX 75254 | hnicholson@sgws.com;<br>wendypousard@sgws.com |
| 23 | Southern Glazer's Wine and Spirits of Florida<br>Helen Nicholson<br>14911 Quorum Dr., Suite 150<br>Dallas, TX 75254 | hnicholson@sgws.com;<br>wendypousard@sgws.com |
| 24 | Euler Hermes Agent for CASA VINICOLA ZONIN S.P.A.<br>800 Red Brook Blvd<br>Owings Mills, MD 21117 | insolvency@eulerhermes.com |
| 25 | CHAMBERS AND CHAMBERS WINE MERCHANT<br>2140 PALOU AVE<br>SAN FRANCISCO, CA 94121<br>SAN FRANCISCO, CA 94121 | gtsoung@riboliwines.com |
| 26 | SAN ANTONIO WINERY INC<br>737 LAMAR STREET<br>Los Angeles, CA 90031 | gtsoung@riboliwines.com |
| 27 | Green Sheep, Inc. d/b/a Open Water<br>3700 S Iron St<br>Suite 4C<br>Chicago, IL 60609 | nicole@drinkopenwater.com |
| 28 | CONSTELLATION BRANDS,INC.<br>235 N BLOOMFIELD ROAD<br>Canandaigua, NY 14424 | greg.urlacher@cbrands.com |
| 29 | SEXTANT WINES<br>PO BOX 391<br>Paso Robles, CA 93447 | jparks@sextantwines.com |
| 30 | WAGNER WINE COMPANY, LLC<br>DEPT LA 24371<br>Pasadena, CA 91185-4371 | MCARLSON@CAYMUS.COM |

|    | Creditor Name and Address | Email Address |
|----|---------------------------|---------------|
| 31 | Wells Fargo Bank, National Association<br>Attn: John O'Leary Nocita<br>2450 Colorado Avenue, Suite 3000W<br>Santa Monica, CA 90404 | john.o.nocita@wellsfargo.com;<br>Jeremy.Downs@goldbergkohn.com |
| 32 | Monarq Americas LLC<br>55 Merrick Way, #202<br>Miami, FL 33134 | geoffreymarkle@monarqgroup.com |
| 33 | MAISON HEBRARD<br>15C BOS PLAN<br>33750 BEYCHAC ET CAILLAU<br>FRANCE | Contact@hebrard.com |
| 34 | PATERNO IMPORTS, LTD.<br>2234 Paysphere Circle<br>Chicago, IL 60674 | accountspayable@twg.com; lexn@twg.com |
| 35 | ALEXANDER JAMES & CO.<br>P. O. BOX 116<br>Sea Cliff, NY 11579-0116 | jonathan@wineclassics.ca;<br>gnacio@alexanderjames.com |
| 36 | E. & J. GALLO WINERY<br>600 YOSEMITE BOULEVARD<br>Modesto, CA 95354 | catherine.carmichael@ejgallo.com |
| 37 | CIT Bank NA<br>PO Box 593007<br>San Antonio, TX 78259 | staceyrgray@aol.com |
| 38 | Shaw-Ross International Importers<br>2900 SW 149 AVENUE<br>SUITE 200<br>MIRAMAR, FL 33027 | brianrowe@shaw–ross.com |
| 39 | WENTE FAMILY ESTATES<br>5565 TESLA ROAD<br>Livermore, CA 94550 | MARGARET.NEELY@WENTEVINEYARDS.COM |
| 40 | Michael J. Devine & Associates, Inc.<br>P.O. Box 3807<br>Manhattan Beach CA 90266 | rdevine@mjda.com |
| 41 | JIM BEAM BRANDS CO.<br>222 MERCHANDISE MART PLZ<br>Chicago, IL 60654 | Evi.Liu@BeamSuntory.com |
| 42 | LABOURE-ROI<br>RUE LAVOISIER BP 14<br>21700 NUITS ST GEORGES<br>FRANCE | jnchriste@vfb.fr |
| 43 | LONG SHADOWS VINTNERS LLC<br>3861 1ST AVENUE SOUTH, SUITE C<br>Seattle, WA 98134 | shelained@longshadows.com |
| 44 | WEITNAUER DUTY FREE, INC.<br>2315 NW 107 AVENUE<br>MIAMI FREE ZONE BOX 45<br>Miami, FL 33172 | peterj@weitnauerdutyfree.com |
| 45 | Maisons Marques & Domaines USA, Inc<br>383 4th Street, suite #400<br>Oakland, CA 94607 | hxu@mmdusa.net |
| 46 | HEAVEN HILL INC.<br>P.O. BOX 729<br>Bardstown, KY 40004 | blee@heavenhill.com |

