# CLERK'S NOTICE
# re: **CourtCall** Teleconference

*

Hearing date:     **October 26, 2020 @ 2:00 PM** (PST)
Topic:            Law and Motion re: 20-410990 RLE

Please contact CourtCall at **(866) 582-6878** to schedule/make arrangements for your appearance(s).

*Fourth Amended General Order 38: Matters Pending in The Northern District of California In Re: Covid-19 Public Health Emergency, at paragraph 4; United States District Court, Northern District of California General Order 58, at paragraph III

https://www.canb.uscourts.gov/content/page/court-operations-during-covid-19-outbreak