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

002644.0031\6005950.3

| | Creditor Name and Address | Email Address |
|---|---|---|
| 47 | Zurich-American Insurance<br>PO Box 68549<br>Schaumburg, IL 60196 | wendy.messner@iqor.com |
| 48 | UETA, Inc.<br>Complejo Santa Maria Business District<br>Boulevard Oeste, PH Nightfall, Nivel 100<br>Panama, Rep. de Panama | steinbergh@gtlaw.com; leon@falic.com |
| 49 | Imperial Irrigation District<br>333 E Barioni Blvd<br>Imperial, CA 92251 | LVizcarra@IID.com; JAHulsey@iid.com |
| 50 | J V RENTAL<br>259 Claudia Ct.<br>Moraga, CA 94556 | josephchengus@gmail.com |
| 51 | Triumph Business Capital<br>651 Canyon Dr Suite 105<br>Coppell, TX 75019 | jpakula@tbcap.com |
| 52 | ARMANINO LLP<br>PO BOX 398285<br>San Francisco, CA 94139 | marykay.feeley@armaninoLLP.com |
| 53 | American Battery Company,<br>Wholly Owned Subsidiary Of E.P.M. Co.<br>East Penn Manufacturing Company<br>102 Deka Road Po Box 147<br>Lyon Station Pa 19536 | dbailey@dekabatteries.com;<br>dbyme@dekabatteries.com |
| 54 | Kobrand Corporation<br>c/o Jeffrey A. Katz, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178 | jkatz@kelleydrye.com |
| 55 | WESTERN EXTERMINATOR COMP<br>PO BOX 16350<br>Reading, PA 19612-6350 | tara.conard@rentokil.com |
| 56 | Skylite Logistics, LLC<br>Karen S. Spicker, Doan Law, LLP<br>1930 S. Coast Hwy., Suite 206<br>Oceanside CA 92130 | karen@doanlaw.com;<br>david@skylitelogistics.net |
| 57 | Jazmin Mason, on behalf of the State of California<br>Ferraro Employment Law, Inc.<br>2305 Historic Decatur Road<br>Suite 100<br>San Diego, CA 92106 | nick@ferraroemploymentlaw.com |
| 58 | TOP LINE SRL<br>VIALE GORIZIA 24/D<br>00198 ROMA<br>ITALY | abrandi@toplineco.it |
| 59 | Euler Hermes NA Agent for Casa Vinicola Zonin Spa<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117 | insolvency@eulerhermes.com |
| 60 | MAHLER-BESSE S.A.<br>49 RUE CAMILLE GODARD<br>33000 BORDEAUX<br>FRANCE | l.carrau@mahler-besse.com |

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

002644.0031\6005950.3

| | Creditor Name and Address | Email Address |
|---|---|---|
| 61 | FULL CONTAINER RECOVERY<br>5315 4TH EAST<br>Fife, WA 98424 | fullcontainerrecovery@hotmail.com |
| 62 | Otis Mcallister,Inc.a California Corporation<br>Bruce C.Paltenghi, General Counsel<br>300 Frank Ogawa Plaza, Suite 400<br>Oakland, CA 94612 | bruce.paltenghi@otismcallister.com |
| 63 | Matson Logistics, Inc.<br>Mark D. Minor<br>Legal Department<br>555 12th Street, Suite 800<br>Oakland, CA 94607 | mminor@matson.com |
| 64 | Folio Fine Wine Partners<br>550 Gateway Dr., Suite 220<br>Napa, CA 94558 | e.nyberg@kornfieldlaw.com |
| 65 | McPherson Wines Pty Ltd<br>6 Expo Court<br>Mt. Waverley<br>Vic 3149, Australia<br>Australia | accounts@mcphersonwines.com.au |
| 66 | MARCHESI FRESCOBALDI<br>VIA SANTO SPIRITO 11<br>FIRENZE (FI), 50125 | servizioclienti.estero@frescobaldi.it |
| 67 | ORNELLAIA E MASSETO SOCIETA' AGRICOLA SRL<br>LOC. ORNELLAIA 191, BOLGHERI CASTAGNETO CARDUCCI (LI) 57022<br>ITALY | customerservice@ornellaia.it |
| 68 | SOKOL BLOSSER, LTD (DBA: SOKOL BLOSSER WINERY)<br>PO BOX 399<br>DUNDEE, OR 97115 | JENNIFER@SOKOLBLOSSER.COM |
| 69 | 98 Norfolk LLC<br>9877 40th Ave South<br>Seattle, WA 98118 | michelle@workpointe.com |
| 70 | Treasury Wine Estates Americas Co.<br>Ellen London, Alto Litigation<br>4 Embarcadero Center, Ste 1400<br>San Francisco, CA 94111 | ellen@altolit.com;<br>Tanya.Thomas@tweglobal.com;<br>ben.duemier@tweglobal.com |
| 71 | EmployBridge Holding Company<br>1507 Lyndon B Johnson Freeway<br>Suite 400<br>United States<br>Farmers Branch, TX 75234-7523 | justin.eccleston@employbridge.com |
| 72 | Brown-Forman Corporation<br>Lea Pauley Goff<br>500 W Jefferson St # 2000<br>Louisville, KY 40202 | lea.goff@skofirm.com;<br>robert_waddell@b–f.com |
| 73 | SILVERADO VINEYARDS<br>6121 SILVERADO TRAIL<br>Napa, CA 94558 | areed@silveradovineyards.com |
| 74 | BACARDI U.S.A., INC.<br>2701 LE JEUNE ROAD<br>Miami, FL 33134 | mvoke@bacardi.com |

002644.0031\6005950.3

|  | Creditor Name and Address | Email Address |
|---|---|---|
| 75 | Verizon Business Global LLC<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147 | William.Vermette@Verizon.Com;<br>Paul.Adamec@Verizon.Com |
| 76 | Penske Truck Leasing Co., L.P.<br>PO Box 563<br>Reading, PA 19603-0563 | gaye.kauwell@penske.com |
| 77 | The Edrington Group USA, LLC<br>18 West 24th Street, 4th Floor<br>New York, NY 10010 | mike.zitelli@edrington.com |
| 78 | THE APOLLO GROUP<br>6950 NW 77TH COURT<br>Miami, FL 33166 | fdiaz@theapollogroup.com |
| 79 | Imperial Tobacco International Limited<br>c/o Jeffrey Huron, Esq.<br>Dykema Gossett LLP<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 | Jhuron@dykema.com;<br>can.guelen@reemtsma.de |
| 80 | HUNEEUS VINTNERS, LLC<br>1040 MAIN STREET, SUITE 204<br>Napa, CA 94559 | alejandro@huneeuswines.com |
| 81 | VANDEGRIFT FORWARDING CO.<br>100 WALNUT AVENUE, SUITE 600<br>Clark, NJ 07066 | mmccluskey@logisticalcollections.com |
| 82 | BOTTEGA S.P.A.<br>VICOLO ALDO BOTTEGA 2<br>31010 BIBANO DI GODEGA<br>DI SANT'URBANO (TV) | legaldpt@bottegaspa.com |
| 83 | Albert Savedra<br>c/o Jeffrey D. Cawdrey, Gordon Rees Scul<br>101 W. Broadway St., #2000<br>San Diego, CA 92101 | jcawdrey@grsm.com |
| 84 | Elke Uhlig<br>c/o Jeffrey D. Cawdrey, Gordon Rees Scul<br>101 W. Broadway St., #2000<br>San Diego, CA 92101 | jcawdrey@grsm.com |
| 85 | Nicole Uhlig<br>c/o Jeffrey D. Cawdrey, Gordon Rees Scul<br>101 W. Broadway St., #2000<br>San Diego, CA 92101 | jcawdrey@grsm.com |
| 86 | UHLIG MARITAL TRUST NON EXEMPT<br>c/o Jeffrey D. Cawdrey,<br>Gordon Rees Scul<br>101 W. Broadway St., #2000<br>San Diego, CA 92101 | jcawdrey@grsm.com |
| 87 | Karina I. Coronel<br>2220 Otay Lakes Rd. Ste. 502 box 225<br>Chula Vista, CA 91915 | karinaimeldacoronel@gmail.com |
| 88 | FINCA DECERO<br>PERMASUR S.A.<br>SAN MARTIN 1167 PISO 1<br>MENDOZA, ARGENTINA | COMEX@DECERO.COM |

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

002644.0031\6005950.3

| | Creditor Name and Address | Email Address |
|---|---|---|
| 89 | UHLIG BYPASS TRUST<br>c/o Jeffrey D. Cawdrey, Gordon Rees Scul<br>101 W. Broadway St., #2000<br>San Diego, CA 92101 | jcawdrey@grsm.com |
| 90 | UHLIG MARITAL TRUST NON EXEMPT<br>c/o Jeffrey D. Cawdrey, Gordon Rees Scul<br>101 W. Broadway St., #2000<br>San Diego, CA 92101 | jcawdrey@grsm.com |
| 91 | UHLIG SURVIVORS TRUST<br>c/o Jeffrey D. Cawdrey, Gordon Rees Scul<br>101 W. Broadway St., #2000<br>San Diego, CA 92101 | jcawdrey@grsm.com |
| 92 | V.R. CAMELOT, INC.<br>2739 SIGNAL PARKWAY<br>Signal Hill, CA 90755 | david@dpflegal.com |
| 93 | JOHNSON & JOHNSON CONSUMER INC.<br>5618 COLLECTIONS CTR DR<br>Chicago, IL 60693 | bguiney@pbwt.com |
| 94 | Heineken Brouwerijen B.V.<br>Tweede Weteringplantsoen 21<br>1017 ZD Amsterdam | steven.solomon@gray−robinson.com;<br>femke.vanderlingen@heineken.com |
| 95 | WINE APOTHECARY LLC<br>PO BOX 621<br>Los Olivos, CA 93441 | billy@blendtique.com;<br>marc@hellerlawapc.com |
| 96 | Vieux Vins, Inc./dba The Rare Wine Co.<br>280 Valley Drive<br>BRISBANE, CA 94005-1241 | compliance@rarewineco.com; |
| 97 | Prologis<br>Marita S. Erbeck<br>Faegre Drinker Biddle & Reath<br>600 Campus Drive<br>Florham Park, NJ 07932 | marita.erbeck@faegredrinker.com;<br>nedwards@prologis.com |
| 98 | TIAA Commercial Finance, Inc.<br>10 WATERVIEW BOULEVARD<br>PARSIPPANY, NJ 07054 | david.gonzalez@tiaabank.com |
| 99 | TIAA Commercial Finance, Inc.<br>10 WATERVIEW BOULEVARD<br>PARSIPPANY, NJ 07054 | david.gonzalez@tiaabank.com |
| 100 | TEAMSTERS LOCAL 853<br>7750 PARDEE LANE<br>Oakland, CA 94621 | cholzhauser@beesontayer.com |
| 101 | Summit Funding Group, Inc.<br>Vedder Price P.C.<br>Attn William W. Thorsness<br>222 N. LaSalle Street, Suite 2600<br>Chicago, IL 60601 | wthorsness@vedderprice.com;<br>jdannenfelser@4sfg.com |

|     | Creditor Name and Address | Email Address |
| --- | --- | --- |
| 102 | Michelle Stoldt<br>Jeffrey D. Cawdrey<br>Gordon Rees Scully Mansukhani<br>101 W. Broadway St., Suite 2000<br>San Diego, CA 92101 | jcawdrey@grsm.com |
| 103 | HYG Financial Services, Inc.<br>PO Box 014545<br>Des Moines, IA 50306-3545 | JeffJohnson2@wellsfargo.com;<br>jonathan.doolittle@pillsburylaw.com |
| 104 | Diageo Scotland Limited<br>Samuel Danon<br>1111 Bickell Avenue, Suite 2500<br>Miami, FL 33131 | sdanon@huntonak.com;<br>zamira.zapata@diageo.com;<br>edward.solano@diageo.com |
| 105 | Diageo Brands BV<br>Samuel Danon<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131 | sdanon@huntonak.com;<br>zamira.zapata@diageo.com;<br>edward.solano@diageo.com |
| 106 | Western Surety Company<br>1 Mill Ridge Lane<br>Suite 206<br>Chester, NJ 07930 | mstarr@michaelstarrlaw.com;<br>chrisflagg@cashea.com |
| 107 | William Grant & Sons Distillers Ltd.<br>c/o Hunton Andrews Kurth LLP<br>Attn: Brian Clarke<br>200 Park Avenue, NY, NY 10166 | brianclarke@huntonak.com |
| 108 | Cintas Corporation dba Cintas Location No. 54<br>c/o Jason V. Stitt<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202-4520 | jstitt@kmklaw.com |
| 109 | Cintas Corporation dba Cintas Location No. 291<br>Jason V. Stitt<br>Keating Muething & Klekamp PLL<br>One East 4th Street, Suite 1400<br>Cincinnati, OH 45202 | jstitt@kmklaw.com |
| 110 | BRETT ALAN ROBERTS<br>200 HALL DRIVE<br>Orinda, CA 94563 | baroberts@msn.com |
| 111 | Ricardo Montalvo<br>417 Grand Central Blvd<br>Laredo, TX 78045 | jrmontalvo0@gmail.com |
| 112 | Exportadora Sur Valles Limitada<br>Global Debt Solutions, Inc.<br>2295 NW Corporate Blvd., Ste. 120<br>Boca Raton, FL | vgreenfield@globaldebtsolutions.com |
| 113 | Fetzer Vineyards<br>Global Debt Solutions, Inc.<br>2295 NW Corporate Blvd., Ste. 120<br>Boca Raton, FL | vgreenfield@globaldebtsolutions.com |
| 114 | Vina Concha Y Torro Sa<br>Global Debt Solutions, Inc.<br>2295 NW Corporate Blvd., Ste. 120<br>Boca Raton, FL | vgreenfield@globaldebtsolutions.com |

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

002644.0031\6005950.3

| | Creditor Name and Address | Email Address |
|---|---|---|
| 115 | Vinedos Familia Chadwick Spa<br>Global Debt Solutions, Inc.<br>2295 NW Corporate Blvd., Ste. 120<br>Boca Raton, FL | vgreenfield@globaldebtsolutions.com |
| 116 | Bodegas Y Vinedos De Aquirre Sa<br>Global Debt Solutions, Inc.<br>2295 NW Corporate Blvd., Ste. 120<br>Boca Raton, FL | vgreenfield@globaldebtsolutions.com |
| 117 | CRIMSON WINE GROUP<br>2700 NAPA VALLEY CORP DR,<br>SUITE B<br>Napa, CA 94558 | kim.benson@crimsonwinegroup.com |
| 118 | AZ Southeast Distributors LLC<br>60 Crossways Pk Dr<br>Woodbury, NY 11797 | mcunningham@drinkarizona.com |
| 119 | California Department of Tax and Fee Administration<br>PO Box 942879<br>Sacramento, CA 942879 | LegalSOB@cdtfa.ca.gov |
| 120 | R & R SERVICES<br>29425 144TH AVENUE S.E.<br>Auburn, WA 98092 | robotey@yahoo.com |
| 121 | R & R SERVICES<br>29425 144TH AVENUE S.E.<br>Auburn, WA 98092 | robotey@yahoo.com |
| 122 | Western Conference of Teamsters Pension Trust Fund<br>Russell J. Reid<br>Reid, McCarthy, Ballew & Leahy<br>100 W Harrison St, N-300<br>Seattle WA 98119 | rjr@rmbllaw.com |
| 123 | Western Conference of Teamsters Pension Trust Fund<br>Russell J. Reid<br>Reid, McCarthy, Ballew & Leahy<br>100 W Harrison St, N-300<br>Seattle WA 98119 | rjr@rmbllaw.com |
| 124 | MAISON HEBRARD<br>CA Aquitaine EGEV Rive Droite<br>52 Avenue Georges Pompidou<br>Libourne, FRANCE 33500 | johan.stangherlin@ca-aquitaine.fr;<br>contract@hebrard.com |